# EXHIBIT B

Case No. 1:21-y-00065-WJM-SKC   Document 1-2   filed 05/12/21   USDC Colorado   pg 2 of 7

5/8/2021                                    Could This Blockchain In Korea Be The First To Connect An Entire Country?

Aug 9, 2017, 11:11pm EDT

# Could This Blockchain In Korea Be The First To Connect An Entire Country?



**Elaine Ramirez** Contributor ⓘ
Asia

⏱ **This article is more than 3 years old.**

ICON wants to connect all of South Korea.   ICON

While hundreds of blockchain projects are cropping up around the world, the technology's true potential to seamlessly share information is still largely untapped. In South Korea, one company is vying to be the first to connect the country through a massive-scale blockchain, and it's already gaining momentum.

Dayli Financial Group, a house of Korean fintech startups, is working on creating an ecosystem called ICON that will allow government departments, universities, hospitals, securities, banks and any private company to interact without third-party networks that charge transaction fees or delay the process. The applications could range from trading not only digital currencies but also stocks, games, security information and even hospital databases. Eliminating the middleman using a blockchain network developed by Dayli's startup theloop, the makers are framing it as a decentralized public good that is not controlled by a single entity and operates for the benefit of society.

Case No. 1:21-y-00065-WJM-SKC   Document 1-2   filed 05/12/21   USDC Colorado   pg 3 of 7

5/8/2021                                                    Could This Blockchain In Korea Be The First To Connect An Entire Country?

With heavily invested internet infrastructure, a strong push for smart cities, a rapidly increasing acceptance of cryptocurrency and a strong economy, Korea has perfect conditions for blockchain, says Min Kim, chief strategy officer at Dayli, formerly named Yello Financial Group.

"Any mom-and-pop shop can potentially take advantage of something like this," says Kim. "If we connect every single company in Korea or even half of Korea on our network, that's a massive success story." Kim hopes that strengthening the blockchain network in Korea will build momentum to springboard into foreign markets.

## Blockchain's roadblock

Building a wide-scale blockchain network in Korea is still uncharted. See-eun Ha, cohost of The Blockchainers, a YouTube channel on blockchain for Koreans, says the country is quickly adopting cryptocurrencies like Ethereum, Bitcoin and Ripple. Initial coin offerings have been extremely popular in Korea since Ethereum gained traction earlier this year, Ha says.

But blockchain is a different story. People in Korea think of it first for its use as an investment vehicle to help them make money, but not necessarily its costs or other applications, he said. "Right now it seems people are slowly beginning to understand what this is technology capable of," Ha says.

Ha believes development of blockchain technology in Korea is still far behind other major markets. Part of that is because Korea is unfamiliar with open-source software, depending instead on proprietary software such as Hancom, the Korean take on Microsoft Office that is used ubiquitously despite its errors or vulnerabilities, he says.

Another roadblock for developers is the language barrier that keeps them from collaborating with the world's collective intelligence, Ha says.

## ICON'S Edge

That's where Ha believes ICON has a special role in the Korean ecosystem. The technology is already institutionalized, with the backing of the financial sector. It has signed on various projects for a securities consortium, a university, a hospital and insurance providers.

"I think what gives them leverage is that they have a working blockchain engine that is to be deployed in the banking, medical and university sectors," says Ha, who is familiar with but has no stake in the ICON project. "We know they're capable at the minimum, so that already puts them ahead of other ICOs that don't have working products."

There have been blockchain efforts in Korea like Coinplug, Blocko, Double Chain and IBM's Hyperledger, but Kim from Dayli claims his project dwarfs theirs in scale because it already has all the infrastructure components in-house.

Kim claims that while many blockchain architects develop a project and expect clients to use it, Dayli builds the projects around clients' specific needs.



ICON's securities consortium project. ICON

Case No. 1:21-y-00065-WJM-SKC   Document 1-2   filed 05/12/21   USDC Colorado   pg 5 of 7

5/8/2021                                          Could This Blockchain In Korea Be The First To Connect An Entire Country?

Their first project launches in September, allowing a consortium of securities brokerages to share client identification directly with each other on the blockchain so that their clients can open new accounts easily between the brokerages and skip the "know-your-customer" process. Kim claims the project will be one of the first commercial products to be used by an entire industry.

"Based on the reliability and security of the blockchain through joint authentication, we believe it has a good alternative solution to some of the limitations of the [traditional] authentication methods," says Hong Sung-jin of Daishin Financial Group, the cryptocurrency leader for the securities consortium.

Korea University Hospital is also applying the blockchain technology to help with data integrity, a cross-border digital signing system, and a health coin. Its first project, in cooperation with the government and other hospitals, is a cloud-based precision medicine hospital information system that will help with synchronizing databases between hospitals, according to Sangheon Lee, a professor at the hospital.



ICON's health care project.   ICON

Meanwhile, Korea's top-tier Sogang University is using the blockchain to create a university currency for students to pay through QR codes for the first time in Korea at on-campus stores, shopping malls and vending machines, as well as lending to classmates and paying tuition, and it is expected to benefit students overseas.

"We plan to bring scalability quickly through the application of blockchain payment to students just the way Facebook started from a university connected the world," says Jayoung Lee from the school.

**Bridging blockchains**

While each industry has found a different purpose for the blockchain technology, ICON wants to link them all together. "We are seeing, by working with these guys, a need for all these consortiums to interoperate," says Kim. "There are many blockchains that need to connect with each other."

Blockchain in general is a struggle to win over early adopters as the technology is still new, and several parties need to commit for it to work, Kim says. But with four use cases so far, he hopes that momentum will help springboard ICON into ubiquity in Korea.

Ha from Blockchainers compares ICON's strategy deployment to New York-based Tendermint, which created an open-source blockchain engine that is now used by private companies. Now the developers are using the blockchain to build the Cosmos hub to allow interoperability between blockchains.

"I think they have a pretty big mission," says Ha of ICON. "If everything goes according to plan, you have a very strong competitor in the worldwide stage who already has the network effect from Korea."

*Eunwoo Hwang contributed to this article.*

 **Elaine Ramirez**

I cover business, startups, tech, entrepreneurship, economics and environment on the Korean Peninsula. When not writing or editing, I'm practicing muay thai, riding a...

**Read More**

Reprints & Permissions