# EXHIBIT D

**Min**
@minhokim

1/ My thoughts on recent Step Price Proposal bug/error. You can read the post mortem in the link here (forum.icon.community/t/post-mortem-…).

First of all, there is no excuse for mistakes. Period. We take full responsibility for this and cover any damage.



Post Mortem on the Step Price Increase Proposal
Hello Everybody, We would like to share a post-mortem on what happened with the transaction fees on the ICON …



**Min** @minhokim · Jul 27, 2020
Replying to @minhokim
2/ It's more important to learn from this incident. Bugs are part of dev process. We've recently seen that even big co's like Twitter w more engineers + resources make mistakes. The truth is mistakes are going be made. It's inevitable. The Q is how do you prep to minimize risks.

2            4            45



**Min** @minhokim · Jul 27, 2020
3/ At ICON, we try to balance speed (shipping codes) based on our risk assessment. In other words, we prefer to move fast and break things if we can afford it. Sometimes, learning by breaking is cheaper than spending hours on testing.

1            4            49



**Min** @minhokim · Jul 27, 2020
4/ We'd eventually get to a point where ICON network is large enough so it's absolutely necessary and more cost efficient to push proposals and codes more slowly and carefully. You'll know when we get there.

| 1 | 4 | 40 |



**Min** @minhokim · Jul 27, 2020

5/ Every mistake looks amateurish and preventable in hindsight. We humans tend to simply overlook answer to easiest question b/c we assume it's correct. And usually 99 out 100, we are correct.

| 1 | 5 | 39 |



**Min** @minhokim · Jul 27, 2020

6/ I don't lose sleep over mistakes like this. ICONLOOP are pros. They have an extensive experience w enterprises. ICONLOOP sets up enterprises for system failures/errors. This is exactly why we've been designing a hybrid blockchain.

/end