# **EXHIBIT F**



**Ricky Dodds**
@RickyLeeDodds

Hi MA - I hope you are well. I'm reaching out to find a way to peacefully resolve a significant exploit of the ICON network. We are aware of your involvement and would like to negotiate before having to involve law enforcement.

We are willing to pay a bug bounty if the funds are returned.

Please respond to this ASAP. Note, we plan on sharing details we've collected from exchanges, community members etc with law enforcement within 24hrs.

Thank you for your immediate attention to this matter.

Best,
Ricky



Aug 24, 2020, 10:17 AM

> Hi Ricky,
>
> Thank you for reaching out. I would like to negotiate this peacefully as well. Obviously, this is a very delicate matter so we should tread carefully. How would you like to proceed here and what were you thinking would be the order of magnitude for the bug bounty? Additionally, I wanted to assure you I have not publicized nor have any intention to in the future on what transpired as I understand it's a very sensitive situation.
>
> All the best,
> MA

Aug 24, 2020, 11:21 AM ✓



Thanks for the quick response, MA. As far as next steps and a show of good faith, the team would like you to confirm the assets you hold that were acquired through exploiting this vulnerability. Please let me know.

Thank you

Aug 24, 2020, 3:58 PM



Hi Ma, I wanted to bump on this message. I'm probably going to be signing off for the night soon. We'd like to get this resolved without quickly. And again, a bug bounty will be paid assuming willingness to cooperate on your part. Thank you

Aug 24, 2020, 7:11 PM



Hi Ma - I'm reaching out as a final attempt to resolve this matter before passing our information (including our cooperation with Binance, Binance US and several other exchanges) to law enforcement agencies. At this point, we are willing to pay 200k in a bug bounty assuming your cooperation and the return of all of the funds from this exploit. I can assure you that this is a better solution for you, so please take this into consideration. Let me know within the next 2 hours.

Aug 25, 2020, 11:52 AM

Ricky – Thank you for the message. You have my full support and cooperation in working out a settlement for the bug bounty. There is no need to contact the legal authorities or any other third party exchanges at this time. As any investigation into this matter would have revealed, my receipt of the ICX was not the result of an intentional exploit, malicious hack, or any other illegal or prohibited activity on my part. Rather, this was the unintentional result of a bug directly facilitated and caused by the ICON blockchain. However, ICON apparently failed to diligently investigate this issue before notifying third party exchanges. This has resulted in an improper and misinformed "freezing" of several accounts held with third party exchanges containing a substantial amount of my personal (non ICX) digital assets. I am working with an attorney to develop a response to your offer of 200k for the bug bounty. Accordingly, there is no need to involve any law enforcement authorities at this stage as you have my full cooperation with this matter and I have not performed any illegal activity. Finally, I note that you are not the chief legal officer or general counsel for the ICON Foundation. Moving forward, I prefer to communicate with someone on your legal team. Please provide me a suitable email address to someone on the ICON legal team.

Aug 25, 2020, 12:41 PM ✓



MA – You can put your attorneys directly in touch with our attorneys, Rebecca Rettig and Marc Boiron at Manatt. Their emails are rrettig@manatt.com and mboiron@manatt.com.
If we cannot resolve this matter quickly we will be moving forward with law enforcement. We will be making decisions about next steps in very short order if our attorneys do not hear from yours.

Aug 28, 2020, 8:44 PM

Thanks for providing the contacts, I will be forwarding this to my attorney. I'm going to guess your side will probably be hearing back some time today or tomorrow at the latest. Unless there is an issue with regards to our attorneys not being able to connect, please do not communicate with me via Twitter from here on out.

Aug 31, 2020, 6:08 AM ✓



MA- We haven't heard from your attorney and we're not going to drag this out any longer. If they don't make contact within a day we'll be moving forward with law enforcement.

Sep 2, 2020, 6:58 PM