# EXHIBIT I

**Thursday, May 6, 2021 at 08:11:57 Eastern Daylight Time**

**Subject:** RE: Mark Shin meeting on 3/9/2021

**Date:** Thursday, February 25, 2021 at 11:32:30 AM Eastern Standard Time

**From:** Andrews, Tonya (USACO)

**To:** Eric Rosen, Davies, Patricia (USACO)

**CC:** Surratt, Andrea (USACO), Jeff Pagliuca, Kyle Roche

Mr. Rosen,

The returns have not been made yet as the agent is still working with a few exchanges on the seizures.  I will send them to you once they are filed.  I can also inform you that those assets identified as held under your client's custody and control will be returned unexecuted as Mr. Pagliuca represented that your client was no longer in possession of these assets.

In the meantime, here are the case numbers:

| | | |
|---|---|---|
| **Binance.us** | Accounts in Attachment A (related to ICON) | 21-sw-00004-MEH |
| **Icon - Binance US** | All identified cryptocurrency held in the wallet addresses at Binance US described in Attachment A | 20-mc-00202-KLM |
| **Icon - Binance.com** | All identified cryptocurrency held in the wallet addresses at Binance.com described in Attachment A | 20-mc-00203-KLM |
| **Icon - Coinbase** | All identified cryptocurrency held in the wallet addresses at Coinbase described in Attachment A | 20-mc-00204-KLM |
| **Icon - Gemini** | All identified cryptocurrency held in the wallet addresses at Gemini described in Attachment A | 20-mc-00205-KLM |
| **Icon - Kraken** | All identified cryptocurrency held in the wallet addresses at Kraken described in Attachment A | 20-mc-00206-KLM |
| **Icon - VELIC** | All identified cryptocurrency held in the wallet addresses at VELIC described in Attachment A | 20-mc-00210-KLM |
| **Icon - Kucoin** | All identified cryptocurrency held in the wallet addresses at Kucoin described in Attachment A | 20-mc-00211-KLM |
| **Icon - Mark Shin** | All identified cryptocurrency held in the wallet addresses at Mark Shin described in Attachment A | 20-mc-00207-KLM |
| **Icon - BitMax.io** | All identified cryptocurrency held in the wallet addresses at BitMax.io described in Attachment A | 20-mc-00208-KLM |
| | All identified cryptocurrency held | |

| Icon - ODEX | in the wallet addresses at ODEX described in Attachment A | 20-mc-00209-KLM |
|---|---|---|
| Icon - HitBtc.com | All identified cryptocurrency held in the wallet addresses at HitBtc.com described in Attachment A | 20-mc-00213-KLM |
| Icon - IDEX | All identified cryptocurrency held in the wallet addresses at IDEX described in Attachment A | 20-mc-00214-KLM |

Regards,

**Tonya Andrews**
Assistant United States Attorney,
Asset Recovery Division, Chief
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) 454-0100
Email:   tonya.andrews@usdoj.gov

---

**From:** Eric Rosen <erosen@rcfllp.com>
**Sent:** Thursday, February 25, 2021 8:04 AM
**To:** Davies, Patricia (USACO) <PDavies@usa.doj.gov>
**Cc:** Andrews, Tonya (USACO) <TAndrews@usa.doj.gov>; Surratt, Andrea (USACO) <asurratt@usa.doj.gov>; Jeff Pagliuca <jpagliuca@hmflaw.com>; Kyle Roche <kyle@rcfllp.com>
**Subject:** Re: Mark Shin meeting on 3/9/2021

Also, just as a quick reminder, do you mind sending me copies of the numbered warrants and returns, as we discussed, that would be appreciated.

Thank you, Eric

**Eric S. Rosen**
Partner
Roche Cyrulnik Freedman LLP
99 Park Avenue, Suite 1910
New York, New York 10016
(617) 977-4163 (desk)
(646) 350-0527 x.127 (desk)
(646) 541-8484 (mobile)
(@) erosen@rcfllp.com
www.rcfllp.com/eric-rosen

---

**From:** "Davies, Patricia (USACO)" <Patricia.Davies@usdoj.gov>
**Date:** Wednesday, February 24, 2021 at 3:33 PM
**To:** Eric Rosen <erosen@rcfllp.com>
**Cc:** "Andrews, Tonya (USACO)" <Tonya.Andrews@usdoj.gov>, "Surratt, Andrea (USACO)"

<Andrea.Surratt@usdoj.gov>, Jeff Pagliuca <jpagliuca@hmflaw.com>, Kyle Roche <kyle@rcfllp.com>
**Subject:** RE: Mark Shin meeting on 3/9/2021

Good afternoon,

We're available to meet with you on March 9th in the morning.  The USAO is allowing in-person meetings on a limited basis. You can be assured we will listen just as attentively in a video meeting (and save you the trip), but if you still prefer an in-person meeting, we will do so.  We will be in a large USAO conference room, socially distanced and in masks, and you all will need to have your temperatures taken and make a health certification before our meeting.

Will 9 a.m. MDT work on 3/9?   We will plan on in-person unless we hear otherwise from you.

Regards,
Patricia Davies
Assistant U.S. Attorney
Cybercrime & National Security Section
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Ph: 303/454-0231 (desk)
Ph: 720/281-3763 (cell)
Email: patricia.davies@usdoj.gov

---

**From:** Eric Rosen <erosen@rcfllp.com>
**Sent:** Tuesday, February 23, 2021 10:41 AM
**To:** Andrews, Tonya (USACO) <TAndrews@usa.doj.gov>; Davies, Patricia (USACO) <PDavies@usa.doj.gov>; Surratt, Andrea (USACO) <asurratt@usa.doj.gov>
**Cc:** Kyle Roche <kyle@rcfllp.com>; Jeff Pagliuca <jpagliuca@hmflaw.com>
**Subject:** Mark Shin

Tonya, Patricia and Andrea:

Thank you for your time today.  It was good to meet. We propose a presentation outlining our position during the time period of March 8 to 10. We estimate that the presentation, which will involve attorneys only (proceeding under Rule 408), will take between 60 and 90 minutes from our side.  We'd very much like to do the presentation in person in Denver, if at all possible.

Thank you and let us know your availability -

Eric

**Eric S. Rosen**
Partner
Roche Cyrulnik Freedman LLP
99 Park Avenue, Suite 1910
New York, New York 10016
(617) 977-4163 (desk)

(646) 350-0527 x.127 (desk)
(646) 541-8484 (mobile)
(@) erosen@rcfllp.com
www.rcfllp.com/eric-rosen

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.