# EXHIBIT J

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | | |
|---|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>All cryptocurrency held in the wallet<br>addresses at VELIC described in Attachment<br>A | )<br>)<br>)<br>)<br>) | Case No. |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in _____ Singapore _____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All identified cryptocurrency held in the wallet addresses at VELIC described in
Attachment A

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before ___December 1, 2020___
*(not to exceed 14 days)*

❑ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to ___U.S. Magistrate Judge___ .
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❑ for _____ days (not to exceed 30)   ❑ until, the facts justifying, the later specific date of _____ .

Date and time issued:   _____   _____
*Judge's signature*

City and state:   ___Denver, Colorado___   ___Kristen L. Mix, U.S. Magistrate Judge___
*Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken:

| Certification |
|---|

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

Attachment A

| Custodian/ Exchange | Location | Wallet Address | Form of Crypto- currency | Balance | Approx. USD Value | Date |
|---|---|---|---|---|---|---|
| Binance US | San Francisco, CA | hx10d1 | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx0796 | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx10e8 | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx0607 | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hxaf3a | ICX | 699993.09880 | | |
| Binance.com | Cayman Islands | hx061b | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hx08b8 | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hxb19d | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hx3f47 | ICX | 125004.98470 | | |
| Binance.com | Cayman Islands | 0x3f5C | Ethereum | 8.67887744 | $3,432.00 | 8/23/2020 3:00 |
| Coinbase | San Francisco, CA | 15RhEp | Bitcoin | 6.350854 | $73,822.405 | 8/22/2020 16:56 |
| Coinbase | San Francisco, CA | 3JroZ1 | Bitcoin | 5.54360257 | $64,438.95 | 8/22/2020 18:10 |
| Coinbase | San Francisco, CA | 32EYBU | Bitcoin | 5.43688837 | $63,537.43 | 8/30/2020 15:45 |
| Coinbase | San Francisco, CA | 0xA090 | Ethereum | 1.00298858 | $392.00 | 8/24/2020 20:22 |
| Coinbase | San Francisco, CA | 0xA090 | Ethereum | 1.00298652 | $392.00 | 8/24/2020 20:22 |
| Gemini | New York, NY | bc1q5p | Bitcoin | 2.01235206 | $23,391.600 2 | 8/22/2020 16:33 |

| Exchange | Location | Address | Currency | Amount | Value | Date |
|---|---|---|---|---|---|---|
| Gemini | New York, NY | bc1q5p | Bitcoin | 4.99564436 | $58,069.47 | 8/22/2020 17:37 |
| Gemini | New York, NY | bc1q5p | Bitcoin | 4.99611617 | $58,074.95 | 8/22/2020 17:42 |
| Gemini | New York, NY | bc1q5p | Bitcoin | 4.99984329 | $53,505.87 | 10/6/2020 3:49 |
| Kraken | San Fran, CA | hx20be | ICX | 150000.00000 | | |
| VELIC | Singapore | Hxdea6 | ICX | 0.00000 | | |
| Kucoin | Singapore | 0x689Q | Tether | 45737 | $45,755.00 | 9/6/2020 19:40 |
| Kucoin | Singapore | 0x689Q | Tether | 10000 | $10,001.00 | 9/7/2020 19:42 |
| Kucoin | Singapore | 0x689 | Tether | 5000 | $5,000.00 | 9/8/2020 22:39 |
| Mark Shin | Colorado | bc1qdz | Bitcoin | 0.0877688 | $1,004.40 | |
| Mark Shin | Colorado | bc1qu3 | Bitcoin | 0.2607762 | $3,001.14 | |
| Mark Shin | Colorado | bc1qdz | Bitcoin | 0.08802662 | $1,013.05 | |
| Mark Shin | Colorado | bc1qqv | Bitcoin | 5.1642316 | $59,432.56 | |
| Mark Shin | Colorado | 33ALGV | Bitcoin | 0.01999999 | $233.73 | |
| Mark Shin | Colorado | 3GZeC1 | Bitcoin | 1 | $11,686.36 | |
| Mark Shin | Colorado | 359Jz6 | Bitcoin | 2 | $23,372.72 | |
| Mark Shin | Colorado | 33mKsq | Bitcoin | 3 | $35,059.08 | |
| Mark Shin | Colorado | 3LH99v | Bitcoin | 0.00006568 | $0.77 | |
| Mark Shin | Colorado | 34acEH | Bitcoin | 2.16 | $25,242.54 | |
| Mark Shin | Colorado | 0xe316 | Ethereum | 399.988212054 | | |
| BitMax.io | Singapore | 0x4B1a | Tether | 7000 | $7,008.00 | 9/5/2020 16:36 |
| BitMax.io | Singapore | 0x986a | Tether | 5000 | $5,006.00 | 9/5/2020 19:56 |
| BitMax.io | Singapore | 0x986a | Tether | 5500 | $5,502.00 | 9/6/2020 15:14 |
| BitMax.io | Singapore | 0x986a | Tether | 5000 | $5,002.00 | 9/6/2020 19:34 |
| BitMax.io | Singapore | 0x986a | Tether | 4800 | $4,802.00 | 9/6/2020 19:54 |
| BitMax.io | Singapore | 0x986a | Tether | 5579.598149 | $5,582.00 | 9/6/2020 23:16 |
| BitMax.io | Singapore | 0x986a | Tether | 5000 | $5,001.00 | 9/9/2020 14:49 |
| BitMax.io | Singapore | 0x986a | Tether | 10652.866 | $10,657.00 | 10/5/2020 14:27 |
| BitMax.io | Singapore | 0x986a | Tether | 4996.003617 | $4,998.00 | 10/6/2020 20:12 |
| BitMax.io | Singapore | 0x986a | Tether | 2532.076 | $2,532.00 | 10/8/2020 13:38 |

| BitMax.io | Singapore | 0x986a | | Tether | 2500.000104 | $2,501.00 | 10/14/2020 14:23 |
|---|---|---|---|---|---|---|---|
| BitMax.io | Singapore | 0x986a | | Tether | 2035.714107 | $2,037.00 | 10/18/2020 0:33 |
| ODEX | Colorado (Mark Shin) | 0x6F1b | | Ethereum | 5 | $1,940.00 | 8/22/2020 20:54 |
| ODEX | Colorado (Mark Shin) | 0x7a25 | | Ethereum | 7.17926579 | $3,158.00 | 9/3/2020 7:43 |
| ODEX | Colorado (Mark Shin) | 0x7a25 | | Ethereum | 5.34636989 | $1,886.00 | 9/7/2020 8:17 |
| HitBtc.com | Hong Kong | 0xA124 | | Ethereum | 25.298614 | $9,815.00 | 8/22/2020 21:47 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 15.5 | $6,650.00 | 8/31/2020 18:03 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10.04533084 | $4,361.00 | 9/1/2020 21:56 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 9.67775 | $4,201.00 | 9/1/2020 22:38 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10 | $4,398.00 | 9/3/2020 13:15 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10 | $4,398.00 | 9/3/2020 18:10 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10 | $3,825.00 | 9/4/2020 3:30 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10 | $3,825.00 | 9/4/2020 14:07 |

- ODEX and IDEX are de-centralized exchanges.

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | | |
|---|---|---|
| In the Matter of the Seizure of | ) | |
| *(Briefly describe the property to be seized)* | ) | |
| All identified cryptocurrency held in the wallet | ) | Case No. |
| addresses in the custody and control of Mark Shin | ) | |
| described in Attachment A | ) | |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ State and _____ District of _____ Colorado _____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All identified cryptocurrency held in the wallet addresses in the custody and control of Mark Shin described in Attachment A

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before December 1, 2020

*(not to exceed 14 days)*

❒ in the daytime 6:00 a.m. to 10:00 p.m.   ❒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to _____ U.S. Magistrate Judge _____ .

*(United States Magistrate Judge)*

❒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❒ for _____ days (not to exceed 30)   ❒ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____   _____

*Judge's signature*

City and state:   Denver, Colorado _____   Kristen L. Mix, U.S. Magistrate Judge

*Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken:

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

Attachment A

| Custodian/ Exchange | Location | Wallet Address | Form of Crypto- currency | Balance | Approx. USD Value | Date |
|---|---|---|---|---|---|---|
| Binance US | San Francisco, CA | hx10d1 | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx0796 | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx10e8 | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx0607 | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hxaf3a | ICX | 699993.09880 | | |
| Binance.com | Cayman Islands | hx061b | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hx08b8 | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hxb19d | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hx3f47 | ICX | 125004.98470 | | |
| Binance.com | Cayman Islands | 0x3f5C | Ethereum | 8.67887744 | $3,432.00 | 8/23/2020 3:00 |
| Coinbase | San Francisco, CA | 15RhEp | Bitcoin | 6.350854 | $73,822.405 | 8/22/2020 16:56 |
| Coinbase | San Francisco, CA | 3JroZ1 | Bitcoin | 5.54360257 | $64,438.95 | 8/22/2020 18:10 |
| Coinbase | San Francisco, CA | 32EYBU | Bitcoin | 5.43688837 | $63,537.43 | 8/30/2020 15:45 |
| Coinbase | San Francisco, CA | 0xA090 | Ethereum | 1.00298858 | $392.00 | 8/24/2020 20:22 |
| Coinbase | San Francisco, CA | 0xA090 | Ethereum | 1.00298652 | $392.00 | 8/24/2020 20:22 |
| Gemini | New York, NY | bc1q5p | Bitcoin | 2.01235206 | $23,391.6002 | 8/22/2020 16:33 |

| Gemini | New York, NY | bc1q5p███ | Bitcoin | 4.99564436 | $58,069.47 | 8/22/2020 17:37 |
|---|---|---|---|---|---|---|
| Gemini | New York, NY | bc1q5p███ | Bitcoin | 4.99611617 | $58,074.95 | 8/22/2020 17:42 |
| Gemini | New York, NY | bc1q5p███ | Bitcoin | 4.99984329 | $53,505.87 | 10/6/2020 3:49 |
| Kraken | San Fran, CA | hx20be███ | ICX | 150000.00000 | | |
| VELIC | Singapore | Hxdea6███ | ICX | 0.00000 | | |
| Kucoin | Singapore | 0x689Q███ | Tether | 45737 | $45,755.00 | 9/6/2020 19:40 |
| Kucoin | Singapore | 0x689Q███ | Tether | 10000 | $10,001.00 | 9/7/2020 19:42 |
| Kucoin | Singapore | 0x689Q███ | Tether | 5000 | $5,000.00 | 9/8/2020 22:39 |
| Mark Shin | Colorado | bc1qdz███ | Bitcoin | 0.0877688 | $1,004.40 | |
| Mark Shin | Colorado | bc1qu3███ | Bitcoin | 0.2607762 | $3,001.14 | |
| Mark Shin | Colorado | bc1qdz███ | Bitcoin | 0.08802662 | $1,013.05 | |
| Mark Shin | Colorado | bc1qqv███ | Bitcoin | 5.1642316 | $59,432.56 | |
| Mark Shin | Colorado | 33ALGV███ | Bitcoin | 0.01999999 | $233.73 | |
| Mark Shin | Colorado | 3GZeC1███ | Bitcoin | 1 | $11,686.36 | |
| Mark Shin | Colorado | 359jz6███ | Bitcoin | 2 | $23,372.72 | |
| Mark Shin | Colorado | 33mKsq███ | Bitcoin | 3 | $35,059.08 | |
| Mark Shin | Colorado | 3LH99v███ | Bitcoin | 0.00006568 | $0.77 | |
| Mark Shin | Colorado | 34acEh███ | Bitcoin | 2.16 | $25,242.54 | |
| Mark Shin | Colorado | 0xe316███ | Ethereum | 399.988212054 | | |
| BitMax.io | Singapore | 0x4B1a███ | Tether | 7000 | $7,008.00 | 9/5/2020 16:36 |
| BitMax.io | Singapore | 0x986a███ | Tether | 5000 | $5,006.00 | 9/5/2020 19:56 |
| BitMax.io | Singapore | 0x986a███ | Tether | 5500 | $5,502.00 | 9/6/2020 15:14 |
| BitMax.io | Singapore | 0x986a███ | Tether | 5000 | $5,002.00 | 9/6/2020 19:34 |
| BitMax.io | Singapore | 0x986a███ | Tether | 4800 | $4,802.00 | 9/6/2020 19:54 |
| BitMax.io | Singapore | 0x986a███ | Tether | 5579.598149 | $5,582.00 | 9/6/2020 23:16 |
| BitMax.io | Singapore | 0x986a███ | Tether | 5000 | $5,001.00 | 9/9/2020 14:49 |
| BitMax.io | Singapore | 0x986a███ | Tether | 10652.866 | $10,657.00 | 10/5/2020 14:27 |
| BitMax.io | Singapore | 0x986a███ | Tether | 4996.003617 | $4,998.00 | 10/6/2020 20:12 |
| BitMax.io | Singapore | 0x986a███ | Tether | 2532.076 | $2,532.00 | 10/8/2020 13:38 |

| BitMax.io | Singapore | 0x986a | | Tether | 2500.000104 | $2,501.00 | 10/14/2020 14:23 |
|---|---|---|---|---|---|---|---|
| BitMax.io | Singapore | 0x986a | | Tether | 2035.714107 | $2,037.00 | 10/18/2020 0:33 |
| ODEX | Colorado (Mark Shin) | 0x6F1b | | Ethereum | 5 | $1,940.00 | 8/22/2020 20:54 |
| ODEX | Colorado (Mark Shin) | 0x7a25 | | Ethereum | 7.17926579 | $3,158.00 | 9/3/2020 7:43 |
| ODEX | Colorado (Mark Shin) | 0x7a25 | | Ethereum | 5.34636989 | $1,886.00 | 9/7/2020 8:17 |
| HitBtc.com | Hong Kong | 0xA124 | | Ethereum | 25.298614 | $9,815.00 | 8/22/2020 21:47 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 15.5 | $6,650.00 | 8/31/2020 18:03 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10.04533084 | $4,361.00 | 9/1/2020 21:56 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 9.67775 | $4,201.00 | 9/1/2020 22:38 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10 | $4,398.00 | 9/3/2020 13:15 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10 | $4,398.00 | 9/3/2020 18:10 |
| IDEX | Colorado (Mark Shin) | 0x2a0 | | Ethereum | 10 | $3,825.00 | 9/4/2020 3:30 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10 | $3,825.00 | 9/4/2020 14:07 |

- ODEX and IDEX are de-centralized exchanges.

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT

for the

District of Colorado

|  |  |  |
|---|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>All identified cryptocurrency held in the<br>wallet addresses at BitMax.io described in<br>Attachment A | )<br>)<br>)<br>)<br>)<br>) | Case No. |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in _____ Singapore _____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All identified cryptocurrency held in the wallet addresses at BitMax.io described in Attachment A

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   December 1, 2020
*(not to exceed 14 days)*

❏ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____ U.S. Magistrate Judge _____ .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days (not to exceed 30)   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____          _____
                                                                                    *Judge's signature*

City and state:   Denver, Colorado _____          Kristen L. Mix, U.S. Magistrate Judge
                                                                                    *Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken:

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:  _____

_____
*Executing officer's signature*

_____
*Printed name and title*

Attachment A

| Custodian/ Exchange | Location | Wallet Address | Form of Crypto- currency | Balance | Approx. USD Value | Date |
|---|---|---|---|---|---|---|
| Binance US | San Francisco, CA | hx10d1 | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx0796 | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx10e8 | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx0607 | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hxaf3a | ICX | 699993.09880 | | |
| Binance.com | Cayman Islands | hx061b | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hx08b8 | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hxb19d | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hx3f47 | ICX | 125004.98470 | | |
| Binance.com | Cayman Islands | 0x3f5C | Ethereum | 8.67887744 | $3,432.00 | 8/23/2020 3:00 |
| Coinbase | San Francisco, CA | 15RhEp | Bitcoin | 6.350854 | $73,822.405 | 8/22/2020 16:56 |
| Coinbase | San Francisco, CA | 3JroZ1 | Bitcoin | 5.54360257 | $64,438.95 | 8/22/2020 18:10 |
| Coinbase | San Francisco, CA | 32EYBU | Bitcoin | 5.43688837 | $63,537.43 | 8/30/2020 15:45 |
| Coinbase | San Francisco, CA | 0xA090 | Ethereum | 1.00298858 | $392.00 | 8/24/2020 20:22 |
| Coinbase | San Francisco, CA | 0xA090 | Ethereum | 1.00298652 | $392.00 | 8/24/2020 20:22 |
| Gemini | New York, NY | bc1q5p | Bitcoin | 2.01235206 | $23,391.6002 | 8/22/2020 16:33 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Gemini | New York, NY | bc1q5p███████████ | Bitcoin | 4.99564436 | $58,069.47 | 8/22/2020 17:37 |
| Gemini | New York, NY | bc1q5p███████████ | Bitcoin | 4.99611617 | $58,074.95 | 8/22/2020 17:42 |
| Gemini | New York, NY | bc1q5p███████████ | Bitcoin | 4.99984329 | $53,505.87 | 10/6/2020 3:49 |
| Kraken | San Fran, CA | hx20be███████████ | ICX | 150000.00000 | | |
| VELIC | Singapore | Hxdea6███████████ | ICX | 0.00000 | | |
| Kucoin | Singapore | 0x689Q███████████ | Tether | 45737 | $45,755.00 | 9/6/2020 19:40 |
| Kucoin | Singapore | 0x689Q███████████ | Tether | 10000 | $10,001.00 | 9/7/2020 19:42 |
| Kucoin | Singapore | 0x689Q███████████ | Tether | 5000 | $5,000.00 | 9/8/2020 22:39 |
| Mark Shin | Colorado | bc1qdz███████████ | Bitcoin | 0.0877688 | $1,004.40 | |
| Mark Shin | Colorado | bc1qu3███████████ | Bitcoin | 0.2607762 | $3,001.14 | |
| Mark Shin | Colorado | bc1qdz███████████ | Bitcoin | 0.08802662 | $1,013.05 | |
| Mark Shin | Colorado | bc1qqv███████████ | Bitcoin | 5.1642316 | $59,432.56 | |
| Mark Shin | Colorado | 33ALGV███████████ | Bitcoin | 0.01999999 | $233.73 | |
| Mark Shin | Colorado | 3GZeC1███████████ | Bitcoin | 1 | $11,686.36 | |
| Mark Shin | Colorado | 359jz8███████████ | Bitcoin | 2 | $23,372.72 | |
| Mark Shin | Colorado | 33mKsq███████████ | Bitcoin | 3 | $35,059.08 | |
| Mark Shin | Colorado | 3LH99v███████████ | Bitcoin | 0.00006568 | $0.77 | |
| Mark Shin | Colorado | 34acEH███████████ | Bitcoin | 2.16 | $25,242.54 | |
| Mark Shin | Colorado | 0xe316███████████ | Ethereum | 399.988212054 | | |
| BitMax.io | Singapore | 0x4B1a███████████ | Tether | 7000 | $7,008.00 | 9/5/2020 16:36 |
| BitMax.io | Singapore | 0x986a███████████ | Tether | 5000 | $5,006.00 | 9/5/2020 19:56 |
| BitMax.io | Singapore | 0x986a███████████ | Tether | 5500 | $5,502.00 | 9/6/2020 15:14 |
| BitMax.io | Singapore | 0x986a███████████ | Tether | 5000 | $5,002.00 | 9/6/2020 19:34 |
| BitMax.io | Singapore | 0x986a███████████ | Tether | 4800 | $4,802.00 | 9/6/2020 19:54 |
| BitMax.io | Singapore | 0x986a███████████ | Tether | 5579.598149 | $5,582.00 | 9/6/2020 23:16 |
| BitMax.io | Singapore | 0x986a███████████ | Tether | 5000 | $5,001.00 | 9/9/2020 14:49 |
| BitMax.io | Singapore | 0x986a███████████ | Tether | 10652.866 | $10,657.00 | 10/5/2020 14:27 |
| BitMax.io | Singapore | 0x986a███████████ | Tether | 4996.003617 | $4,998.00 | 10/6/2020 20:12 |
| BitMax.io | Singapore | 0x986a███████████ | Tether | 2532.076 | $2,532.00 | 10/8/2020 13:38 |

| BitMax.io | Singapore | 0x986a | | Tether | 2500.000104 | $2,501.00 | 10/14/2020 14:23 |
|---|---|---|---|---|---|---|---|
| BitMax.io | Singapore | 0x986a | | Tether | 2035.714107 | $2,037.00 | 10/18/2020 0:33 |
| ODEX | Colorado (Mark Shin) | 0x6F1b | | Ethereum | 5 | $1,940.00 | 8/22/2020 20:54 |
| ODEX | Colorado (Mark Shin) | 0x7a25 | | Ethereum | 7.17926579 | $3,158.00 | 9/3/2020 7:43 |
| ODEX | Colorado (Mark Shin) | 0x7a25 | | Ethereum | 5.34636989 | $1,886.00 | 9/7/2020 8:17 |
| HitBtc.com | Hong Kong | 0xA124 | | Ethereum | 25.298614 | $9,815.00 | 8/22/2020 21:47 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 15.5 | $6,650.00 | 8/31/2020 18:03 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10.04533084 | $4,361.00 | 9/1/2020 21:56 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 9.67775 | $4,201.00 | 9/1/2020 22:38 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10 | $4,398.00 | 9/3/2020 13:15 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10 | $4,398.00 | 9/3/2020 18:10 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10 | $3,825.00 | 9/4/2020 3:30 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10 | $3,825.00 | 9/4/2020 14:07 |

- ODEX and IDEX are de-centralized exchanges.

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| In the Matter of the Seizure of | ) |
|---|---|
| *(Briefly describe the property to be seized)* | ) |
| All identified cryptocurrency held in the wallet | ) |  Case No. |
| addresses at ODEX and under the custody and | ) |
| control of Mark Shin described in Attachment A | ) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____ Colorado _____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All identified cryptocurrency held in the wallet addresses at ODEX and under the custody and control of Mark Shin described in Attachment A

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _December 1, 2020_
*(not to exceed 14 days)*

❑ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to _____ U.S. Magistrate Judge _____ .
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❑ for _____ days (not to exceed 30)   ❑ until, the facts justifying, the later specific date of _____ .

Date and time issued:   _____     _____
*Judge's signature*

City and state:   Denver, Colorado _____     Kristen L. Mix, U.S. Magistrate Judge _____
*Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken:

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**Attachment A**

| Custodian/ Exchange | Location | Wallet Address | Form of Crypto-currency | Balance | Approx. USD Value | Date |
|---|---|---|---|---|---|---|
| Binance US | San Francisco, CA | hx10d1 ▉ | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx0796 ▉ | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx10e8 ▉ | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx0607 ▉ | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hxaf3a ▉ | ICX | 699993.09880 | | |
| Binance.com | Cayman Islands | hx061b ▉ | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hx08b8 ▉ | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hxb19d ▉ | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hx3f47 ▉ | ICX | 125004.98470 | | |
| Binance.com | Cayman Islands | 0x3f5C ▉ | Ethereum | 8.67887744 | $3,432.00 | 8/23/2020 3:00 |
| Coinbase | San Francisco, CA | 15RhEp ▉ | Bitcoin | 6.350854 | $73,822.405 | 8/22/2020 16:56 |
| Coinbase | San Francisco, CA | 3JroZ1 ▉ | Bitcoin | 5.54360257 | $64,438.95 | 8/22/2020 18:10 |
| Coinbase | San Francisco, CA | 32EYBU ▉ | Bitcoin | 5.43688837 | $63,537.43 | 8/30/2020 15:45 |
| Coinbase | San Francisco, CA | 0xA090 ▉ | Ethereum | 1.00298858 | $392.00 | 8/24/2020 20:22 |
| Coinbase | San Francisco, CA | 0xA090 ▉ | Ethereum | 1.00298652 | $392.00 | 8/24/2020 20:22 |
| Gemini | New York, NY | bc1q5p ▉ | Bitcoin | 2.01235206 | $23,391.600 2 | 8/22/2020 16:33 |

| Exchange | Location | Address | Currency | Amount | Value | Date |
|---|---|---|---|---|---|---|
| Gemini | New York, NY | bc1q5p █ | Bitcoin | 4.99564436 | $58,069.47 | 8/22/2020 17:37 |
| Gemini | New York, NY | bc1q5p █ | Bitcoin | 4.99611617 | $58,074.95 | 8/22/2020 17:42 |
| Gemini | New York, NY | bc1q5p █ | Bitcoin | 4.99984329 | $53,505.87 | 10/6/2020 3:49 |
| Kraken | San Fran, CA | hx20be █ | ICX | 150000.00000 | | |
| VELIC | Singapore | Hxdea6 █ | ICX | 0.00000 | | |
| Kucoin | Singapore | 0x689C █ | Tether | 45737 | $45,755.00 | 9/6/2020 19:40 |
| Kucoin | Singapore | 0x689C █ | Tether | 10000 | $10,001.00 | 9/7/2020 19:42 |
| Kucoin | Singapore | 0x689C █ | Tether | 5000 | $5,000.00 | 9/8/2020 22:39 |
| Mark Shin | Colorado | bc1qdz █ | Bitcoin | 0.0877688 | $1,004.40 | |
| Mark Shin | Colorado | bc1qu3 █ | Bitcoin | 0.2607762 | $3,001.14 | |
| Mark Shin | Colorado | bc1qdz █ | Bitcoin | 0.08802662 | $1,013.05 | |
| Mark Shin | Colorado | bc1qqv █ | Bitcoin | 5.1642316 | $59,432.56 | |
| Mark Shin | Colorado | 33ALGV █ | Bitcoin | 0.01999999 | $233.73 | |
| Mark Shin | Colorado | 3GZeC1 █ | Bitcoin | 1 | $11,686.36 | |
| Mark Shin | Colorado | 359jz8 █ | Bitcoin | 2 | $23,372.72 | |
| Mark Shin | Colorado | 33mKsc █ | Bitcoin | 3 | $35,059.08 | |
| Mark Shin | Colorado | 3LH99v █ | Bitcoin | 0.00006568 | $0.77 | |
| Mark Shin | Colorado | 34acEF █ | Bitcoin | 2.16 | $25,242.54 | |
| Mark Shin | Colorado | 0xe316 █ | Ethereum | 399.988212054 | | |
| BitMax.io | Singapore | 0x4B1a █ | Tether | 7000 | $7,008.00 | 9/5/2020 16:36 |
| BitMax.io | Singapore | 0x986a █ | Tether | 5000 | $5,006.00 | 9/5/2020 19:56 |
| BitMax.io | Singapore | 0x986a █ | Tether | 5500 | $5,502.00 | 9/6/2020 15:14 |
| BitMax.io | Singapore | 0x986a █ | Tether | 5000 | $5,002.00 | 9/6/2020 19:34 |
| BitMax.io | Singapore | 0x986a █ | Tether | 4800 | $4,802.00 | 9/6/2020 19:54 |
| BitMax.io | Singapore | 0x986a █ | Tether | 5579.598149 | $5,582.00 | 9/6/2020 23:16 |
| BitMax.io | Singapore | 0x986a █ | Tether | 5000 | $5,001.00 | 9/9/2020 14:49 |
| BitMax.io | Singapore | 0x986a █ | Tether | 10652.866 | $10,657.00 | 10/5/2020 14:27 |
| BitMax.io | Singapore | 0x986a █ | Tether | 4996.003617 | $4,998.00 | 10/6/2020 20:12 |
| BitMax.io | Singapore | 0x986a █ | Tether | 2532.076 | $2,532.00 | 10/8/2020 13:38 |

| BitMax.io | Singapore | 0x986a | Tether | 2500.000104 | $2,501.00 | 10/14/2020 14:23 |
|---|---|---|---|---|---|---|
| BitMax.io | Singapore | 0x986a | Tether | 2035.714107 | $2,037.00 | 10/18/2020 0:33 |
| ODEX | Colorado (Mark Shin) | 0x6F1b | Ethereum | 5 | $1,940.00 | 8/22/2020 20:54 |
| ODEX | Colorado (Mark Shin) | 0x7a25 | Ethereum | 7.17926579 | $3,158.00 | 9/3/2020 7:43 |
| ODEX | Colorado (Mark Shin) | 0x7a25 | Ethereum | 5.34636989 | $1,886.00 | 9/7/2020 8:17 |
| HitBtc.com | Hong Kong | 0xA124 | Ethereum | 25.298614 | $9,815.00 | 8/22/2020 21:47 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | Ethereum | 15.5 | $6,650.00 | 8/31/2020 18:03 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | Ethereum | 10.04533084 | $4,361.00 | 9/1/2020 21:56 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | Ethereum | 9.67775 | $4,201.00 | 9/1/2020 22:38 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | Ethereum | 10 | $4,398.00 | 9/3/2020 13:15 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | Ethereum | 10 | $4,398.00 | 9/3/2020 18:10 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | Ethereum | 10 | $3,825.00 | 9/4/2020 3:30 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | Ethereum | 10 | $3,825.00 | 9/4/2020 14:07 |

- ODEX and IDEX are de-centralized exchanges.

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the

District of Colorado

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
All identified cryptocurrency held in the wallet ) Case No.
addresses at IDEX in the custody and control of )
Mark Shin as described in Attachment A )

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____ Colorado _____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All identified cryptocurrency held in the wallet addresses at IDEX in the custody and control of Mark Shin as described in Attachment A

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _December 1, 2020_
*(not to exceed 14 days)*

❑ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to

U.S. Magistrate Judge .
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❑ for _____ days (not to exceed 30)   ❑ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____    _____
*Judge's signature*

City and state:   Denver, Colorado    _____    Kristen L. Mix, U.S. Magistrate Judge
*Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken:

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**Attachment A**

| Custodian/ Exchange | Location | Wallet Address | Form of Crypto-currency | Balance | Approx. USD Value | Date |
|---|---|---|---|---|---|---|
| Binance US | San Francisco, CA | hx10d1 | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx0796 | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx10e8 | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx0607 | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hxaf3a | ICX | 699993.09880 | | |
| Binance.com | Cayman Islands | hx061b | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hx08b8 | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hxb19 | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hx3f47 | ICX | 125004.98470 | | |
| Binance.com | Cayman Islands | 0x3f5C | Ethereum | 8.67887744 | $3,432.00 | 8/23/2020 3:00 |
| Coinbase | San Francisco, CA | 15RhEp | Bitcoin | 6.350854 | $73,822.405 | 8/22/2020 16:56 |
| Coinbase | San Francisco, CA | 3JroZ1 | Bitcoin | 5.54360257 | $64,438.95 | 8/22/2020 18:10 |
| Coinbase | San Francisco, CA | 32EYBU | Bitcoin | 5.43688837 | $63,537.43 | 8/30/2020 15:45 |
| Coinbase | San Francisco, CA | 0xA090 | Ethereum | 1.00298858 | $392.00 | 8/24/2020 20:22 |
| Coinbase | San Francisco, CA | 0xA090 | Ethereum | 1.00298652 | $392.00 | 8/24/2020 20:22 |
| Gemini | New York, NY | bc1q5p | Bitcoin | 2.01235206 | $23,391.6002 | 8/22/2020 16:33 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Gemini | New York, NY | bc1q5p | | Bitcoin | 4.99564436 | $58,069.47 | 8/22/2020 17:37 |
| Gemini | New York, NY | bc1q5p | | Bitcoin | 4.99611617 | $58,074.95 | 8/22/2020 17:42 |
| Gemini | New York, NY | bc1q5p | | Bitcoin | 4.99984329 | $53,505.87 | 10/6/2020 3:49 |
| Kraken | San Fran, CA | hx20be | | ICX | 150000.00000 | | |
| VELIC | Singapore | Hxdea6 | | ICX | 0.00000 | | |
| Kucoin | Singapore | 0x689 | | Tether | 45737 | $45,755.00 | 9/6/2020 19:40 |
| Kucoin | Singapore | 0x689C | | Tether | 10000 | $10,001.00 | 9/7/2020 19:42 |
| Kucoin | Singapore | 0x689 | | Tether | 5000 | $5,000.00 | 9/8/2020 22:39 |
| Mark Shin | Colorado | bc1qdz | | Bitcoin | 0.0877688 | $1,004.40 | |
| Mark Shin | Colorado | bc1qu3 | | Bitcoin | 0.2607762 | $3,001.14 | |
| Mark Shin | Colorado | bc1qdz | | Bitcoin | 0.08802662 | $1,013.05 | |
| Mark Shin | Colorado | bc1qqv | | Bitcoin | 5.1642316 | $59,432.56 | |
| Mark Shin | Colorado | 33ALGV | | Bitcoin | 0.01999999 | $233.73 | |
| Mark Shin | Colorado | 3GZeC1 | | Bitcoin | 1 | $11,686.36 | |
| Mark Shin | Colorado | 359jz8 | | Bitcoin | 2 | $23,372.72 | |
| Mark Shin | Colorado | 33mKsq | | Bitcoin | 3 | $35,059.08 | |
| Mark Shin | Colorado | 3LH99v | | Bitcoin | 0.00006568 | $0.77 | |
| Mark Shin | Colorado | 34acEh | | Bitcoin | 2.16 | $25,242.54 | |
| Mark Shin | Colorado | 0xe316 | | Ethereum | 399.988212054 | | |
| BitMax.io | Singapore | 0x4B1a | | Tether | 7000 | $7,008.00 | 9/5/2020 16:36 |
| BitMax.io | Singapore | 0x986a | | Tether | 5000 | $5,006.00 | 9/5/2020 19:56 |
| BitMax.io | Singapore | 0x986a | | Tether | 5500 | $5,502.00 | 9/6/2020 15:14 |
| BitMax.io | Singapore | 0x986a | | Tether | 5000 | $5,002.00 | 9/6/2020 19:34 |
| BitMax.io | Singapore | 0x986a | | Tether | 4800 | $4,802.00 | 9/6/2020 19:54 |
| BitMax.io | Singapore | 0x986a | | Tether | 5579.598149 | $5,582.00 | 9/6/2020 23:16 |
| BitMax.io | Singapore | 0x986a | | Tether | 5000 | $5,001.00 | 9/9/2020 14:49 |
| BitMax.io | Singapore | 0x986a | | Tether | 10652.866 | $10,657.00 | 10/5/2020 14:27 |
| BitMax.io | Singapore | 0x986a | | Tether | 4996.003617 | $4,998.00 | 10/6/2020 20:12 |
| BitMax.io | Singapore | 0x986a | | Tether | 2532.076 | $2,532.00 | 10/8/2020 13:38 |

| BitMax.io | Singapore | 0x986a | | Tether | 2500.000104 | $2,501.00 | 10/14/2020 14:23 |
|---|---|---|---|---|---|---|---|
| BitMax.io | Singapore | 0x986a | | Tether | 2035.714107 | $2,037.00 | 10/18/2020 0:33 |
| ODEX | Colorado (Mark Shin) | 0x6F1b | | Ethereum | 5 | $1,940.00 | 8/22/2020 20:54 |
| ODEX | Colorado (Mark Shin) | 0x7a25 | | Ethereum | 7.17926579 | $3,158.00 | 9/3/2020 7:43 |
| ODEX | Colorado (Mark Shin) | 0x7a25 | | Ethereum | 5.34636989 | $1,886.00 | 9/7/2020 8:17 |
| HitBtc.com | Hong Kong | 0xA124 | | Ethereum | 25.298614 | $9,815.00 | 8/22/2020 21:47 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 15.5 | $6,650.00 | 8/31/2020 18:03 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10.04533084 | $4,361.00 | 9/1/2020 21:56 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 9.67775 | $4,201.00 | 9/1/2020 22:38 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10 | $4,398.00 | 9/3/2020 13:15 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10 | $4,398.00 | 9/3/2020 18:10 |
| IDEX | Colorado (Mark Shin) | 0x2a0c0 | | Ethereum | 10 | $3,825.00 | 9/4/2020 3:30 |
| IDEX | Colorado (Mark Shin) | 0x2a0d | | Ethereum | 10 | $3,825.00 | 9/4/2020 14:07 |

- ODEX and IDEX are de-centralized exchanges.