# **EXHIBIT K**



**U.S. Department of Justice**

Federal Bureau of Investigation

---

Office of the Chief Division Counsel

8000 E. 36th Avenue
Denver, Colorado 80238
303-629-7171

Dear Sir/Madam,

Please liquidate the cryptocurrency wallet/address listed in the attached Federal Seizure Warrant and send the funds to the appropriate cryptocurrency wallet/address listed below per crypto currency type that is being seized :

| **Coin** | **Address** |
|---|---|
| Bitcoin | 1HibdF▮▮▮ |
| | or |
| Bitcoin | bc1qtn▮▮▮ |
| Ethereum | 0xaeBe▮▮▮ |
| Tether | 0xaeBe▮▮▮ |
| ICON | hx166f▮▮▮ |
| Monero | 44t7q3▮▮▮ |

Public View Key
e241f7▮▮▮

Public Spend Key
55fe7f▮▮▮

Please send an email to dmmcmahon@fbi.gov and jjtemple@fbi.gov and confirm all transmittals.
Thank you in advance for your assistance in this matter,

Travis Wall
Special Agent FBI
Denver Colorado Field Office
8000 E. 36th Avenue
Denver, Colorado 80238
303-630-7171
tlwall@fbi.gov