# **EXHIBIT L**

Saturday, May 8, 2021 at 07:53:31 Eastern Daylight Time

**Subject:** Re: Shin - update
**Date:** Friday, May 7, 2021 at 9:46:04 AM Eastern Daylight Time
**From:** Eric Rosen
**To:** Andrews, Tonya (USACO)
**CC:** Kyle Roche, Davies, Patricia (USACO), Surratt, Andrea (USACO)

Thank you – if we can get copies of all the served warrants (I believe that there are 13), that would be appreciated as well. As of now, we only have five warrants.
Eric

**Eric S. Rosen**
<u>Partner and General Counsel</u>
Roche Freedman LLP
99 Park Avenue, Suite 1910
New York, New York 10016
(617) 977-4163 (desk)
(646) 350-0527 x.127 (desk)
(646) 541-8484 (mobile)
(@) erosen@rcfllp.com
www.rcfllp.com/eric-rosen

---

**From:** "Andrews, Tonya (USACO)" <Tonya.Andrews@usdoj.gov>
**Date:** Thursday, May 6, 2021 at 9:52 PM
**To:** Eric Rosen <erosen@rcfllp.com>
**Cc:** Kyle Roche <kyle@rcfllp.com>, "Davies, Patricia (USACO)" <Patricia.Davies@usdoj.gov>, "Surratt, Andrea (USACO)" <Andrea.Surratt@usdoj.gov>
**Subject:** RE: Shin - update

Mr. Rosen,

Yesterday, I requested the returns be unsealed.   I will send you a copy when they are.  I have not yet requested the affidavit to be unsealed.

Regards,

**Tonya Andrews**
Assistant United States Attorney,
Asset Recovery Division, Chief
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) 454-0100
Email:    tonya.andrews@usdoj.gov

---

**From:** Eric Rosen <erosen@rcfllp.com>
**Sent:** Thursday, May 6, 2021 6:28 AM
**To:** Andrews, Tonya (USACO) <TAndrews@usa.doj.gov>

**Cc:** Kyle Roche <kyle@rcfllp.com>; Davies, Patricia (USACO) <PDavies@usa.doj.gov>; Surratt, Andrea (USACO) <asurratt@usa.doj.gov>
**Subject:** Re: Shin - update

Hi Tonya –

Just to reiterate prior requests, if you can provide us with the warrant returns and complete set of executed warrants (including affidavit), that would be most appreciated.

Thanks,
Eric



**Eric S. Rosen**
<u>Partner and General Counsel</u>
Roche Freedman LLP
99 Park Avenue, Suite 1910
New York, New York 10016
(617) 977-4163 (desk)
(646) 350-0527 x.127 (desk)
(646) 541-8484 (mobile)
(@) erosen@rcfllp.com
www.rcfllp.com/eric-rosen

---

**From:** "Andrews, Tonya (USACO)" <Tonya.Andrews@usdoj.gov>
**Date:** Tuesday, May 4, 2021 at 10:29 AM
**To:** Eric Rosen <erosen@rcfllp.com>
**Cc:** Kyle Roche <kyle@rcfllp.com>, "Davies, Patricia (USACO)" <Patricia.Davies@usdoj.gov>, "Surratt, Andrea (USACO)" <Andrea.Surratt@usdoj.gov>
**Subject:** RE: Shin - update

Good morning Eric,

1. In short, no, but hopefully soon. I am open to discussing the matter prior to filing, but, honestly, this seems incongruous to your letter last week that indicated your client wanted his day in court as soon as possible as opposed to continued discussions.
2. As I stated previously, no filing decisions have been made. That said, I appreciate your update on Icon's position last week.
3. If my office declines to initiate a federal case, the general policy is to return the property to the owner absent other intervening circumstances such as competing claims, etc.

Regards,

**Tonya Andrews**
Assistant United States Attorney,
Asset Recovery Division, Chief
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600

Denver, CO  80202
Phone:  (303) 454-0100
Email:   tonya.andrews@usdoj.gov


**From:** Eric Rosen <erosen@rcfllp.com>
**Sent:** Monday, May 3, 2021 3:07 PM
**To:** Andrews, Tonya (USACO) <TAndrews@usa.doj.gov>
**Cc:** Kyle Roche <kyle@rcfllp.com>
**Subject:** Re: Shin - update

Tonya –

Thanks for your email, three quick follow-ups:

1. If the govt does reach a decision to file a complaint, do you know when that would be? If a decision is made, could we have time to discuss the matter before a complaint is filed?
2. We haven't yet been apprised as to which statute or statutes the govt is considering charging in a proposed civil complaint. Can you let us know which ones are under consideration – i.e. CFAA or wire fraud? This is important because during the recent hearing on the motion to dismiss in the Northern District of California, ICON effectively disavowed prior ownership of the ICX that resulted from the Bug. Accordingly, any civil complaint premised on wire fraud would be incongruous with the facts because there was no victim who lost property (ICX). *See Cleveland v. US*, 121 S.Ct. 365 (2000) ("It does not suffice we clarify, that the object of the fraud may become property in the recipient's hands; for purposes of the mail fraud statute, **the thing obtained must be property in the hands of the victim**")  [Note: we are still awaiting the transcript from the hearing].
3. If the government decides not to go forward with the complaint, we assume that the seized crypto would be returned to Mr. Shin? Please confirm.

Thank you,

Eric


**Eric S. Rosen**
<u>Partner and General Counsel</u>
Roche Freedman LLP
99 Park Avenue, Suite 1910
New York, New York 10016
(617) 977-4163 (desk)
(646) 350-0527 x.127 (desk)
(646) 541-8484 (mobile)
(@) erosen@rcfllp.com
www.rcfllp.com/eric-rosen


**From:** "Andrews, Tonya (USACO)" <Tonya.Andrews@usdoj.gov>
**Date:** Monday, May 3, 2021 at 1:48 PM
**To:** Eric Rosen <erosen@rcfllp.com>
**Cc:** Kyle Roche <kyle@rcfllp.com>

**Subject:** RE: Shin - update

Good morning,

I am afraid this week is quite busy as I am attending a seminar.  I can offer you the following update.  Currently, based on the claims filed by your client, our deadline to file a complaint is May 13th.  We are in the process of reviewing evidence and drafting the complaint; however, no filing decisions have been made.  If we do file a complaint, I will include all assets in the government's custody and not simply those that claims were filed on in the administrative process.

Hope this addresses some, if not all, of your questions.  And if there is something specific you would like to know, I will probably be able to respond to email.

Regards,
**Tonya Andrews**
Assistant United States Attorney,
Asset Recovery Division, Chief
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) 454-0100
Email:    tonya.andrews@usdoj.gov

---

**From:** Eric Rosen <erosen@rcfllp.com>
**Sent:** Monday, May 3, 2021 5:38 AM
**To:** Andrews, Tonya (USACO) <TAndrews@usa.doj.gov>
**Cc:** Kyle Roche <kyle@rcfllp.com>
**Subject:** Shin - update

Tonya –

Do you have time tomorrow or Wednesday to speak with myself and Kyle? We'd like to get an update form you as to where the government sees the forfeiture case against the seized crypto going.

Thanks,
Eric

**Eric S. Rosen**
Partner and General Counsel
Roche Freedman LLP
99 Park Avenue, Suite 1910
New York, New York 10016
(617) 977-4163 (desk)
(646) 350-0527 x.127 (desk)
(646) 541-8484 (mobile)
(@) erosen@rcfllp.com
www.rcfllp.com/eric-rosen

**From:** "Andrews, Tonya (USACO)" <Tonya.Andrews@usdoj.gov>
**Date:** Monday, March 29, 2021 at 3:31 PM
**To:** Eric Rosen <erosen@rcfllp.com>, "Davies, Patricia (USACO)" <Patricia.Davies@usdoj.gov>
**Cc:** "Surratt, Andrea (USACO)" <Andrea.Surratt@usdoj.gov>, Jeff Pagliuca <jpagliuca@hmflaw.com>, Kyle Roche <kyle@rcfllp.com>, Daniel Stone <dstone@rcfllp.com>
**Subject:** RE: Mark Shin meeting on 3/9/2021

Mr. Rosen,

1. The "overcollection" issue, I believe is a misguided assumption that the FBI can only take custody of assets that are specifically identified in a seizure warrant. For at least one exchange, we did obtain an additional warrant to cover all items of value traceable to the ICX. To the extent, any other exchanges provided more than the warrant covered, there is no legal restraint against the government taking custody of property so long as probable cause exists. It would be an administrative seizure. Technically speaking, if the FBI found the cryptocurrency on the ground or was handed it by a third person, they could take custody if they had probable cause. A warrant is not strictly necessary.

   To the extent, your client asserts any of the funds or cryptocurrency transferred to the FBI are not traceable to the ICX he obtained, let us know as that would be a different discussion.

2. We were planning on doing all of the returns once all of the funds/cryptocurrency had been received. Here is a list to date. We are still waiting on some:

| Date | Amount | Currency | Est. USD Value | Sending Exchange |
| --- | --- | --- | --- | --- |
| 12/1/2020 21:28 | 275.004012053678 | ETH | $ 502,135.28 | Kraken |
| 12/1/2020 23:06 | 149,999.94 | ICX | $ 288,697.13 | Kraken |
| 12/8/2020 11:14 | 20,167.2717325 | ICX | $ 38,814.91 | Binance.us |
| 1/25/2021 5:42 | 12.91203132 | REP | $ 402.70 | Coinbase |
| 1/25/2021 17:32 | 0.03295372 | BTC | $ 1,969.54 | Coinbase |
| 1/25/2021 17:37 | 0.17836965 | ETH | $ 325.69 | Coinbase |
| 1/29/2021 0:52 | 0.02 | BTC | $ 1,195.34 | Coinbase |
| 2/2/2021 0:00 | 12,030.21 | USD | $ 12,030.21 | Gemini |
| 2/2/2021 11:03 | 100,000 | REN | $ 113,947.97 | Gemini |
| 2/2/2021 22:59 | 6.5 | BTC | $ 388,484.24 | Gemini |
| 2/2/2021 23:03 | 25 | ETH | $ 45,648.00 | Gemini |
| 3/11/2021 0:00 | 212,383.21 | USD | $ 12,383.21 | Binance.us |
| 3/15/2021 3:00 | 4,153.39 | LINK | $ 24,974.42 | Binance.us |
| 3/15/2021 3:03 | 50,628.06908 | USDT | $ 50,645.41 | Binance.us |

| | | | | |
|---|---|---|---|---|
| 3/15/2021 14:55 | 120,826.75 | XRP | $ 57,959.76 | Binance.us |
| 3/15/2021 14:55 | 179.22493096 | BNB | $ 48,327.85 | Binance.us |
| 3/15/2021 14:57 | 4,805.152127 | XTZ | $ 21,207.13 | Binance.us |
| 3/15/2021 14:59 | 105,960 | ADA | $ 146,985.92 | Binance.us |
| 3/15/2021 15:09 | 37.90480185 | BTC | $ 2,265,448.96 | Binance.us |
| 3/15/2021 15:14 | 591.55345 | ETH | $1,080,129.17 | Binance.us |

Moreover, based on your client's response to our seizure warrant, it appears your client has retained a substantial portion of funds, or other cryptocurrency, traceable to the ICX he obtained in some form or transferred to third parties.  Can you please provide us an accounting of where those funds are?

Regards,

**Tonya Andrews**
Assistant United States Attorney,
Asset Recovery Division, Chief
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) 454-0100
Email:    tonya.andrews@usdoj.gov

---

**From:** Eric Rosen <erosen@rcfllp.com>
**Sent:** Thursday, March 25, 2021 6:52 PM
**To:** Davies, Patricia (USACO) <PDavies@usa.doj.gov>
**Cc:** Andrews, Tonya (USACO) <TAndrews@usa.doj.gov>; Surratt, Andrea (USACO) <asurratt@usa.doj.gov>; Jeff Pagliuca <jpagliuca@hmflaw.com>; Kyle Roche <kyle@rcfllp.com>; Daniel Stone <dstone@rcfllp.com>
**Subject:** Re: Mark Shin meeting on 3/9/2021

Thanks, I sent an invite last night.  Two issues that are important to our client that I wanted to follow-up on:

1. The overcollection issue that we raised in our presentation. Any update on that?
2. The seizure warrant returns – could we get copies of the ones that have been done thus far? Or just a list of what crypto/cash has been seized so far in the case please.

Thank you,
Eric

**Eric S. Rosen**
Partner and General Counsel
Roche Freedman LLP
99 Park Avenue, Suite 1910
New York, New York 10016
(617) 977-4163 (desk)
(646) 350-0527 x.127 (desk)
(646) 541-8484 (mobile)
(@) erosen@rcfllp.com
www.rcfllp.com/eric-rosen

**From:** "Davies, Patricia (USACO)" <Patricia.Davies@usdoj.gov>
**Date:** Wednesday, March 24, 2021 at 8:13 PM
**To:** Eric Rosen <erosen@rcfllp.com>
**Cc:** "Andrews, Tonya (USACO)" <Tonya.Andrews@usdoj.gov>, "Surratt, Andrea (USACO)" <Andrea.Surratt@usdoj.gov>, Jeff Pagliuca <jpagliuca@hmflaw.com>, Kyle Roche <kyle@rcfllp.com>, Daniel Stone <dstone@rcfllp.com>
**Subject:** Re: Mark Shin meeting on 3/9/2021

Hi Eric,

We're available on Wednesday, 4/14.

**Patricia Davies**
**Assistant U.S. Attorney**
**Cybercrime & National Security Section**
**United States Attorney's Office**
**1801 California St., Suite 1600**
**Denver, CO 80202**
**Ph: (303) 454-0231 (desk)**
**Email:  Patricia.Davies@usdoj.gov**

**Sent from my iPhone**

> On Mar 24, 2021, at 2:04 PM, Eric Rosen <erosen@rcfllp.com> wrote:
>
> Hi Patricia –
>
> How about anytime on the 13th or 14th of April? All of us are free both those days, so anytime works.  To the extent that you can't make it, I'll suggest new dates.
>
> Thank you.
>
> **Eric S. Rosen**
> Partner and General Counsel
> Roche Freedman LLP
> 99 Park Avenue, Suite 1910
> New York, New York 10016
> (617) 977-4163 (desk)
> (646) 350-0527 x.127 (desk)
> (646) 541-8484 (mobile)
> (@) erosen@rcfllp.com
> www.rcfllp.com/eric-rosen
>
>
> **From:** "Davies, Patricia (USACO)" <Patricia.Davies@usdoj.gov>
> **Date:** Wednesday, March 24, 2021 at 11:29 AM
> **To:** Eric Rosen <erosen@rcfllp.com>
> **Cc:** "Andrews, Tonya (USACO)" <Tonya.Andrews@usdoj.gov>, "Surratt, Andrea (USACO)" <Andrea.Surratt@usdoj.gov>, Jeff Pagliuca <jpagliuca@hmflaw.com>, Kyle Roche

<kyle@rcfllp.com>
**Subject:** RE: Mark Shin meeting on 3/9/2021

Hi Eric,

Sure, we'll try to find a time in mid-April that works for all. To that end, please send us multiple dates and times that work on your end during the week of 4/12, and we'll find something that we can all make work on our end.

Regards,
Patricia Davies
Assistant U.S. Attorney
Cybercrime & National Security Section
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Ph: 303/454-0231 (desk)
Email: patricia.davies@usdoj.gov


**From:** Eric Rosen <erosen@rcfllp.com>
**Sent:** Tuesday, March 23, 2021 7:09 PM
**To:** Davies, Patricia (USACO) <PDavies@usa.doj.gov>
**Cc:** Andrews, Tonya (USACO) <TAndrews@usa.doj.gov>; Surratt, Andrea (USACO) <asurratt@usa.doj.gov>; Jeff Pagliuca <jpagliuca@hmflaw.com>; Kyle Roche <kyle@rcfllp.com>
**Subject:** Re: Mark Shin meeting on 3/9/2021

Good evening all –

We wanted to schedule a time in mid-April to get back on your calendars for a short discussion/follow-up from the March 9th presentation, which would include answers to some of the questions raised in the previous meeting. Do you have availability to meet during the week of April 12th? Please let us know.

Thank you,
Eric

**Eric S. Rosen**
<u>Partner and General Counsel</u>
Roche Freedman LLP
99 Park Avenue, Suite 1910
New York, New York 10016
(617) 977-4163 (desk)
(646) 350-0527 x.127 (desk)
(646) 541-8484 (mobile)
(@) erosen@rcfllp.com
www.rcfllp.com/eric-rosen

**From:** "Davies, Patricia (USACO)" <Patricia.Davies@usdoj.gov>
**Date:** Tuesday, March 2, 2021 at 2:24 PM
**To:** Eric Rosen <erosen@rcfllp.com>
**Cc:** "Andrews, Tonya (USACO)" <Tonya.Andrews@usdoj.gov>, "Surratt, Andrea (USACO)" <Andrea.Surratt@usdoj.gov>, Jeff Pagliuca <jpagliuca@hmflaw.com>, Kyle Roche <kyle@rcfllp.com>
**Subject:** RE: Mark Shin meeting on 3/9/2021

Hi Eric,

I am writing to confirm that you want a Zoom meeting on 3/9 rather than in-person. Based on our previous teleconference, I understood you wanted to meet in-person so I had someone make those arrangements before your email below – suggesting Zoom. That's fine with us but wanted to confirm we're doing Zoom before I have the conference room reservation, etc. cancelled for 3/9.

Please let me know & send the Zoom link if applicable.

Thanks -
Patricia Davies
Assistant U.S. Attorney
Cybercrime & National Security Section
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Ph: 303/454-0231 (desk)
Ph: 720/281-3763 (cell)
Email: patricia.davies@usdoj.gov


**From:** Eric Rosen <erosen@rcfllp.com>
**Sent:** Wednesday, February 24, 2021 3:12 PM
**To:** Davies, Patricia (USACO) <PDavies@usa.doj.gov>
**Cc:** Andrews, Tonya (USACO) <TAndrews@usa.doj.gov>; Surratt, Andrea (USACO) <asurratt@usa.doj.gov>; Jeff Pagliuca <jpagliuca@hmflaw.com>; Kyle Roche <kyle@rcfllp.com>
**Subject:** Re: Mark Shin meeting on 3/9/2021

Thanks for the quick response. We're looking forward to meeting you at 9am on the 9th of March. Most likely we will present via Zoom, pending agreement of our client.

I'll send a calendar invite shortly, and then a Zoom link closer to the date.

Regards, Eric

**Eric S. Rosen**
Partner
Roche Cyrulnik Freedman LLP
99 Park Avenue, Suite 1910

New York, New York 10016
(617) 977-4163 (desk)
(646) 350-0527 x.127 (desk)
(646) 541-8484 (mobile)
(@) erosen@rcfllp.com
www.rcfllp.com/eric-rosen

---

**From:** "Davies, Patricia (USACO)" <Patricia.Davies@usdoj.gov>
**Date:** Wednesday, February 24, 2021 at 3:33 PM
**To:** Eric Rosen <erosen@rcfllp.com>
**Cc:** "Andrews, Tonya (USACO)" <Tonya.Andrews@usdoj.gov>, "Surratt, Andrea (USACO)" <Andrea.Surratt@usdoj.gov>, Jeff Pagliuca <jpagliuca@hmflaw.com>, Kyle Roche <kyle@rcfllp.com>
**Subject:** RE: Mark Shin meeting on 3/9/2021

Good afternoon,

We're available to meet with you on March 9th in the morning. The USAO is allowing in-person meetings on a limited basis. You can be assured we will listen just as attentively in a video meeting (and save you the trip), but if you still prefer an in-person meeting, we will do so. We will be in a large USAO conference room, socially distanced and in masks, and you all will need to have your temperatures taken and make a health certification before our meeting.

Will 9 a.m. MDT work on 3/9?  We will plan on in-person unless we hear otherwise from you.

Regards,
Patricia Davies
Assistant U.S. Attorney
Cybercrime & National Security Section
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Ph: 303/454-0231 (desk)
Ph: 720/281-3763 (cell)
Email: patricia.davies@usdoj.gov

---

**From:** Eric Rosen <erosen@rcfllp.com>
**Sent:** Tuesday, February 23, 2021 10:41 AM
**To:** Andrews, Tonya (USACO) <TAndrews@usa.doj.gov>; Davies, Patricia (USACO) <PDavies@usa.doj.gov>; Surratt, Andrea (USACO) <asurratt@usa.doj.gov>
**Cc:** Kyle Roche <kyle@rcfllp.com>; Jeff Pagliuca <jpagliuca@hmflaw.com>
**Subject:** Mark Shin

Tonya, Patricia and Andrea:

Thank you for your time today. It was good to meet. We propose a presentation outlining our position during the time period of March 8 to 10. We estimate that the presentation, which will involve attorneys only (proceeding under Rule 408), will take between 60 and 90 minutes from

our side.  We'd very much like to do the presentation in person in Denver, if at all possible.

Thank you and let us know your availability -

Eric


**Eric S. Rosen**
<u>Partner</u>
Roche Cyrulnik Freedman LLP
99 Park Avenue, Suite 1910
New York, New York 10016
(617) 977-4163 (desk)
(646) 350-0527 x.127 (desk)
(646) 541-8484 (mobile)
(@) erosen@rcfllp.com
www.rcfllp.com/eric-rosen


NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.



NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.



NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.



NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.



NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.