# EXHIBIT M

ICX: $2.6499 (-1.25%)

 USD

 **.iconwatch**

Addre   , Block, T

Home     Blockchain ⌄     Resources ⌄     Governance ⌄     More ⌄

## 🥧 ICON Account 📋 ▦

hx166f ███████████████████

| | | | |
|---|---|---|---|
| **Balance:** | 1,890,353 ICX | **Staked:** | - |
| **ICX Value:** | $5,009,246.41 (@ $2.6499/ICX) | **Transactions:** | 4 |

**Token (1)**     Raw Data

Currently holding a total of **1** token

🥧 **TapToken**

1 TAP

---

**Transactions**     Token Transfers

A total of **4** transactions

**Transaction**

| | | | |
|---|---|---|---|
| 4956010563... | 🥧 binance_hot → 🥧 hx166f ██████ | +1,620,084 98 ICX | 2021/04/15 11:36:54 |
| 9fc75309f1... | 🥧 velic_hot → 🥧 hx166f ██████ | +100,101 67 ICX | 2021/04/04 21:58:48 |
| b8e57db5c4... | 🥧 hxa527 ██████ → 🥧 hx166f ██████. | +20,167 27 ICX | 2020/12/08 06:14:14 |
| a347fcf53c... | 🥧 kraken_hot → 🥧 hx166f ██████ | +149,999 94 ICX | 2020/12/01 18:06:48 |

---

MADE BY

🧊 blockmove

TOOLS

Network Status

Ganymede API

SOCIAL

✈ Telegram

🐦 Twitter

5/9/2021                                                                 ICON Address: hx166■■■■■■■■■■■■■■■■

Copyright © 2021                                                                                            v0.0.91 alpha