# EXHIBIT S

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4:35 pm, Apr 05, 2021
JEFFREY P. COLWELL, CLERK

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

## Return

| Case No.: 21-sw-0004-MEH | Date and time warrant executed: 11/17/2020 | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of:
Served via Email to Binance.US

Inventory of the property taken:

On December 08, 2020, Binance.US surrendered the following virtual currency:

ICX        20,167.2717325

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/26/2021

_D. Wall_
Executing officer's signature

Travis Wall    SA
Printed name and title