# EXHIBIT T

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4:37 pm, Apr 05, 2021
JEFFREY P. COLWELL, CLERK

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

## Return

| Case No.: | Date and time warrant executed: 11/17/2020 | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of:
Served via email to Binance.US

Inventory of the property taken:

On March 11, 2021 Binance.US surrendered $212,383.21.

On March 15, 2021, Binance.US surrendered the following virtual currencies:

| | |
|---|---|
| LINK | 4,153.39 |
| USDT | 50,628.06908 |
| XRP | 120,826.75 |
| BNB | 179.22493096 |
| XTZ | 4,805.152127 |
| ADA | 105,960. |
| BTC | 37.90480185 |
| ETH | 591.55345 |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/26/2021

_____
Executing officer's signature

Travis L. Wall SA
Printed name and title