IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:21-y-00065-WJM

In re: Government Seizure of ICX Tokens

## NOTICE OF ENTRY OF APPEARANCE

Kyle W. Roche of the law firm Roche Freedman, LLP, hereby enters his appearance as counsel on behalf of Mark Shin.

Dated:   May 13, 2021

Respectfully submitted,

 */s/ Kyle W. Roche*
Kyle W. Roche, #NY 5517776
ROCHE FREEDMAN, LLP
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Email: kyle@rcfllp.com

*Counsel for Mark Shin*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2021, I electronically filed the foregoing Notice of Entry of Appearance with the the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

       /s/ Kyle W. Roche
      Kyle W. Roche