IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-y-00065-WJM

In Re: Government Seizure of ICX Tokens
_____

**ORDER THAT FED.R.CRIM.P. 41(g) MOTION (DOC. 1) BE TREATED AS A CIVIL EQUITABLE PROCEEDING**
_____

This matter having come before the Court on the United States' Unopposed Motion to Have Fed. R. Crim. P. 41(g) be treated as a civil equitable proceeding, and the Court being fully apprised, it is hereby ordered that:

That service pursuant to Fed. R. Civ. P. 4(i) is waived by the United States;

That, pursuant to Fed. R. Civ. P. 12(a), the United States shall have until July 12, 2021, to file a response to Mark Shin's Fed. R. Crim. P. 41(g) Motion (ECF Doc. 1).

SO ORDERED this ____ day of _____, 2021.

BY THE COURT:

_____
The Honorable William J. Martinez
United States District Judge