IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-y-00065-WJM-SKC

In Re: Government Seizure of ICX Tokens

---

**UNOPPOSED UNITED STATES' MOTION TO EXCEED PAGE LIMITATION**

---

The United States of America, by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Tonya S. Andrews, hereby respectfully requests to exceed the page limitations of the Honorable Judge William J. Martinez's Civ. Practice Standard III.C.1 – 15 pages for Response- in regards to the Government's Response to Mr. Mark Shin's Motion Pursuant to Fed. R. Crim. P. 41(g) and the Fifth Amendment of the Constitution For the Return of Property or Probable Cause Hearing (ECF No. 1) (hereinafter "Motion for Return of Property").

In support thereof, the Government submits the following:

1. On May 12, 2021, Mr. Shin filed a 29-page Motion for Return of Property, asserting that he has not committed a crime and, therefore, the seizure warrants were unlawful and he is entitled to the equitable remedy for the return of property under Federal Criminal Rule 41(g) or the Fifth Amendment, Due Process Clause. In the alternative, Mr. Shin asserts that he is entitled to a copy of the seizure warrants and a probable cause hearing. (ECF No. 1).

2. Mr. Shin's Motion outlines over four substantive areas of law: (1) Relief under Federal Rule Crim. P. 41(g); (2) Due Process violations under the 5th Amendment; (3) Fourth Amendment Violations regarding the seizure of assets; and (4) a Request for a Probable Cause Hearing.

3. In addition to addressing these substantive legal arguments, the Government's response must also address the procedural history of seizures from over six separate cryptocurrency exchanges for over 20 cryptocurrency assets, as well as underlying forfeiture proceedings and law.

4. The Government's drafted response is currently approximately 29 pages in length.

5. On June 30, 2021, undersigned counsel conferred with counsel for Mr. Shin, who does not object to the relief requested herein.

Wherefore, the Government respectfully requests leave to exceed the page limitations from 15 pages to 29 pages in its Response to Mr. Mark Shin's Motion Pursuant to Fed. R. Crim. P. 41(g) and the Fifth Amendment of the Constitution For the Return of Property or Probable Cause Hearing.

DATED this 30th day of June, 2021.

MATTHEW T. KIRSCH
Acting United States Attorney

s/ *Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email: tonya.andrews@usdoj.gov

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on this June 30, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

    s/ *Jasmine Zachariah*
    FSA Federal Data Analyst
    Office of the U.S. Attorney