AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
) Case No. 20-mc-204-KLM
All identified cryptocurrency held in the wallet )
addresses at Coinbase described in Attachment A )
)

**WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE**

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the __Northern__ District of __California__ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All identified cryptocurrency held in the wallet addresses at Coinbase described in Attachment A

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before __December 1, 2020__
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to __U.S. Magistrate Judge__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __10:31 am, Nov 17, 2020__ _____
*Judge's signature*

City and state: __Denver, Colorado__ __Kristen L. Mix, U.S. Magistrate Judge__
*Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
) Case No. 20-mc-202-KLM
All identified cryptocurrency held in the wallet )
addresses at Binance US described in Attachment A )
)

**WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE**

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the __Northern__ District of __California__ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All identified cryptocurrency held in the wallet addresses at Binance US described in Attachment A

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before __December 1, 2020__
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to __U.S. Magistrate Judge__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30) ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: __10:27 am, Nov 17, 2020__ _____
*Judge's signature*

City and state: __Denver, Colorado__ __Kristen L. Mix, U.S. Magistrate Judge__
*Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| **Return** |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: |||
| Inventory of the property taken: |||

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: <br><br>*Executing officer's signature*<br><br>*Printed name and title* |

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
) Case No. 20-mc-203-KLM
All identified cryptocurrency held in the wallet )
addresses at Binance.com described in )
Attachment A )

**WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE**

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Cayman Islands_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All identified cryptocurrency held in the wallet addresses at Binance.com described in Attachment A

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____December 1, 2020_____
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to _____U.S. Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days (not to exceed 30) ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **10:29 am, Nov 17, 2020** _____
*Judge's signature*

City and state: Denver, Colorado Kristen L. Mix, U.S. Magistrate Judge
*Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
) Case No. 20-mc-205-KLM
All identified cryptocurrency held in the wallet )
addresses at Gemini described in Attachment A )
)

**WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE**

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the __Southern__ District of __New York__ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All identified cryptocurrency held in the wallet addresses at Gemini described in Attachment A

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before __December 1, 2020__
 *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to __U.S. Magistrate Judge__ .
 *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days (not to exceed 30) ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: __10:34 am, Nov 17, 2020__       *[signature]*
                                                           *Judge's signature*

City and state: __Denver, Colorado__       __Kristen L. Mix, U.S. Magistrate Judge__
                                               *Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date:<br><br>*Executing officer's signature*<br><br>*Printed name and title* |

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>All identified cryptocurrency held in the wallet addresses at Kraken described in Attachment A | )<br>)<br>) Case No. 20-mc-206-KLM<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the __Northern__ District of __California__ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All identified cryptocurrency held in the wallet addresses at Kraken described in Attachment A

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before __December 1, 2020__
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to __U.S. Magistrate Judge__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __10:36 am, Nov 17, 2020__   *[signature]*
*Judge's signature*

City and state: __Denver, Colorado__   Kristen L. Mix, U.S. Magistrate Judge
*Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: |||
| Inventory of the property taken: |||

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____<br><br>                                                                                                                  *Executing officer's signature*<br><br>                                                                                                                   *Printed name and title* |

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>All cryptocurrency held in the wallet addresses at VELIC described in Attachment A | ) )<br>) Case No. 20-mc-210-KLM<br>) )<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in __Singapore__ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All identified cryptocurrency held in the wallet addresses at VELIC described in Attachment A

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before __December 1, 2020__
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to __U.S. Magistrate Judge__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __10:38 am, Nov 17, 2020__          *Judge's signature*

City and state: __Denver, Colorado__          Kristen L. Mix, U.S. Magistrate Judge
*Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:

*Executing officer's signature*

*Printed name and title*

Case No. 1:20-mc-00085-WJM *SEALED* Document 1-21 Filed 07/17/20 USDC Colorado Page 22 of 25

**Attachment A**

| Custodian/ Exchange | Location | Wallet Address | Form of Crypto-currency | Balance | Approx. USD Value | Date |
|---|---|---|---|---|---|---|
| Binance US | San Francisco, CA | hx10d12d5726f50e4cf92c5fad090637b403516a41 | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx0796fc1f8f907b710abec77ba7c75700a0cbd49f | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx10e8a7289c3989eac07828a840905344d8ed559b | ICX | 0.09880 | | |
| Binance US | San Francisco, CA | hx0607341382dee5e039a87562dcb966e71881f336 | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hxaf3a561e3888a2b497941e464f82fd4456db3ebf | ICX | 699993.09880 | | |
| Binance.com | Cayman Islands | hx061b01c59bd9fc1282e7494ff03d75d0e7187f47 | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hx08b80dcbccef48004a89eeaae5b484241c68eafd | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hxb19c232d1a4c247978f6ea327d948fe65033fb37 | ICX | 0.09880 | | |
| Binance.com | Cayman Islands | hx3f472b9f22a165b02da1544004e177d168d19eaf | ICX | 125004.98470 | | |
| Binance.com | Cayman Islands | 0x3f5CE5FBFe3E9af3971dD833D26bA9b5C936f0bE | Ethereum | 8.67887744 | $3,432.00 | 8/23/2020 3:00 |
| Coinbase | San Francisco, CA | 15RhEp9kfS4JNRww13k5b4JMw3rqziXdLE | Bitcoin | 6.350854 | $73,822.405 | 8/22/2020 16:56 |
| Coinbase | San Francisco, CA | 3JroZ1s1kqxWYkktkWDs3hTpc2C2aWDkGs | Bitcoin | 5.54360257 | $64,438.95 | 8/22/2020 18:10 |
| Coinbase | San Francisco, CA | 32EYBUs6pEEkH3Qzw34wzYQPq9nJQCmsXw | Bitcoin | 5.43688837 | $63,537.43 | 8/30/2020 15:45 |
| Coinbase | San Francisco, CA | 0xA090e606E30bD747d4E6245a1517EbE430F0057e | Ethereum | 1.00298858 | $392.00 | 8/24/2020 20:22 |
| Coinbase | San Francisco, CA | 0xA090e606E30bD747d4E6245a1517EbE430F0057e | Ethereum | 1.00298652 | $392.00 | 8/24/2020 20:22 |
| Gemini | New York, NY | bc1q5p28szkf3yenhjw5rt2224zltvu04y55d0d6x8 | Bitcoin | 2.01235206 | $23,391.6002 | 8/22/2020 16:33 |

| Gemini | New York, NY | bc1q5p28szkf3yenhjw5rt2224zltvu04y55d0d6x8 | Bitcoin | 4.99564436 | $58,069.47 | 8/22/2020 17:37 |
|---|---|---|---|---|---|---|
| Gemini | New York, NY | bc1q5p28szkf3yenhjw5rt2224zltvu04y55d0d6x8 | Bitcoin | 4.99611617 | $58,074.95 | 8/22/2020 17:42 |
| Gemini | New York, NY | bc1q5p28szkf3yenhjw5rt2224zltvu04y55d0d6x8 | Bitcoin | 4.99984329 | $53,505.87 | 10/6/2020 3:49 |
| Kraken | San Fran, CA | hx20be21b8afbbc0ba46f0671508cfe797c7bb91be | ICX | 150000.00000 | | |
| VELIC | Singapore | Hxdea6fe8d6811ec28db095b97762fdd78b48c291f | ICX | 0.00000 | | |
| Kucoin | Singapore | 0x689C56AEf474Df92D44A1B70850f808488F9769C | Tether | 45737 | $45,755.00 | 9/6/2020 19:40 |
| Kucoin | Singapore | 0x689C56AEf474Df92D44A1B70850f808488F9769C | Tether | 10000 | $10,001.00 | 9/7/2020 19:42 |
| Kucoin | Singapore | 0x689C56AEf474Df92D44A1B70850f808488F9769C | Tether | 5000 | $5,000.00 | 9/8/2020 22:39 |
| Mark Shin | Colorado | bc1qdzc4jykkuxq87swn0r4lcl46dsmh0yn6dfufdq | Bitcoin | 0.0877688 | $1,004.40 | |
| Mark Shin | Colorado | bc1qu3yadskaxdyrpktd392xh9ajq9c9q9kwkggdtt | Bitcoin | 0.2607762 | $3,001.14 | |
| Mark Shin | Colorado | bc1qdzc4jykkuxq87swn0r4lcl46dsmh0yn6dfufdq | Bitcoin | 0.08802662 | $1,013.05 | |
| Mark Shin | Colorado | bc1qqyuvkvfnf2rl9nnqutcnqhvr6dc3qu6x6dh24h | Bitcoin | 5.1642316 | $59,432.56 | |
| Mark Shin | Colorado | 33ALGVNUmaNtpmNbb3pwgvmrLcYk4Uf3Rx | Bitcoin | 0.01999999 | $233.73 | |
| Mark Shin | Colorado | 3GZeC1w26S9pmXXoVVgSWHscs4ewkQXVGW | Bitcoin | 1 | $11,686.36 | |
| Mark Shin | Colorado | 359jz8LNaY4qrijHQYbu5rDWuMK6WEPMTQ | Bitcoin | 2 | $23,372.72 | |
| Mark Shin | Colorado | 33mKsg8LzjDA75bw219h2U1v4zznNBjW5G | Bitcoin | 3 | $35,059.08 | |
| Mark Shin | Colorado | 3LH99vxE4Fj6GTrMrBf4ohQMWLpfrUcrxV | Bitcoin | 0.00006568 | $0.77 | |
| Mark Shin | Colorado | 34acEFZ6VJ1VKaP88bj3BPvQvBAqMMjScE | Bitcoin | 2.16 | $25,242.54 | |
| Mark Shin | Colorado | 0xe3163713BDDe58d4019eA9B079E9567725FD2A47 | Ethereum | 399.988212054 | | |
| BitMax.io | Singapore | 0x4B1a99467a284Cc690e3237bC69105956816f762 | Tether | 7000 | $7,008.00 | 9/5/2020 16:36 |
| BitMax.io | Singapore | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 5000 | $5,006.00 | 9/5/2020 19:56 |
| BitMax.io | Singapore | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 5500 | $5,502.00 | 9/6/2020 15:14 |
| BitMax.io | Singapore | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 5000 | $5,002.00 | 9/6/2020 19:34 |
| BitMax.io | Singapore | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 4800 | $4,802.00 | 9/6/2020 19:54 |
| BitMax.io | Singapore | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 5579.598149 | $5,582.00 | 9/6/2020 23:16 |
| BitMax.io | Singapore | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 5000 | $5,001.00 | 9/9/2020 14:49 |
| BitMax.io | Singapore | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 10652.866 | $10,657.00 | 10/5/2020 14:27 |
| BitMax.io | Singapore | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 4996.003617 | $4,998.00 | 10/6/2020 20:12 |
| BitMax.io | Singapore | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 2532.076 | $2,532.00 | 10/8/2020 13:38 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BitMax.io | Singapore | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 2500.000104 | $2,501.00 | 10/14/2020 14:23 |
| BitMax.io | Singapore | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 2035.714107 | $2,037.00 | 10/18/2020 0:33 |
| ODEX | Colorado (Mark Shin) | 0x6F1b7e44669efb7ed41A1C88Bb3F4049f4EA64f9 | Ethereum | 5 | $1,940.00 | 8/22/2020 20:54 |
| ODEX | Colorado (Mark Shin) | 0x7a250d5630B4cF539739dF2C5dAcb4c659F2488D | Ethereum | 7.17926579 | $3,158.00 | 9/3/2020 7:43 |
| ODEX | Colorado (Mark Shin) | 0x7a250d5630B4cF539739dF2C5dAcb4c659F2488D | Ethereum | 5.34636989 | $1,886.00 | 9/7/2020 8:17 |
| HitBtc.com | Hong Kong | 0xA12431D0B9dB640034b0CDFcEEF9CCe161e62be4 | Ethereum | 25.298614 | $9,815.00 | 8/22/2020 21:47 |
| IDEX | Colorado (Mark Shin) | 0x2a0c0DBEcC7E4D658f48E01e3fA353F44050c208 | Ethereum | 15.5 | $6,650.00 | 8/31/2020 18:03 |
| IDEX | Colorado (Mark Shin) | 0x2a0c0DBEcC7E4D658f48E01e3fA353F44050c208 | Ethereum | 10.04533084 | $4,361.00 | 9/1/2020 21:56 |
| IDEX | Colorado (Mark Shin) | 0x2a0c0DBEcC7E4D658f48E01e3fA353F44050c208 | Ethereum | 9.67775 | $4,201.00 | 9/1/2020 22:38 |
| IDEX | Colorado (Mark Shin) | 0x2a0c0DBEcC7E4D658f48E01e3fA353F44050c208 | Ethereum | 10 | $4,398.00 | 9/3/2020 13:15 |
| IDEX | Colorado (Mark Shin) | 0x2a0c0DBEcC7E4D658f48E01e3fA353F44050c208 | Ethereum | 10 | $4,398.00 | 9/3/2020 18:10 |
| IDEX | Colorado (Mark Shin) | 0x2a0c0DBEcC7E4D658f48E01e3fA353F44050c208 | Ethereum | 10 | $3,825.00 | 9/4/2020 3:30 |
| IDEX | Colorado (Mark Shin) | 0x2a0c0DBEcC7E4D658f48E01e3fA353F44050c208 | Ethereum | 10 | $3,825.00 | 9/4/2020 14:07 |

- ODEX and IDEX are de-centralized exchanges.