## AFFIDAVIT OF SPECIAL AGENT TRAVIS WALL

I, Special Agent Travis Wall, being duly sworn, depose and state the following is true to the best of my information, knowledge, and belief:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the United States Federal Bureau of Investigation (FBI).  I have been employed by the FBI since 2004.  I have been assigned to the FBI Denver Division and have investigative responsibilities involving criminal matters particularly related to economic, white-collar crime, and cyber violations to include investigations involving crypto currency.  I have participated in numerous fraud investigations, with many of those investigations involving wire fraud, mail fraud, money laundering, investment fraud, and corporate fraud.

2.      Case agents investigated Mark Shin (the attacker) and others known and unknown for, among other things, wire fraud in violation of 18 U.S.C. § 1343 and fraud in connection with computers, in violation of 18 U.S.C. § 1030.

3.      At all times during this investigation described in this affidavit, I have been acting in my official capacity as a Special Agent with the FBI and have collected and reviewed documents, conducted interviews, and obtained information from various sources as they relate to the issues of probable cause.

4.      The facts set forth in this affidavit are based upon my personal observations and review of records, my training and experience, written reports, information obtained from other law enforcement personnel and information obtained by Icon founder Min Kim and his attorney representatives.

1

**FACTS**

5.      On November 17, 2020, I obtained seizure warrants for numerous cryptocurrency wallets that held proceeds traceable to the unauthorized minted ICX. (20-mc-00202, 20-mc-00203, 20-mc-00204, 20-mc-00205, 20-mc-00206, 20-mc-00207, 20-mc-00208, 20-mc-00209, 20-mc-00210, 20-mc-00211, 20-mc-00213, 20-mc-00214). The warrants sought seizure of all "identified cryptocurrency held in the wallet addresses at [cryptocurrency exchange] described in Attachment A" at various cryptocurrency exchanges.  However, the seizure warrant for VELIC sought "all cryptocurrency" held in the wallet address ending in 291f.

6.      On or around November 18, 2020, I sent a copy of the warrant for each cryptocurrency exchange and an Instruction Letter to that respective cryptocurrency exchange via email, including Gemini, Coinbase, Binance.us, Binance.com, Kraken, and VELIC.  The Instruction Letter was identical for each recipient.  *See* Exhibit 1, attached hereto.

7.      On January 4, 2021, I obtained a supplemental warrant for BAM Trading Inc. (also known as Binance.us) for "all cryptocurrency, fiat, and other items of value held by BAM Trading Services, Inc. derived from and traceable to items of value deposited and transferred to the wallets identified in Attachment A."

8.      On or around January 4, 2021, I sent a copy of the supplemental warrant for Binance.us to Binance.us.

9.      To date, KuCoin has not remitted any assets in relation to the seizure warrants sent to them.

10.     To date, the FBI has received the following cryptocurrency assets in

relation to this case:

**A. Assets Received and Identified in the Seizure Warrants by both Cryptocurrency and Wallet Address**

| Asset | Wallet Address | Exchange | Warrant | Date | Value at Time of Receipt |
|---|---|---|---|---|---|
| 149,999.94 ICX | Ending in 91be | Kraken | 20-mc-00206-KLM | 12/1/2020 | $62,999.97 |
| | | | | | |
| 20,167.2717325 ICX | Ending in 6a41 and 559b | Binance.us | 20-mc-00202-KLM and 21-sw-004-MEH | 12/8/2020 | $7,865.24 |
| $212,383.21 in U.S currency | Ending in 6a41, 559b, d49f, and f336 | Binance.us | 21-sw-004-MEH | 3/11/2021 | $212,383.21 |
| 4,153.39 LINK | Ending in f336 | Binance.us | 21-sw-004-MEH | 3/15/2021 | $114,176.69 |
| 50,628.06908 USDT | Ending in d49f and f336 | Binance.us | 21-sw-004-MEH | 3/15/2021 | $50,628.07 |
| 120,826.75 XRP | Ending in f336 | Binance.us | 21-sw-004-MEH | 3/15/2021 | $53,163.77 |
| 179.22493096 BNB | Ending in f336 | Binance.us | 21-sw-004-MEH | 3/15/2021 | $45,641.42 |
| 4,805.152127 XTZ | Ending in f336 | Binance.us | 21-sw-004-MEH | 3/15/2021 | $18,451.78 |
| 105,960 ADA | Ending in f336 | Binance.us | 21-sw-004-MEH | 3/15/2021 | $109,138.80 |
| 37.90480185 BTC | Ending in 6a41 and f336 | Binance.us | 21-sw-004-MEH | 3/15/2021 | $2,147,912.08 |
| 591.55345 ETH | Ending in d49f and f336 | Binance.us | 21-sw-004-MEH | 3/15/2021 | $1,056,838.30 |
| 6.5 BTC | Ending in d6x8 | Gemini | 20-mc-00205-KLM | 2/2/2021 | $231,686.81 |

| 0.02 BTC | Ending in XdLE | Coinbase[1] | 20-mc-00204-KLM | 1/29/2021 | $684.37 |
|---|---|---|---|---|---|
| 0.03295372 BTC | Ending in XdLE | Coinbase | 20-mc-00204-KLM | 1/29/2021 | $1,116.15 |
| 699993.1976 of 1,620,084.989983 ICX | Ending in 3ebf and 7f47 | Binance.com | 20-mc-00203-KLM | 4/15/2021 | $4,163,618.42 (value of all 1,620,084.989983 ICX) |

### B.  Assets Voluntarily Surrendered from Wallet Addresses Identified in Seizure Warrants, But Cryptocurrency Not Identified in Seizure Warrants

| Asset | Wallet Address[2] | Exchange | Warrant | Date | Value at Time of Receipt |
|---|---|---|---|---|---|
| 87,967.880590 USDT | Ending in 3ebf and 7f47 | Binance.com | 20-mc-00203-KLM | 4/15/2021 | $87,967.88 |
| 920091.7924 of 1,620,084.989983 ICX | Ending in 3ebf and 7f47 | Binance.com | 20-mc-00203-KLM | 4/15/2021 | $4,163,618.42 (value of all 1,620,084.989983 ICX) |
| 1,788.755825 ETH | Ending in 3ebf and eafd | Binance.com | 20-mc-00203-KLM | 4/15/2021 | $4,392,251.51 |
| 3.290804 BTC | Ending in 3ebf and eafd | Binance.com | 20-mc-00203-KLM | 4/15/2021 | $205,957.03 |
| 49,995.250 LTO | Ending in 3ebf | Binance.com | 20-mc-00203-KLM | 5/25/2021 | $13,498.72 |

[1] The wallet addresses identified as coming from Coinbase wallets is based on representations from Coinbase.  The FBI was not been able to confirm the source through independent tracing as of yet.
[2] As with Coinbase exchange, the wallet addresses identified are based on representations and data provided by Binance.com.  The FBI has not bee able to confirm the source through independent tracing as of yet.

### C. Assets Voluntarily Surrendered from Wallet Addresses Not Identified in Seizure Warrants

| Asset | Wallet Address | Exchange | Date | Value at Time of Receipt |
|---|---|---|---|---|
| 275,004012053678388 ETH | Ending in 2a47 | Kraken | 12/1/2020 | $164,375.84 |
| 100,101.678819 ICX | Ending in b30d | Velic | 4/5/2021 | $254,258.26 |
| 13 ETH | Ending in b30d | Velic | 4/5/2021 | $26,709.67 |
| $12,030.21 in U.S. currency | fiat wallet | Gemini | 2/2/2021 | $12,030.21 |
| 100,000 REN | Ending in D791 | Gemini | 2/2/2021 | $67,000.00 |
| 25 ETH | Ending in D791 | Gemini | 2/2/2021 | $80,713.93 |
| 12.91203132 REP | Ending in f463 | Coinbase | 1/29/2021 | $231.51 |
| $31,647.87 in U.S. currency | Fiat wallet | Coinbase | 1/29/2021 | $31,647.87 |
| 0.17836965 ETH | Ending in 34d4 or 4069 | Coinbase | 1/29/2021 | $249.43 |

11.     The FBI requested information regarding the transactions, ownership, and tracing of each of the above-cryptocurrency assets and transfers from each of the cryptocurrency exchanges.  Gemini, Velic, and Binance.com provided such information in May 2021.  The FBI is still waiting on information from Kraken regarding certain transactions.

**Administrative Forfeiture**

12.     The FBI initiated administrative forfeiture on the first three assets remitted pursuant to the seizure warrants in November 2020 was:  275.004012053678388 Ethereum from Kraken, 149,999.94 ICX from Kraken, and 20167.2717325 ICX from Binance.us.

13.     Mr. Shin filed an administrative forfeiture claim on February 12, 2021, asserting an interest in the 275.004012053678388 Ethereum from Kraken, 149,999.94 ICX from Kraken, and 20167.2717325 ICX from Binance.us.

14.    The FBI halted the administrative forfeiture of the three above-named assets once Mr. Shin filed his claim. The FBI forwarded the claim to the United States Attorney's Office for the District of Colorado for the filing of a Verified Complaint, pursuant to 19 U.S.C. §§ 1608 and 1610.

15.    The FBI did not initiate administrative forfeiture of any additional assets due to their value exceeding the $500,000.00 threshold, pursuant to 19 U.S.C. § 1607, as well as the initial claim referral on the above-described assets.

**Cryptocurrency Exchanges' Terms of Service and User Agreements**

16.    Prior to the service of the seizure warrants, several exchanges, specifically VELIC, Binance.com, Binance.us, and Kraken, had already frozen the cryptocurrency assets in relation to the exploitation of the ICON Network software bug by Mr. Shin, in accordance with the exchanges' respective Terms of Service and User Agreements.  As set forth below, all of the cryprocurrency exchanges had the authority to freeze funds in a user's accounts based on their Terms of Service/User Agreements.

*__Kraken__*

17.    Kraken's Terms of Service provides as follows:

(18)    Suspension/Termination
In the event of any Force Majeure Event (as defined in Section 24.5), breach of these Terms, or any other event that would make provision of the Services commercially unreasonable for Payward, we may, in our discretion and without liability to you, with or without prior notice, suspend your access to all or a portion of our Services.  We may terminate your access to the Services in our sole discretion, immediately and without prior notice, and delete or deactivate your Kraken Account and all related information and files in such account without liability to you, including, for instance, in the event that you breach any term of these Terms.  In the event of termination, Payward will attempt to return any Funds stored in your Kraken Account not otherwise owed to Payward, unless Payward believes you have committed fraud, negligence or other misconduct.
https://www.kraken.com/en-us/legal/, Last updated:  April 13, 2021.

### *Gemini*

18.     Gemini's User Agreement provides as follows:

Account Suspension

You agree and understand that we have the right to immediately (i) suspend your account and all accounts beneficially owned by you and any members of your household or authorized signatory and, in the cases of entities, any affiliates (each, a "Related Account"), (ii) freeze/lock the funds and assets in all such accounts, and (iii) suspend your access to Gemini, until a determination has been made, if we suspect, in our sole discretion, you and/or any such accounts to be in violation of:

*   Any provision of this User Agreement;
*   Any Applicable Laws or Regulations;
*   Our BSA/AML Program; or
*   Our Marketplace Conduct Rules,

at any time since the opening of such account or Related Account (each, a "Conduct Violation").

You further agree and understand that we have the right to immediately (i) suspend your account and any Related Account, (ii) freeze/lock the funds and assets in all such accounts and seek to recover additional funds in the event that the funds and assets in your account are insufficient to cover Gemini's losses, and (iii) suspend your access to Gemini until a determination has been made, if:

*   We are required to do so by a regulatory authority, court order, facially valid subpoena, or binding order of a government authority;
*   The account is, or is related to any account that is, subject to any pending litigation, investigation, or governmental proceeding;
*   The account has a negative balance for any reason;
*   The account has a balance that needs to be reconciled for any reason;
*   Your ACH deposit was returned to your bank;
*   We believe someone is attempting to gain unauthorized access to the account;
*   We believe there is unusual activity in the account;
*   We believe you are using Gemini, your login credentials, or other account information in an unauthorized or inappropriate manner; or
*   The account has not been accessed in two years or more.

https://www.gemini.com/legal/user-agreement, last updated January 13, 2021.

### *VELIC*

7

19.     VELIC Platform's General Terms of Use provides as follows:

(24.2) VELIC may, at its sole discretion, with or without prior notice and at any time, suspend or terminate your access to all or any portion of the Platform or deactivate or cancel your VELIC Account with immediate effect for any reason.

(28.1) VELIC may delete information transmitted by you, suspend or cancel your VELIC Account, or confiscate Digital Assets owned by you, without any prior notice to you, if VELIC determines any such action is reasonably necessary to remedy or mitigate a violation of these Terms by you. VELIC will not be responsible or liable for any loss or damage you incur as a result of an action taken by VELIC pursuant to this Clause 28.1.

https://man.velic.io/VELIC_Terms_of_Use.pdf, Effective date: March 24, 2019.

### *Coinbase*

20.     Coinbase's User Agreement provides as follows:

(7.5) Prohibited Use.  In connection with your use of the Coinbase Services, and your interactions with other users, and third parties you agree and represent you will not engage in any Prohibited Business or Prohibited Use defined herein.  We reserve the right at all times to monitor, review, retain and/or disclose any information as necessary to satisfy any applicable law, regulation, sanctions programs, legal process or governmental request.  We reserve the right to cancel and/or suspend your Coinbase Account(s) and/or block transactions or freeze funds immediately and without notice if we determine, in our sole discretion, that your Account is associated with a Prohibited Use and/or a Prohibited Business.

(7.7) Suspension, Termination, and Cancellation.  Coinbase may: (a) suspend, restrict, or terminate your access to any or all of the Coinbase Services, and/or (b) deactivate or cancel your Coinbase Account(s) if: (i) We are so required by a facially valid subpoena, court order, or binding order of a government authority; (ii) We reasonably suspect you of using your Coinbase Account(s) in connection with a Prohibited Use or Business; (iii) Use of your Coinbase Account(s) is subject to any pending litigation, investigation, or government proceeding and/or we perceive a heightened risk of legal or regulatory non-compliance associated with your Account activity; (iv) Our service partners are unable to support your use; (v) You take any action that Coinbase deems as circumventing Coinbase's controls, including, but not limited to, opening multiple Coinbase Accounts or abusing promotions which Coinbase may offer for time to time; or (vi) You breach our Behavior Policy.

8

https://www.coinbase.com/legal/user_agreement/united_states, Last updated April 9, 2021.

### *Binance.us*

21.     Binance.us's Terms of Use provides as follows:

Account Termination.  BAM has the right to terminate, suspend, or restrict your access to your Account(s), as well as take any other action as we deem necessary, in the event that you are not, or are no longer, eligible to use the Services.  Under no circumstances shall any of the Indemnified Persons be responsible or liable for any direct or indirect losses (including loss of profits, business, or opportunities), damages, or costs suffered by you or any other person or entity due to any such termination, suspension, or restriction of access to any Account(s), or any other action taken by any of the Indemnified Persons in connection with your ineligibility to use the Services.

https://static.binance.us/static/files/BAMTrading-TermsofUse-2020-12-04.pdf, Last Updated October 30, 2020.

### *Binance.com*

22.     Binance.com's Terms of Use provides as follows:

(VI) Termination of Agreement
(1)     Suspension of Binance Accounts
You agree that Binance shall have the right to immediately suspend your Binance Account (and any accounts beneficially owned by related entities or affiliates), freeze or lock the Digital Asset or funds in all such accounts, and suspend your access to Binance for any reason including if Binance suspects any such accounts to be  in violation of these Terms, our Privacy Policy, or any applicable laws and regulations.
https://www.binance.com/en/terms, Last revised: 30 March, 2021.

23.     Furthermore, on January 27, 2021, Binance.com requested confirmation

of their position as follows: Binance Holdings Limited ("Binance") is a non-U.S. company

and is therefore not subject to U.S. subpoenas or other compulsory processes.

However, as part of its commitment to cooperating with U.S. law enforcement, Binance

is generally willing to make a voluntary production of responsive information to aid U.S.

law enforcement. In order to process this request, please indicate your agreement to the

following:

- *Any response by Binance to this request will be voluntary and Binance reserves its position on jurisdiction.*

- *Binance is a witness, and not a subject or target, of the investigation or matter in which the information is being sought.*

- *Although any Binance production will be voluntary, DOJ and its investigative partners will treat the information produced as though it is subject Rule 6(e) of the Federal Rules of Criminal Procedure which are the federal grand jury secrecy rules.*

24.     On January 28, 2021, I responded as follows: "I, Travis Wall, am a Special Agent assigned to the FBI's Denver Office and confirm the following related to this matter:  You are correct that Binance is a witness in this matter, and is not a subject or target of the investigation. We understand Binance's position on jurisdiction.  We will treat the information Binance provides as a response to the subpoena, pursuant to Federal Rule of Criminal Procedure 6(e).  We look forward to the additional records, and appreciate your assistance."

**<u>Assets held in third-party names</u>**

25.     Based on information provided by Binance.us, the following wallet addresses are in names of individuals other than Mark Shin:

- Wallet address ending in 6a41 was created by an individual named Tom Kim on August 22, 2020;

- Wallet address ending in 559b was created by an individual named David Cheng on August 22, 2020; and

- Wallet address ending in f336 was created by an individual named Akilesg Venkata Potti.

26.  In addition, it appears that the following wallet addresses at Binance.com are in the names of individuals other than Mark Shin:

- Wallet address ending in fb37 was created by an individual named Thomas Aellis; and

- Wallet address ending in 7f47 was created by an individual named Shreyash Milak.

27.  Finally, VELIC wallet address ending in b30d is registered to email address jsshin2002@msn.com, which is believed to be associated with Mark Shin;s father, Jason Shin.  Coinbase wallet address ending in XdLE also appears to be associated with the name Jason Shin.

**Assets Remaining in Mark Shin's Custody and Control**

28.  Based on a review of blockchain analysis, the following cryptocurrencies appeared to be traceable to the unauthorized ICX minted by Mr. Shin as of October, 2020.  Mr. Shin appears to have continued access and use of these cryptocurrency assets since his exploitation of the Icon Network:

| Custodian/ Exchange | Wallet Address | Form of Crypto-currency | Balance | Approx. USD Value |
|---|---|---|---|---|
| Kucoin | 0x689C56AEf474Df92D44A 1B70850f808488F9769C | Tether | 45737 | $45,755.00 |
| Kucoin | 0x689C56AEf474Df92D44A 1B70850f808488F9769C | Tether | 10000 | $10,001.00 |
| Kucoin | 0x689C56AEf474Df92D44A 1B70850f808488F9769C | Tether | 5000 | $5,000.00 |
| Mark Shin | bc1qdzc4jykkuxq87swn0r4lc l46dsmh0yn6dfufdq | Bitcoin | 0.0877688 | $1,004.40 |
| Mark Shin | bc1qu3yadskaxdyrpktd392x h9ajq9c9q9kwkggdtt | Bitcoin | 0.2607762 | $3,001.14 |

| Mark Shin | bc1qdzc4jykkuxq87swn0r4lcl46dsmh0yn6dfufdq | Bitcoin | 0.08802662 | $1,013.05 |
|---|---|---|---|---|
| Mark Shin | bc1qqyuvkvfnf2rl9nnqutcnqhvr6dc3qu6x6dh24h | Bitcoin | 5.1642316 | $59,432.56 |
| Mark Shin | 343UqU3pVk5dm4coqmUpPtecZsBMzBgNAz | Bitcoin | 0.99970936 | $30,437.16 |
| Mark Shin | 36BDE3vnAc87senCmQQeoZaoPMWqiGVTJv | Bitcoin | 0.99954976 | $30,432.30 |
| Mark Shin | 32aqHmQT9wAnMrfKwDiUcRPjLQ6N2a9XdP | Bitcoin | 0.17920553 | $5,456.09 |
| Mark Shin | 3LH99vxE4Fj6GTrMrBf4ohQMWLpfrUcrxV | Bitcoin | 0.00006568 | $0.77 |
| Mark Shin | 0xe3163713BDDe58d4019eA9B079E9567725FD2A47 | Ethereum | 399.988212054 | |
| BitMax.io | 0x4B1a99467a284Cc690e3237bC69105956816f762 | Tether | 7000 | $7,008.00 |
| BitMax.io | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 5000 | $5,006.00 |
| BitMax.io | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 5500 | $5,502.00 |
| BitMax.io | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 5000 | $5,002.00 |
| BitMax.io | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 4800 | $4,802.00 |
| BitMax.io | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 5579.598149 | $5,582.00 |
| BitMax.io | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 5000 | $5,001.00 |
| BitMax.io | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 10652.866 | $10,657.00 |
| BitMax.io | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 4996.003617 | $4,998.00 |
| BitMax.io | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 2532.076 | $2,532.00 |
| BitMax.io | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 2500.000104 | $2,501.00 |
| BitMax.io | 0x986a2fCa9eDa0e06fBf7839B89BfC006eE2a23Dd | Tether | 2035.714107 | $2,037.00 |
| Probit.com | 0xaD285fDEDFC0D5f944A33e478356524293c7eC68 | Tether | 5000.000096 | $5,003.98 |
| ODEX | 0x6F1b7e44669efb7ed41A1C88Bb3F4049f4EA64f9 | Ethereum | 5 | $1,940.00 |
| ODEX | 0x7a250d5630B4cF539739dF2C5dAcb4c659F2488D | Ethereum | 7.17926579 | $3,158.00 |
| ODEX | 0x7a250d5630B4cF539739dF2C5dAcb4c659F2488D | Ethereum | 5.34636989 | $1,886.00 |
| HitBtc.com | 0xA12431D0B9dB640034b0CDFcEEF9CCe161e62be4 | Ethereum | 25.298614 | $9,815.00 |
| IDEX | 0x2a0c0DBEcC7E4D658f48E01e3fA353F44050c208 | Ethereum | 15.5 | $6,650.00 |
| IDEX | 0x2a0c0DBEcC7E4D658f48E01e3fA353F44050c208 | Ethereum | 10.04533084 | $4,361.00 |
| IDEX | 0x2a0c0DBEcC7E4D658f48E01e3fA353F44050c208 | Ethereum | 9.67775 | $4,201.00 |

| IDEX | 0x2a0c0DBEcC7E4D658f48E01e3fA353F44050c208 | Ethereum | 10 | $4,398.00 |
|------|--------------------------------------------|----------|-----|-----------|
| IDEX | 0x2a0c0DBEcC7E4D658f48E01e3fA353F44050c208 | Ethereum | 10 | $4,398.00 |
| IDEX | 0x2a0c0DBEcC7E4D658f48E01e3fA353F44050c208 | Ethereum | 10 | $3,825.00 |
| IDEX | 0x2a0c0DBEcC7E4D658f48E01e3fA353F44050c208 | Ethereum | 10 | $3,825.00 |
| Uniswap V2 | 0x7a250d5630B4cF539739dF2C5dAcb4c659F2488D | Ethereum | 3 | $1164.00 |
| Uniswap V2 | 0x7a250d5630B4cF539739dF2C5dAcb4c659F2488D | Ethereum | 2.56 | $993.00 |
| Uniswap V2 | 0x7a250d5630B4cF539739dF2C5dAcb4c659F2488D | Ethereum | 20 | $7,760.00 |
| Uniswap V2 | 0x7a250d5630B4cF539739dF2C5dAcb4c659F2488D | Ethereum | 2 | $791.00 |
| Uniswap V2 | 0x7a250d5630B4cF539739dF2C5dAcb4c659F2488D | Ethereum | 10 | $3,512.00 |
| Uniswap V2 | 0x7a250d5630B4cF539739dF2C5dAcb4c659F2488D | Ethereum | 3 | $1,122.00 |
| Uniswap V2 | 0x7a250d5630B4cF539739dF2C5dAcb4c659F2488D | Ethereum | 9 | $3,297.00 |
| Uniswap V2 | 0x7a250d5630B4cF539739dF2C5dAcb4c659F2488D | Ethereum | 8.94008325 | $3,275.00 |

## VERIFICATION

I, Travis Wall, a Special Agent with the Federal Bureau of Investigation, being duly sworn according to law, hereby state that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

_s/ Travis Wall_____
Travis Wall
Special Agent FBI