IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 21-y-00065-WJM-SKC

In re: Government Seizure of ICX Tokens

### MARK SHIN'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT

Mark Shin hereby respectfully moves to exceed the page limitations of the Honorable Judge William J. Martinez's Civ. Practice Standard III.C.1 (10 pages for replies) in regard to Mr. Shin's reply in support of the Motion Pursuant to Fed. R. Crim. P. 41(g) and the Fifth Amendment of the Constitution for the Return of Property or Probable Cause Hearing (ECF No. 1) (hereinafter "Motion for Return of Property").

In support thereof, Mr. Shin submits the following:

1.   On May 12, 2021, Mr. Shin filed his Motion for the Return of Property. *See* ECF No. 1. On June 30, 2021, the Government filed a motion to exceed the 15-page limit for its response.  Mr. Shin consented to the Government's motion, and it was granted that same day.

2.   On July 12, 2021, the Government filed a 28-page response brief—13 pages over the usual limit—containing a short factual recitation and consisting almost entirely of extensive legal argumentation. The Government's response raises five separate reasons in support of its opposition to the Motion for Return of Property.  (ECF No. 12.)

1

3. On July 12, 2021, Ms. Tonya Andrews, Assistant United States Attorney, confirmed that the Government does not object to the relief requested herein.

WHEREFORE, Mr. Shin respectfully requests leave to exceed the page limitations and to submit a reply brief of up to 20 pages in length in support of the Motion for Return of Property.

DATED: July 14, 2021

Respectfully Submitted,

/s/ Jeffrey S. Pagliuca
Jeffrey S. Pagliuca, #12462
HADDON MORGAN & FOREMAN, P.C.
150 E. 10th Avenue
Denver, CO 80203
Telephone: (303) 831-7364
Email: jpagliuca@hmflaw.com

Eric S. Rosen, #NY 4412326
Kyle Roche, #NY 5517776
ROCHE FREEDMAN, LLP
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Email: erosen@rcfllp.com
Email: kyle@rcfllp.com

*Counsel for Mark Shin*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2021, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Holly Rogers

2