IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 21-y-00065-WJM-SKC

In re: Government Seizure of ICX Tokens

**ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

THIS MATTER comes before the Court on Mark Shin's Unopposed Motion to Exceed Page Limit. The Court being fully apprised, ORDERS that the Motion is GRANTED. Mr. Shin is granted leave to exceed the page limitations and to submit a reply brief of up to 20 pages in length in support of the Motion Pursuant to Fed. R. Crim. P. 41(g) and the Fifth Amendment of the Constitution for the Return of Property or Probable Cause Hearing (ECF No. 1).

SO ORDERED this \_\_\_\_ day of_____, 2021.

BY THE COURT:

_____
The Hon. William J. Martinez
United States District Judge