# EXHIBIT F



**U.S. DEPARTMENT OF JUSTICE**

**Matthew T. Kirsch**
*Acting United States Attorney*
*District of Colorado*

| | | |
|---|---|---|
| Tonya S. Andrews | *1801 California Street, Suite 1600* | *(303) 454-0100* |
| Kurt J. Bohn | *Denver, CO 80202* | |
| Laura B. Hurd | | |
| Elizabeth Young | | |
| *Assistant United States Attorney* | | |
| *Asset Recovery Division* | | |

July 12, 2021

Via email to erosen@rcfllp.com

Eric S. Rosen
Partner and General Counsel
Roche Freedman LLP
99 Park Avenue, Suite 1910
New York, NY 10016

Dear Counsel,

     Please be advised that the United States is discontinuing federal forfeiture proceedings on all assets seized in relation to the above-identified case and in which your client has asserted an interest, in favor of the institution of forfeiture proceedings by State or local authorities under an appropriate State or local statute. 18 U.S.C. § 981(e). Currently, these assets remain held by the FBI pursuant to a freeze order served upon the FBI by the State of Colorado.

     Whenever forfeiture proceedings are discontinued by the United States in favor of State proceedings, the United States "may transfer custody and possession of the seized property to the appropriate State or local official upon the initiation of the proper actions by such officials." 18 U.S.C. § 981(e). If, and when, these assets are transferred to the custody of the State of Colorado, the FBI will notify you and your client of such a transfer.

     Regards,

     Tonya Andrews
     Assistant U.S. Attorney