IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 21-y-00065-WJM-SKC

In re: Government Seizure of ICX Tokens

**MOTION FOR EXPEDITED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

## INTRODUCTION

Plaintiff Mark Shin respectfully moves this Court for an expedited briefing schedule for Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (the "TRO Motion"), filed concurrently herewith. Specifically, Plaintiff requests that the Response to the TRO Motion from the government be due on August 10, 2021, and the reply from Mark Shin be due on August 13, 2021, and that the hearing, if any, be set as soon thereafter as practicable. In support thereof, Plaintiff states as follows:

### Certificate of Conferral

Pursuant to D.C.Colo.LCivR 7.1(a), on August 3, 2021, undersigned counsel conferred with Assistant United States Attorney, Tonya Andrews, who advised that the government opposes the relief requested.

1. Pursuant to D.C.Colo.LCivR 7.1(a), counsel for Plaintiff has conferred with counsel for the government concerning this motion for an expedited briefing schedule. Counsel for the government opposes the relief requested herein.

2. The standard briefing schedule under D.C.COLO.LCivR 7.1(d) takes five weeks to complete—21 days for the response and 14 additional days for the reply. Under that schedule, the government could transfer Mr. Shin's property before preliminary relief can be granted. Mr. Shin therefore requires an expedited briefing schedule to prevent the government from causing additional irreparable harm to Mr. Shin while the TRO Motion is pending.

3. Plaintiff also respectfully requests that any hearing on Plaintiff's TRO Motion be held as soon as the Court's schedule permits.

WHEREFORE, for the reasons stated above, Plaintiff respectfully requests that the Court order that the response by the government to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction be due on August 10, 2021, and the reply be due on August 13, 2021.

DATED: August 4, 2021

Respectfully Submitted,

*/s/ Jeffrey S. Pagliuca*
Jeffrey S. Pagliuca, #12462
HADDON MORGAN & FOREMAN, P.C.
150 E. 10th Avenue
Denver, CO 80203
Telephone: (303) 831-7364
Email: jpagliuca@hmflaw.com

Eric S. Rosen, #NY 4412326  
Kyle Roche, #NY 5517776  
ROCHE FREEDMAN, LLP  
99 Park Avenue, 19th Floor  
New York, NY 10016  
Telephone: (646) 350-0527  
Email: erosen@rcfllp.com  
Email: kyle@rcfllp.com  

*Counsel for Mark Shin*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2021, I electronically filed the foregoing **MOTION FOR EXPEDITED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Holly Rogers*