IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 21-y-00065-WJM-SKC

In re: Claimant Mark Shin (ICX)

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED BRIFING SCHEDULE FOR PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

THIS MATTER comes before the Court on Plaintiff's Motion for Expedited Briefing Schedule for Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. The Court being fully apprised, ORDERS that the Motion is GRANTED. The response to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction from the government shall be due on August 10, 2021, and the reply shall be due on August 13, 2021. A hearing is set on this motion on August ____, 2021 at _____.

SO ORDERED this ____ day of _____, 2021.

BY THE COURT:

Hon. S. Kato Crews
United States Magistrate Judge