# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-mc-00117-MEH

In re: Claimant Mark Shin (ICX)

───────────────────────────────────────────────

**UNITED STATES' NOTICE TO THE COURT**
───────────────────────────────────────────────

COMES NOW the United States of America (United States), by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Tonya S. Andrews, and herein provides notice to the Court that the United States is discontinuing the federal forfeiture in favor of proceedings in State of Colorado.

### Relevant Facts

1. On November 17, 2020, the United States obtained seizure warrants for numerous cryptocurrency wallets that held proceeds traceable to ICON Cryptocurrency coins (ICX) minted without authorization. (20-mc-00202, 20-mc-00203, 20-mc-00204, 20-mc-00205, 20-mc-00206, 20-mc-00207, 20-mc-00208, 20-mc-00209, 20-mc-00210, 20-mc-00211, 20-mc-00213, 20-mc-00214).  20-

2. On January 4, 2021, the United States obtained a supplemental warrant for BAM Trading Inc. (also known as Binance.us) for "all cryptocurrency, fiat, and other items of value held by BAM Trading Services, Inc. derived from and traceable to items of value deposited and transferred to the wallets identified in Attachment A."

1

3. The following assets were remitted by certain cryptocurrency exchanges to the Federal Bureau of Investigation (FBI) on the corresponding dates:

| Transaction Date | Amount | Currency | Sending Exchange | Value at Time of Seizure |
|---|---|---|---|---|
| 12/1/2020 21:28:00 | 275.004012053678388 | ETH | Kraken | $164,375.84 |
| 12/1/2020 23:06:48 | 149,999.94 | ICX | Kraken | $62,999.97 |
| 12/8/2020 11:14:14 | 20,167.2717325 | ICX | Binance.us | $7,865.24 |
| 1/25/2021 05:42:19 | 12.91203132 | REP | Coinbase | $231.51 |
| 1/25/2021 17:32:00 | 0.03295372 | BTC | Coinbase | $1,116.15 |
| 1/25/2021 17:37:00 | 0.17836965 | ETH | Coinbase | $249.43 |
| 1/28/2021 00:00:00 | 31647.87 | USD | Coinbase | $31,647.87 |
| 1/29/2021 00:52:00 | 0.02 | BTC | Coinbase | $684.37 |
| 2/2/2021 00:00:00 | 12,030.21 | USD | Gemini | $12,030.21 |

| Date | Amount | Asset | Exchange | USD Value |
|---|---|---|---|---|
| 2/2/2021 11:03:37 | 100,000 | REN | Gemini | $67,000.00 |
| 2/2/2021 22:59:00 | 6.5 | BTC | Gemini | $231,686.81 |
| 2/2/2021 23:03:00 | 25 | ETH | Gemini | $80,713.93 |
| 3/11/2021 00:00:00 | 212,383.21 | USD | Binance.us | $212,383.21 |
| 3/15/2021 03:00:39 | 4,153.39 | LINK | Binance.us | $114,176.69 |
| 3/15/2021 03:03:27 | 50,628.06908 | USDT | Binance.us | $50,628.07 |
| 3/15/2021 14:55:22 | 120,826.75 | XRP | Binance.us | $53,163.77 |
| 3/15/2021 14:55:49 | 179.22493096 | BNB | Binance.us | $45,641.42 |
| 3/15/2021 14:57:46 | 4,805.152127 | XTZ | Binance.us | $18,451.78 |
| 3/15/2021 14:59:35 | 105,960 | ADA | Binance.us | $109,138.80 |
| 3/15/2021 15:09:00 | 37.90480185 | BTC | Binance.us | $2,147,912.08 |
| 3/15/2021 15:14:00 | 591.55345 | ETH | Binance.us | $1,056,838.30 |

3

| | | | | |
|---|---|---|---|---|
| 4/5/2021 01:58:00 | 13 | ETH | VELIC | $26,709.67 |
| 4/5/2021 01:58:48 | 100,101.678819 | ICX | VELIC | $254,258.26 |
| 4/15/2021 03:37:10 | 87,967.880590 | USDT | Binance.com | $87,967.88 |
| 4/15/2021 15:36:54 | 1,620,084.989983 | ICX | Binance.com | $4,163,618.42 |
| 4/15/2021 15:38:00 | 1,788.755825 | ETH | Binance.com | $4,392,251.51 |
| 4/15/2021 15:39:00 | 3.290804 | BTC | Binance.com | $205,957.03 |
| 5/25/2021 | 49,995.250 | LTO | Binance.com | $13,498.72 |

4. The FBI initiated administrative forfeiture on the first three assets remitted pursuant to the seizure warrants: 275.004012053678388 Ethereum from Kraken; 149,999.94 ICX from Kraken; and 20167.2717325 ICX from Binance.us.

5. On February 12, 2021, Mark Shin filed a valid claim to the FBI asserting an interest in the 275.004012053678388 Ethereum from Kraken, 149,999.94 ICX from Kraken, and 20167.2717325 ICX from Binance. Once the claim was filed, administrative forfeiture was halted and the FBI forwarded these claims to the United States Attorney's Office for the District of Colorado, pursuant to 19 U.S.C. §§ 1608 and

4

1610, for the filing of a Verified Complaint. The United States' deadline to file the complaint was May 13, 2021.

6. On May 10, 2021, the United States filed a Motion for Extension of Time to File Complaint for Forfeiture. (ECF No. 1). The motion was granted on May 12, 2021, extending the deadline to file the complaint to July 12, 2021. (ECF No. 3).

7. On May 17, 2021, Mr. Shin moved for reconsideration of this Court's Order, granting an extension until July 12, 2021. (ECF No. 8).

8. On June 10, 2021, the Court held a hearing on Mr. Shin's motion. On June 16, 2021, the Court denied Mr. Shin's Motion for Reconsideration. (ECF No. 20).

9. Since November 2020, the U.S. Attorney's Office and the FBI have been conducting a criminal investigation.

10. In May 2021, the State of Colorado also began looking into Mr. Shin's conduct as well.

11. On June 29, 2021, the People of the State of Colorado indicted Mark Shin for violations of Colorado Revised Statute (CRS) § 18-5.5-102(1)(d), (3)(a)(IX) (Cybercrime -commit theft over $1 million) and CRS § 18-4-401(1),(2)(j),(6) (Theft over $1 million).

12. On July 1, 2021, undersigned counsel requested approval from the Acting United States Attorney to proceed with a parallel federal forfeiture proceeding to the State of Colorado's criminal case.[1] On July 9, 2021, that request was denied.

13. Wherefore, the United States, hereby, notifies the Court that it will not be filing a federal civil forfeiture complaint by the July 12, 2021 deadline and has foregone

---

[1] These types of parallel proceedings sometimes occur in federal investigations that are prosecuted in the State instead of Federal courts for various reasons.

5

federal forfeiture proceedings in favor of state related proceedings, pursuant to 18 U.S.C. § 981(e).  The United States has also sent notice to counsel of the United States' intent to discontinue federal forfeiture proceedings in favor of State related proceedings as provided for section 981(e).

DATED this 12th day of July 2021.

>Respectfully submitted,
>
>MATTHEW T. KIRSCH
>Acting United States Attorney
>
>By: *s/ Tonya S. Andrews*
>Tonya S. Andrews
>Assistant United States Attorney
>United States Attorney's Office
>1801 California Street, Suite 1600
>Denver, CO 80202
>Phone: (303) 454-0100
>Email: tonya.andrews@usdoj.gov
>*Attorney for the United States*

Case No. 1:21-cv-00006-WJM-SKC Document 23 filed 08/04/21 USDC Colorado pg 7 of 6