IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 21-y-00065-WJM-SKC

In re: Claimant Mark Shin (ICX)

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

THIS MATTER comes before the Court on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. The Court being fully apprised, ORDERS that the Motion is GRANTED.  The Court further orders:

a. This Court shall and hereby does exercise jurisdiction over the assets seized from Mark Shin by the United States of America.  The United States of America, as well as its officers, agents, servants, employees, and attorneys, and those persons who are in active concert or participation with them, are RESTRAINED AND ENJOINED from transferring any such assets to the State of Colorado or to any person other than Mark Shin pending this Court's ruling of Mr. Shin's motion under Rule 41(g) of the Federal Rules of Criminal Procedure.

b. The United States of America shall show cause as to why a Preliminary Injunction should not issue restraining and enjoining them from transferring Mr. Shin's property to the State of Colorado or any person other than Mr. Shin.

SO ORDERED this _____ day of_____, 2021.

BY THE COURT:

_____
Hon. S. Kato Crews
United States Magistrate Judge