IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 21-MC-00117-MEH

In re: Claimant Mark Shin (ICX)

## CERTIFICATE OF COUNSEL

On August 4, 2021, I sent an email to Tonya S. Andrews, Assistant United States Attorney, at the address tonya.andrews@usdoj.gov, providing actual notice after the time of filing of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction as well as Plaintiff's Motion for Expedited Briefing Schedule for Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (the "Motions").  These documents have also been filed via ECF. Accordingly, the United States has been provided with copies of all pleadings and documents filed in this action to date and to be presented to the court at any hearing on the Motions, including copies of all papers related to the Motions.

DATED: August 4, 2021

Respectfully Submitted,

*/s/ Jeffrey S. Pagliuca*
Jeffrey S. Pagliuca, #12462
HADDON MORGAN & FOREMAN, P.C.
150 E. 10th Avenue
Denver, CO 80203
Telephone: (303) 831-7364
Email: jpagliuca@hmflaw.com

Eric S. Rosen, #NY 4412326
Kyle Roche, #NY 5517776
ROCHE FREEDMAN, LLP
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Email: erosen@rcfllp.com
Email: kyle@rcfllp.com

*Counsel for Mark Shin*