# EXHIBIT A

DISTRICT/COUNTY COURT
COUNTY OF ARAPAHOE
STATE OF COLORADO
No.: _____

SEARCH WARRANT

THE PEOPLE OF THE STATE OF COLORADO:

TO: Any officer authorized by law to execute a search warrant in the County wherein the property is located.

Special Agent Steve Bratten having this date filed an Affidavit for Search Warrant in conformity with the provisions of Colorado Rules of Criminal Procedure 41(b) and (c) for the following described property to-wit:

> From August 21, 2020 until the present date any and all records associated with the aforementioned Wallet Address including but not limited to thumb drives or other electronic storage devices where the wallet/addresses are being stored.
>
> **And freezing and/or holding all money, crypto currency and/or value in said crypto currency wallet addresses associated with the wallet addresses and/or information, which were listed below and aforementioned until further court order is issued.**

PROPERTY:

| Transaction Date | Wallet Address | Amount | Currency | Est. USD Value at Time of Transaction | Sending Exchange |
|---|---|---|---|---|---|
| 12/1/2020 21:28:00 | 0xaebe94edb744950118ffef4aed1ab6d15f2e3caf | 275.004012053678388 | ETH | $ 164,375.84 | Kraken |
| 12/1/2020 23:06:48 | hx166f9a13478e8b0b93a7d7e8cb371fa28034143f | 149,999.94 | ICX | $ 62,999.97 | Kraken |
| 12/8/2020 11:14:14 | hx166f9a13478e8b0b93a7d7e8cb371fa28034143f | 20,167.2717325 | ICX | $ 7,865.24 | Binance.us |
| 1/25/2021 05:42:19 | 0xaebe94edb744950118ffef4aed1ab6d15f2e3caf | 12.91203132 | REP | $ 231.51 | Coinbase |
| 1/25/2021 17:32:00 | 1HibdFb93cC3UCLSRYpHEWcuQx5aduQq2i | 0.03295372 | BTC | $ 1,116.15 | Coinbase |
| 1/25/2021 17:37:00 | 0xaebe94edb744950118ffef4aed1ab6d15f2e3caf | 0.17836965 | ETH | $ 249.43 | Coinbase |
| 1/28/2021 00:00:00 | | 31647.87 | USD | $ 31,647.87 | Coinbase |

| Date/Time | Address | Amount | Currency | USD Value | Exchange |
|---|---|---|---|---|---|
| 1/29/2021 00:52:00 | 1HibdFb93cC3UCLSRYpHEWcuQx5aduQq2i | 0.02 | BTC | $ 684.37 | Coinbase |
| 2/2/2021 00:00:00 | | 12,030.21 | USD | $ 12,030.21 | Gemini |
| 2/2/2021 11:03:37 | 0xaebe94edb744950118ffef4aed1ab6d15f2e3caf | 100,000 | REN | $ 67,000.00 | Gemini |
| 2/2/2021 22:59:00 | 1HibdFb93cC3UCLSRYpHEWcuQx5aduQq2i | 6.5 | BTC | $ 231,686.81 | Gemini |
| 2/2/2021 23:03:00 | 0xaebe94edb744950118ffef4aed1ab6d15f2e3caf | 25 | ETH | $ 38,460.16 | Gemini |
| 3/11/2021 00:00:00 | | 212,383.21 | USD | $ 212,383.21 | Binance.us |
| 3/15/2021 03:00:39 | 0xaebe94edb744950118ffef4aed1ab6d15f2e3caf | 4,153.39 | LINK | $ 114,176.69 | Binance.us |
| 3/15/2021 03:03:27 | 0xaebe94edb744950118ffef4aed1ab6d15f2e3caf | 50,628.06908 | USDT | $ 50,628.07 | Binance.us |
| 3/15/2021 14:55:22 | rwj1hkgryB783zMbJuMeRaWkCNm33wv3DX | 120,826.75 | XRP | $ 53,163.77 | Binance.us |
| 3/15/2021 14:55:49 | bnb1kt09tdh72kms6vnjsyq20szjuy4esad2v5kvtz | 179.22493096 | BNB | $ 45,641.42 | Binance.us |
| 3/15/2021 14:57:46 | tz1LysYmfvRGciYmfe7hFMD9KgttaipwAZHw | 4,805.152127 | XTZ | $ 18,451.78 | Binance.us |
| 3/15/2021 14:59:35 | addr1qxgsslua57kf70x9mp3hhw6e4hzusava0fvhph86t9kgl5v3pplemfavnu7vtkrr0wa4ntw9ep6e67jewrw05ktv3lgscnt7hu | 105,960 | ADA | $ 109,138.80 | Binance.us |
| 3/15/2021 15:09:00 | 1HibdFb93cC3UCLSRYpHEWcuQx5aduQq2i | 37.90480185 | BTC | $ 2,147,912.08 | Binance.us |
| 3/15/2021 15:14:00 | 0xaebe94edb744950118ffef4aed1ab6d15f2e3caf | 591.55345 | ETH | $ 1,056,838.30 | Binance.us |
| 4/5/2021 01:58:00 | 0xaebe94edb744950118ffef4aed1ab6d15f2e3caf | 13 | ETH | $ 26,709.67 | VELIC |
| 4/5/2021 01:58:48 | hx166f9a13478e8b0b93a7d7e8cb371fa28034143f | 100,101.678819 | ICX | $ 254,258.26 | VELIC |
| 4/15/2021 03:37:10 | 0xaebe94edb744950118ffef4aed1ab6d15f2e3caf | 87,967.880590 | USDT | $ 87,967.88 | Binance.com |
| 4/15/2021 15:36:54 | hx166f9a13478e8b0b93a7d7e8cb371fa28034143f | 1,620,084.989983 | ICX | $ 4,163,618.42 | Binance.com |
| 4/15/2021 15:38:00 | 0xaebe94edb744950118ffef4aed1ab6d15f2e3caf | 1,788.755825 | ETH | $ 4,392,251.51 | Binance.com |
| 4/15/2021 15:39:00 | 1HibdFb93cC3UCLSRYpHEWcuQx5aduQq2i | 3.290804 | BTC | $ 205,957.03 | Binance.com |
| 5/26/21 23:05:13 | 3JpdnP3nikKVEek8S83DMAt3s4zRz9sxf5z | 49,995.250000 | LTO | $ 13,498.72 | Binance.com |
| | - | | | | |
| | | | Total | $ 13,570,943.18 | |

believed to be situated at the place known as:

### Federal Bureau of Investigations Denver Division
### 8000 E. 36th Ave
### Denver, CO 80238

upon one or more grounds as set forth in Rule 41 (b), Colorado Rules of Criminal Procedure, namely:

    __X_ is stolen or embezzled;
    ____ is designed or intended for use or which is or has been used as a means of committing a criminal offense or the possession of which is illegal;
    __X_ would be material evidence in a subsequent criminal prosecution

The names of persons whose affidavits have been taken in support hereof are:

    Special Agent Steve Bratten

and as I am satisfied that grounds for the application exist, or that there is probable cause to believe that they exist, and that property is located on the premises above described, YOU ARE HEREBY COMMANDED to search within fourteen days of the date hereof, the place above described for the property described and to seize the property described above at any time, day or night, and to deliver to the person from whom the property is taken a copy of this Warrant together with a receipt for the property taken; and to deliver to the Clerk of the Court a written inventory of the property with the return of this Warrant forthwith.

Dated on _____July 9th_____, 2021 at __Arapahoe__ county, Colorado

THE HONORABLE MICHELLE AMICO,
CHIEF JUDGE
EIGHTEENTH JUDICIAL DISTRICT
STATE OF COLORADO

Michelle A. Amico
Printed Name of CHIEF JUDGE