# EXHIBIT E

| | |
|---|---|
| DISTRICT COURT<br>ARAPAHOE COUNTY, COLORADO<br>Court Address:  Arapahoe County Justice Center<br>7325 S. Potomac St, Centennial, CO 80112 | DATE FILED: August 12, 2021 5:09 PM<br>FILING ID: 9AB152AE9D26D<br>CASE NUMBER: 2021CV31394 |
| THE PEOPLE OF THE STATE OF COLORADO,<br>Plaintiff<br>v.<br>MARK SHIN, and regarding:<br>1. APPROXIMATELY 275.004012053678 ETHEREUM (ETH) FROM KRAKEN;<br>2. APPROXIMATELY 149,999.94 ICON COIN (ICX) FROM KRAKEN;<br>3. APPROXIMATELY 12.91203132 AUGUR (REP) FROM COINBASE;<br>4. APPROXIMATELY 0.03295372 BITCOIN (BTC) FROM COINBASE;<br>5. APPROXIMATELY 0.17836965 ETHEREUM (ETH) FROM COINBASE;<br>6. APPROXIMATELY 31,347.87 UNITED STATES DOLLARS (USC) FROM COINBASE;<br>7. APPROXIMATELY 0.02 BITCOIN FROM (BTC) COINBASE;<br>8. APPROXIMATELY $12,030.21 UNITES STATES DOLLARS (USD) FROM GEMINI;<br>9. APPROXIMATELY 100,000 REN FROM GEMINI;<br>10. APPROXIMATELY 6.5 BITCOIN (BTC) FROM GEMINI;<br>11. APPROXIMATELY 25 ETHEREUM (ETH) FROM GEMINI;<br>12. APPROXIMATELY 20,167.2717325 ICON COIN (ICX) FROM BINANCE.US;<br>13. APPROXIMATELY $212,383.21 UNITES STATES DOLLARS (USD) FROM BINANCE.US;<br>14. APPROXIMATELY 4,153.39 CHAINLINK (LINK) FROM BINANCE.US;<br>15. APPROXIMATELY 50,628.06908 TETHER (USDT) FROM BINANCE.US;<br>16. APPROXIMATELY 120,826.75 XRP FROM BINANCE.US;<br>17. APPROXIMATELY 179.22493096 BINANCE COIN (BNB) FROM BINANCE.US;<br>18. APPROXIMATELY 4,805.152127 TEZOS (XTZ) FROM BINANCE.US;<br>19. APPROXIMATELY 105,960 CARDANO (ADA) FROM BINANCE.US;<br>20. APPROXIMATELY 37.90480185 BITCOIN (BTC) FROM BINANCE.US;<br>21. APPROXIMATELY 591.55345 ETHEREUM (ETH) FROM BINANCE.US;<br>22. APPROXIMATELY 13 ETHEREUM (ETH) FROM VELIC;<br>23. APPROXIMATELY 100,101.678819 ICON COIN (ICX) FROM VELIC;<br>24. APPROXIMATELY 87,967.880590 TETHER (USDT) FROM BINANCE.COM;<br>25. APPROXIMATELY 1,620,084.989983 ICON COIN (ICX) FROM BINANCE.COM;<br>26. APPROXIMATELY 1,788.755825 ETHEREUM (ETH) FROM BINANCE.COM;<br>27. APPROXIMATELY 3.290804 BITCOIN (BTC) FROM BINANCE.COM; AND<br>28. APPROXIMATELY 49,995.250 LTO NETWORK TOKENS (LTO) FROM BINANCE.COM<br>Respondent. | **COURT USE ONLY**<br><br>Case Number:<br><br>____ **CV** _____<br><br>Division/Ctrm: |
| TEMPORARY RESTRAINING ORDER | |

THIS MATTER comes before the court pursuant to §16-13-301, et seq., C.R.S, as an action for abatement and forfeiture of Class 1 public nuisances brought by JOHN KELLNER, District Attorney for the Eighteenth Judicial District, State of Colorado.

The Court has examined the complaint with supporting affidavit and has considered the Plaintiff's request for a Temporary Restraining Order.

The Court is satisfied that the Plaintiff has shown probable cause for the existence of Class 1 Public Nuisances with respect to:

1. APPROXIMATELY 275.004012053678 ETHEREUM (ETH) FROM KRAKEN;
2. APPROXIMATELY 149,999.94 ICON COIN (ICX) FROM KRAKEN;
3. APPROXIMATELY 12.91203132    AUGUR (REP) FROM COINBASE;
4. APPROXIMATELY 0.03295372 BITCOIN (BTC) FROM COINBASE;
5. APPROXIMATELY 0.17836965 ETHEREUM (ETH) FROM COINBASE;
6. APPROXIMATELY 31,347.87 UNITED STATES DOLLARS (USC) FROM COINBASE;
7. APPROXIMATELY 0.02 BITCOIN FROM (BTC) COINBASE;
8. APPROXIMATELY $12,030.21 UNITES STATES DOLLARS (USD) FROM GEMINI;
9. APPROXIMATELY 100,000 REN FROM GEMINI;
10. APPROXIMATELY 6.5 BITCOIN (BTC) FROM GEMINI;
11. APPROXIMATELY 25 ETHEREUM (ETH) FROM GEMINI;
12. APPROXIMATELY 20,167.2717325 ICON COIN (ICX) FROM BINANCE.US;
13. APPROXIMATELY $212,383.21 UNITES STATES DOLLARS (USD)  FROM BINANCE.US;
14. APPROXIMATELY 4,153.39 CHAINLINK (LINK) FROM BINANCE.US;
15. APPROXIMATELY 50,628.06908 TETHER (USDT) FROM BINANCE.US;
16. APPROXIMATELY 120,826.75 XRP FROM BINANCE.US;
17. APPROXIMATELY 179.22493096 BINANCE COIN (BNB) FROM BINANCE.US;
18. APPROXIMATELY 4,805.152127 TEZOS (XTZ) FROM BINANCE.US;
19. APPROXIMATELY 105,960 CARDANO (ADA) FROM BINANCE.US;
20. APPROXIMATELY 37.90480185    BITCOIN (BTC) FROM BINANCE.US;
21. APPROXIMATELY 591.55345 ETHEREUM (ETH) FROM BINANCE.US;
22. APPROXIMATELY 13 ETHEREUM (ETH) FROM VELIC;
23. APPROXIMATELY 100,101.678819 ICON COIN (ICX) FROM VELIC;
24. APPROXIMATELY 87,967.880590 TETHER (USDT) FROM BINANCE.COM;
25. APPROXIMATELY 1,620,084.989983 ICON COIN (ICX) FROM BINANCE.COM;
26. APPROXIMATELY 1,788.755825 ETHEREUM (ETH) FROM BINANCE.COM;
27. APPROXIMATELY 3.290804 BITCOIN (BTC) FROM BINANCE.COM; AND
28. APPROXIMATELY 49,995.250 LTO NETWORK TOKENS (LTO) FROM BINANCE.COM

(hereinafter "the property") which is the subject matter of this action (and may be referred to as "the subject matter"), in that, pursuant to §16-13-303, C.R.S., a nexus to the crime of Cybercrime-Commit Theft Over $1 Million, §18-5.5-102(1)(d),(3)(a)(IX), C.R.S, Theft over $1 Million §18-4-401(1),(2)(j)(6), C.R.S., Money Laundering §18-5-309(1)(a)(II), C.R.S. has been established in regard to the above listed property.  and the Court finds that the named Defendant/Respondent may claim an ownership interest in the cryptocurrency.

The Court, therefore, enters the following Temporary Restraining Order, pursuant to §16-13-308(1), C.R.S., finding that the terms of said statute do not require irreparable harm or notice:

1. IT IS ORDERED that the named Defendant(s) and any unknown persons claiming an interest, and each of them, refrain and desist from selling, assigning, transferring, encumbering, damaging, using as security for bond or other obligation, or destroying, while this action is pending, the property as above described, or any part of or interest in the said subject matter.

2. IT IS ORDERED that the Cryptocurrency, described in the caption be placed in the custody of the Arapahoe County Court and in possession of Federal Bureau of Investigations until further order of this Court. It shall be the responsibility of the proponent of any motion to vacate or otherwise affect this temporary restraining order to set the motion for hearing within the time prescribed by statute.

DONE this _____ day of _____, 20____.

                                              BY THE COURT:

                                              _____
                                              DISTRICT JUDGE

TIME OF ISSUANCE: _____