# EXHIBIT F

Affidavit Pursuant to Abatement of Public Nuisance Act
C.R.S. 16-13-301, et seq.
Department of Revenue
FBI Case No: 272E-DN-3334286

DATE FILED: August 12, 2021 5:09 PM
FILING ID: 9AB152AE9D26D
CASE NUMBER: 2021CV31394

DISTRICT COURT, ARAPAHOE COUNTY, COLORADO

## AFFIDAVIT PURSUANT TO ABATEMENT OF PUBLIC NUISANCE ACT

This Affiant, Special Agent Steve Bratten, of lawful age and being first sworn upon oath states that he has probable cause for believing that the following property should be forfeited:

1.  APPROXIMATELY 275.004012053678 ETHEREUM (ETH) FROM KRAKEN;
2.  APPROXIMATELY 149,999.94 ICON COIN (ICX) FROM KRAKEN;
3.  APPROXIMATELY 12.91203132   AUGUR (REP) FROM COINBASE;
4.  APPROXIMATELY 0.03295372 BITCOIN (BTC) FROM COINBASE;
5.  APPROXIMATELY 0.17836965 ETHEREUM (ETH) FROM COINBASE;
6.  APPROXIMATELY 31,347.87 UNITED STATES DOLLARS (USC) FROM COINBASE;
7.  APPROXIMATELY 0.02 BITCOIN FROM (BTC) COINBASE;
8.  APPROXIMATELY $12,030.21 UNITED STATES DOLLARS (USD) FROM GEMINI;
9.  APPROXIMATELY 100,000 REN FROM GEMINI;
10. APPROXIMATELY 6.5 BITCOIN (BTC) FROM GEMINI;
11. APPROXIMATELY 25 ETHEREUM (ETH) FROM GEMINI;
12. APPROXIMATELY 20,167.2717325 ICON COIN (ICX) FROM BINANCE.US;
13. APPROXIMATELY $212,383.21 UNITES STATES DOLLARS (USD)  FROM BINANCE.US;
14. APPROXIMATELY 4,153.39 CHAINLINK (LINK) FROM BINANCE.US;
15. APPROXIMATELY 50,628.06908 TETHER (USDT) FROM BINANCE.US;
16. APPROXIMATELY 120,826.75 XRP FROM BINANCE.US;
17. APPROXIMATELY 179.22493096 BINANCE COIN (BNB) FROM BINANCE.US;
18. APPROXIMATELY 4,805.152127 TEZOS (XTZ) FROM BINANCE.US;
19. APPROXIMATELY 105,960 CARDANO (ADA) FROM BINANCE.US;
20. APPROXIMATELY 37.90480185   BITCOIN (BTC) FROM BINANCE.US;
21. APPROXIMATELY 591.55345 ETHEREUM (ETH) FROM BINANCE.US;
22. APPROXIMATELY 13 ETHEREUM (ETH) FROM VELIC;
23. APPROXIMATELY 100,101.678819 ICON COIN (ICX) FROM VELIC;
24. APPROXIMATELY 87,967.880590 TETHER (USDT) FROM BINANCE.COM;
25. APPROXIMATELY 1,620,084.989983 ICON COIN (ICX) FROM BINANCE.COM;
26. APPROXIMATELY 1,788.755825 ETHEREUM (ETH) FROM BINANCE.COM;
27. APPROXIMATELY 3.290804 BITCOIN (BTC) FROM BINANCE.COM; AND
28. APPROXIMATELY 49,995.250 LTO NETWORK TOKENS (LTO) FROM BINANCE.COM

Special Agent Steve Bratten, of lawful age and being first duly sworn upon oath, deposes and states that he has probable cause for believing that:

Mark Shin:
DOB: 3/17/1992

did commit the crimes of:

1. Cybercrime-Commit Theft Over $1 Million, §18-5.5-102(1)(d),(3)(a)(IX), C.R.S,
2. Theft over $1 Million §18-4-401(1),(2)(j)(6), C.R.S.,
3. Money Laundering §18-5-309(1)(a)(II), C.R.S

## FACTUAL BASIS FOR FORFEITURE

Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

## CRYPTOCURRENCY TERMS

1.     Cryptocurrency is generally defined as an electronically sourced unit of value that can be purchased with, sold for, or used as a substitute for fiat currency (*i.e.*, currency created and regulated by a government). Cryptocurrency is not issued by any government, bank, or company; it is, instead, generated and controlled through computer software operating on a decentralized peer-to-peer network. Cryptocurrency is not illegal in the United States.

2.     ICON Coin ("ICX"), Bitcoin ("BTC"), Ethereum ("ETH" or "ether"), and Tether are types of cryptocurrencies. Individuals can send and receive cryptocurrencies through peer-to-peer digital transactions or by using a third-party broker.

3.     Payments made with these cryptocurrencies are recorded in a public ledger that is maintained by peer-to-peer verification (*i.e.*, a "blockchain") and is, thus, not maintained by a single administrator or entity.

4.     Most cryptocurrencies have a "blockchain," which is a record or distributed public ledger of every transaction ever conducted that is distributed throughout the decentralized network. The blockchain makes it highly difficult for someone to retroactively alter the record for their benefit, such as claiming they still possess currency they have already spent.

5.     Even though the public addresses of those engaging in cryptocurrency transactions are recorded on a public ledger, the true identities of the individuals or entities behind the public

addresses are not recorded on the public ledger. If, however, an individual or entity is linked to a public address, it may be possible to determine what transactions were conducted by that individual or entity.

6.      Cryptocurrency can be stored in digital "wallets." A wallet essentially stores the access code that allows an individual to conduct cryptocurrency transactions on the public ledger. To conduct transactions on the public ledger, an individual must use a public address (or "public key" or "wallet address") and a private address (or "private key"). The public/wallet address can be analogized to a traditional bank account number, while the private key is like the password or PIN used to access that bank account.

7.      Exchanges, such as Binance, Kracken, and Coinbase, are companies that each offer a cryptocurrency wallet service. Some cryptocurrency exchanges maintain access to, and custody of, their customers' wallets and respective wallet addresses, akin to a financial institution and its customers' bank accounts. Other exchanges simply offer a wallet that can be used by a customer independently of the exchange, who would not maintain custody or access to any cryptocurrency stored on that wallet.

8.      Generally, cryptocurrency may be obtained by an individual in four methods: (1) purchasing; (2) in exchange for providing a good or service; (3) mining; and (4) staking.

9.      Mining and staking are methods that reward participants for maintaining security and adding to the blockchain.

10.      Through mining, a miner uses computation power to solve complex mathematical equations that validate blocks of transactions. The blocks that are linked together to create the blockchain. When a miner solves the mathematical equation first, that miner gets the right to add the next block to the blockchain and is rewarded with cryptocurrency.

11.      Another way to earn cryptocurrency is through Proof of Stake. In a Proof of Stake, the method to produce and validate new blocks is through the method called "staking." Generally, "staking" requires participants within the network to "stake" their cryptocurrency by locking it away. The protocols then assign the right to validate the next block to a staking participant. If chosen, the participant will earn cryptocurrency in an amount proportional to the amount they "staked." This incentivizes users to participate in a particular cryptocurrency's community, which benefits the whole network as more stakers means the network is more secure. Typically, staked coins must be locked up for a specified time-period.

12.      A variation on the Proof of Stake, is the Delegated Proof of Stake. Generally, this method allows the participants to commit their cryptocurrency as votes. The votes can be assigned to a delegate who manages the blockchain on behalf of the voters, including governing the system and proposing changes. The staking rewards are distributed to the delegates, who then redistribute them to the participants, proportional to their staked amounts.

13.     "Unstaking" is the process of removing a "stake" or hold on cryptocurrency, such that it can once again be exchanged, transferred, or otherwise used by the owner.

## ICON FOUNDATION BACKGROUND

14.     The ICON Foundation is an entity established in Switzerland.  It is a decentralized network of blockchain communities to facilitate the validation and exchange of various cryptocurrencies.  It connects disparate cryptocurrencies with different blockchain governances and facilitates the use of cryptocurrency in the "real world."  Its technology allows different blockchains to connect.  The network is comprised of an online community with users from around the world.

15.     ICON Foundation developed and released a blockchain wallet called ICONex Chrome Extension for users to interact with the ICON public blockchain. ICONex Chrome Extension is an App that is downloaded and installed on a user desktop, more specifically in Google's Chrome browser as an extension software.

16.     The ICON Network operates through Community Nodes and Citizen Nodes around the world (including Seoul, Tokyo, Virginia, Oregon, Singapore and so on).  A node is essentially a computer that connects to the cryptocurrency network, in this case the ICON public blockchain.

17.     A community node is the building block of how a community connects to the ICON network.  Each blockchain community has a representative (C-Rep) that represents the community in the ICON Republic and oversees the operation of the community node.

18.     The ICON Republic is the connector of the different communities.  The ICON Republic does not interfere in the governance of other communities, but is involved in the issuance and rewards policies of ICX.

19.     Citizen Nodes accept transaction requests from a ICONex user and delivers them to the ICON public blockchain.  Citizen nodes do not hold rights to verify transactions or vote on governance issues; they can only generate new transactions.

20.     Within the ICON Network community, users are encouraged to participate in the ICON network by becoming a Public Representatives ("P-Reps"), also known as Delegates. These P-Reps are users who invest their own money in the network and have decision-making power, which is referred to as the "governance" of the network. They are responsible for voting and approving policies and procedures that are used within the network. Some P-Reps also operate the Citizen nodes.

21.     As part of its product offerings, Icon Foundation created its own cryptocurrency called ICON coin (hereinafter "ICX"). ICX is trademarked in South Korea and is currently registered to ICON Foundation and ICONLOOP.

22.     ICX is initially generated on the blockchain and belongs to the protocol before it is remitted to a user's account. ICX can only be created if it is validated in the ICON blockchain network by Community Representatives.

23.     ICX is a Delegated Proof of Stake blockchain. Users may "stake" their ICX towards other Representatives. Each ICX is worth one vote. The delegation of "staked" ICX to a P-Rep allows them to receive rewards from the network based on the level of delegated stake ICX.

24.     To calculate the rewards owed to both the participant staking and the P-Rep, ICON employs an algorithm called the ICON Incentives Scoring System (hereinafter referred to as 'IISS') to measure and reward the contributions of various ICONists within the ICON Network also called an I-Score.

25.     While ICX is the monetary unit of the reward fund, an I-Score represents one's latest contributions.

26.     Once the user has accumulated sufficient I-Scores, they can "claim" the I-Scores for ICX. All ICX, when issued, are automatically deposited into the Public Treasury. In order to obtain newly minted ICX, an ICONist must claim their ICX reward based on their I-Score. The act of "claiming" I-Scores is what causes newly minted ICX to be sent from the Public Fund wallet to the user's wallet.

## ICON's Terms of Service

27.     ICON's Terms of Service are available on the ICON Foundation website. It states that a user should not misuse ICON's Services or interfere with their Services.

28.     The Terms of Services also outlines that the use of ICON's Services does not give a user ownership of any intellectual property rights in the Services or the content you access.

## The ICONstitution

29.     The ICONstitution is a yellow page available on the ICON website. The ICONstitution states that each participant who uses the ICON Network shall be called an "ICONist."

30.     Article 3 of the ICONstitution states that One: all ICONists shall strive to ensure that the ICON Network runs properly, and Two: All ICONists shall oppose any transgression against the ICON Network.

### ICON Incentives Scoring System 2.1

31.     In the yellowpaper titled ICON Incentives Scoring System 2.1, on the ICON Foundation Website, it describes the ICON Incentives Scoring System, that is the way to earn additional ICX and governance rights on the ICON Network through a user's participation.

32.     In section 2.1., titled "ICX", it describes ICX and its uses as follows: The basic currency unit of the ICON Network is ICX, and all economic activities that take place on the ICON Network are based on the value of ICX. ICX can be used as a medium of exchange between users, as a reward for contributions, and as a means of fee payment for smart contracts and transactions. ICX is liquid and can be transferred to another account.

ICONists have the option of sacrificing the liquidity of their ICX through staking it. ICX can be locked through a staking mechanism and delegated to support a specific Representative. This process enables ICONists to indirectly contribute to the growth of the ecosystem. All ICX, when issued, are automatically deposited into the Public Treasury, a fully automated reward fund that stores all ICX rewards until ICONists claim their rewards using I-Score.

33.     Section 2.2 Staked ICX describes the staking process: Staked ICX is the basic delegation unit and means of governance on the ICON Network. Staked ICX is acquired by converting ICX to a lock-up state by invoking the 'Stake' function. All accounts can convert their own ICX to Staked ICX, and Staked ICX is equivalent to voting weight. Voting weight gives delegation power to ICONists, allowing ICONists to support specific Representatives. One ICX has the value of a single vote.

Staked ICX cannot be transferred to another account. If an ICONist would like to transfer their Staked ICX, they must first convert it back to liquid ICX. Converting Staked ICX back to ICX is referred to as 'un-staking', This process has an associated 'Un-staking Period', which is determined by the total amount of Staked ICX in the entire ecosystem.

34.      Section 2.2.1. "Un-staking Period," describes the unstaking process and its importance to the stability of the network:" 'Un-staking Period' refers to the number of days required to convert a Staked ICX to a liquid ICX on the ICON Network. The ICON Network dynamically adjusts the Un-staking Period to maintain the security and economics of the network. The minimum Un-staking Period is 5 days and the maximum is 20 days. The Un-staking Period dynamically adjusts

between these extremes based on the total amount of Staked ICX in the ecosystem.

The dynamic nature of the Un-staking Period leads to greater network stability. A network with a low staking rate is insecure, as attackers can easily influence governance, while a network with a high staking rate is less susceptible to outside attackers. With this in mind, longer Un-staking periods are implemented during periods of low staking rates.

35.    I-Score is a metric used to quantify an ICONist's contribution to the network.

36.    Section 4.3, titled Rewards Funded by Transaction Fees and ICX Issuance, discusses in detail the economic structure of the ICON Network and the related protocols for controlling the availability of ICX. It states as follows:

The newly issued ICX are deposited into the Public Treasury and eventually transferred to ICONists when claimed through I-Score.

This is one of the biggest economic features of the ICON Network. The issuance of ICX will change dynamically depending on the amount of transaction fees in a block. ICX can be either inflationary or deflationary depending on the utilization of the network, which corresponds with the amount of transaction fees, and the decisions made by the Public Representatives.

If the transaction volume of the ICON Network is high and transaction fees provide sufficient funding for the reward fund, new ICX will not be minted. If the transaction volume increases further and the amount of transaction fees exceed the required funding sum for the reward fund, the excess transaction fees will be burned.

## **Frequently Asked Questions**

37.    On the ICON Foundation website, under FAQs, it states in response to "How is ICX Issued and what is the future issuing plans?" that:

"The amount of newly issued ICX is an increment function of the growth rate in the ICON network activity. The activity level of the ICON network will be measured by the sum of IISS scores of individual participants. The purpose of taking into account the activity levels in determining quantity of issue is to check ICX against volatility driven by spikes in demand. The parameters of the function are set so that the maximum rate of additional ICX issuances does not exceed 20%. In practice, the amount can be further adjusted within a 5% range through the consensus among C-Reps. However, until the time point when reliable figures are presentable and meaningful consensus can be reached from the accumulation of IISS-related

data and the increase in the number of C-Rep, the amount is scheduled to be at a fixed rate."


## INVESTIGATION


38.     On October 15, 2020, the Denver Division of the Federal Bureau of Investigation ("FBI") was contacted by attorneys representing ICON Foundation and its owner, Min Kim. The attorneys advised the FBI that an attack had occurred on the ICON Network blockchain, permitting an "attacker" to acquire millions of dollars in ICX (the ICON cryptocurrency).
Revision 9 Update

39.     On August 13, 2020, the ICON Foundation Network released the Revision 9 Update, which included a new feature called the 'Multiple Unstaking Period' function.

40.     In the ICON Foundation blockchain, the unstaking period usually takes about a week to complete. Previously, when a user unstaked a portion of their ICX and then wanted to unstake more ICX before the first unstaking had completed, the user would have to start all over. With Revision 9, a user could unstake ICX on different dates and times simultaneously.

41.     However, there was a vulnerability in the Revision 9 update which allowed the unauthorized minting of unlimited ICX by holders of accounts that were in the middle of unstaking. Specifically, if a holder had been unstaking a portion of the ICX in their account and decided to "change votes," or use the "select delegates" function, the software bug would allow the nodes operated by the Reps to mistakenly create newly unauthorized ICX on the ICON blockchain network in the equivalent amount of ICX that was being unstaked. Essentially, the software bug created an accounting error, which incorrectly calculated the amount of ICX owed to the ICONist's wallet based on their unstaking amount every time the "select delegate" function was selected. This newly created ICX would appear in the account of the accountholder, engaged in unstaking ICX, in the same amount as that being unstaked.

42.     Thus, in order to exploit the network glitch, a participant would also have to select to change the votes or delegates associated with the ICX that was being unstaked.

### Overview of Attack by Mark Shin

43.     Mark Shin was in the middle of unstaking approximately 25,000 ICX when he discovered the vulnerability in the Revision 9 update. Shin then exploited the vulnerability by repeatedly using the "SetDelegate" function, which allowed him to mint approximately 25,000 unauthorized ICX each time he changed the vote/select delegate function.

44.     On August 22, 2020, after becoming aware of the Revision 9 update vulnerability, Shin changed the vote/select delegate function 558 times over an eleven-hour period to mint

unauthorized ICX.  In total, Shin minted approximately 13,927,157 unauthorized ICX, which was roughly the equivalent of approximately $8,988,406.00 U.S. dollars at the time of the attack

45.    The approximately 13,927,157 ICX obtained by Shin during this eleven-hour period were obtained solely through Shin's exploitation of a bug in a software update by ICON, and not the result of claimed ICX based on his I-Score, or purchases made by Shin.

## Details of the Attack

46.    Shin accessed the ICON public blockchain using ICONex (as detailed in his civil complaint against the ICON Foundation, which is further discussed below), which connected to eight Citizen nodes in the Virginia region.  Because Shin lives in Colorado, ICONex automatically finds the best Citizen Nodes Region close to him (Virginia), then finds and connects to one of the eight Citizen Nodes.

47.    Shin first accessed ICONex on August 22, 2020 at approximately 3:00 p.m. (Greenwich Mean Time (GMT))[1].  He then began exploiting the software glitch to obtain unauthorized and unearned ICX, by selecting the "SetDelegate" feature and changing the number of delegates selected.  Specifically, Shin completed the following steps each time to obtain 25,000 unauthorized ICX: opened the Voting page, clicked 'My Status', selected a wallet, entered password, scrolled down, clicked vote button, adjusted delegation amount, confirmed vote, and then closed out.

48.    Thus, Shin bypassed ICON's protocol for garnering ICX via an award based on his I-Score from his delegation of his votes to a Representative.  Instead, he was rewarded ICX directly into his wallet without ever having to "claim" it using I-Scores, as outlined in the ICON Network structure.

49.    The below table details the number of times Shin selected the "SetDelegate" function on the ICON Network each hour during the attack:

| Start Date | End Date | Count |
|---|---|---|
| 2020-08-23 15:00:00 | 2020-08-22 15:59:59 | 25 |
| 2020-08-22 16:00:00 | 2020-08-22 16:59:59 | 48 |
| 2020-08-22 17:00:00 | 2020-08-22 17:59:59 | 54 |
| 2020-08-22 18:00:00 | 2020-08-22 18:59:59 | 54 |
| 2020-08-22 19:00:00 | 2020-08-22 19:59:59 | 34 |
| 2020-08-22 20:00:00 | 2020-08-22 20:59:59 | 57 |

---

[1] The dates and times referenced herein are Greenwich Mean Time, (GMT).

| | | |
|---|---|---|
| 2020-08-22 21:00:00 | 2020-08-22 21:59:59 | 39 |
| 2020-08-22 22:00:00 | 2020-08-22 22:59:59 | 63 |
| 2020-08-22 23:00:00 | 2020-08-22 23:59:59 | 66 |
| 2020-08-23 00:00:00 | 2020-08-23 00:59:59 | 37 |
| 2020-08-23 01:00:00 | 2020-08-23 01:59:59 | 71 |
| 2020-08-23 02:00:00 | 2020-08-23 02:59:59 | 27 |
| SUM | | 575 |

50. In addition, the delegation amount decreased by "1" each time Shin selected the "setDelegate", for example, from 89,999 ICX to 89,998 ICX, over the course of the 558 times he selected "setDelegate" amount; thus, indicating that the delegation amount selected by Shin each time had no legitimate purpose and was done solely to exploit the bug in the ICON software.

51. When Shin's actions were discovered, the IP address used by Shin, IP address 75.166.175.149, was blocked on all eight citizen nodes located in the Virginia region beginning at approximately 11:30 p.m. From 11:30:22 p.m. to 11:38:21 p.m. on August 22, 2020, this IP address (75.166.175.149) was blocked from the ICON Network at least seventeen times.

52. At 11:43:41 p.m., a new IP address (174.16.216.150) was assigned to Shin. At 11:46:04 p.m., approximately 16 minutes after the prior IP address was blocked, Shin's attack recommenced from his new IP address, for over a hundred new attacks until approximately 2:22 a.m. on August 23, 2020, when a new software update was installed.

53. At approximately 3:00a.m., Shin's IP address (174.16.216.150) changed again to a new IP address (75.166.179.237). This IP address connected to the Icon Network several times from approximately 3:05a.m. to approximately 3:52 a.m. on August 23, 2020.

54. At approximately 4:44 a.m., Shin's IP address (75.166.179.237) changed a third time to a new IP address (75.166.168.75). This IP address connected to the Icon Network several times from approximately 11:09 a.m. to approximately 11:15 a.m. on August 23, 2020.

55. A similar pattern continued – a change of IP address associated with Shin's address followed by connection to the Icon Network -- between the initial IP address change on August 22, 2020 to August 24, 2020. In total, Shin's residence used nine different IP addresses between August 22, 2020 and August 24, 2020. Before August 22, 2020, only had one IP address from July 23, 2020 to August 20, 2020.

56.     Shin's scheme ceased only when a software patch was installed to remove the bug from the Revision 9 update.  The updated software prevented users from exploiting the ICON Network as Shin had to gain unauthorized and unearned ICX.

57.     During the same eleven-hour period of his attack, Shin withdrew unauthorized ICX 131 times and transferred a total of approximately 10,135,087 ICX to other cryptocurrency exchanges where they could then be exchanged for other cryptocurrencies.

### Shin's Twitter Conversation

58.     During the attack, Mark Shin, using the twitter handle "@ICXFnatic," exchanged direct messages on Twitter with a user, using the twitter handle "@Escalade0709," who was later identified as Thomas Aelis, relating to his conduct.  The substance of the exchange is as follows:

| Timestamp | From | To | Message |
|---|---|---|---|
| 2020-08-22 21:20:22.106 | @Escalade0709 | @ICXFnatic | Are you still there? Still ok. |
| 2020-08-22 22:01:51.152 | @ICXFnatic | @Escalade0709 | yes sir, just planning to take the rest of day off cause my brain is absolutely fried lol |
| 2020-08-22 22:17:14.409Z | @Escalade0709 | @ICXFnatic | Ok good. Just making sure your good. |
| 2020-08-22 22:17:21.363Z | @Escalade0709 | @ICXFnatic | I'll take whatever you don't want lol. |
| 2020-08-22 22:34:31.554Z | @Escalade0709 | @ICXFnatic | 🙂 |
| 2020-08-22 23:25:23.154Z | @Escalade0709 | @ICXFnatic | Update going on chain. |
| 2020-08-23 01:57:07.997Z | @ICXFnatic | @Escalade0709 | Send me your fucking address lol |
| 2020-08-23 02:47:22.198 | @Escalade0709 | @ICXFnatic | hx3f472b9f22a165b02da1544004e177d168d19eaf |
| 2020-08-23 | @Escalade0709 | @ICXFnatic | You good? |

11

| 02:47:33.442 | | | |
|---|---|---|---|
| 2020-08-23 02:48:19.755 | @ICXFnatic | @Escalade0709 | Nah |
| 2020-08-23 02:48:22.116 | @ICXFnatic | @Escalade0709 | Well |
| 2020-08-23 02:48:27.288 | @ICXFnatic | @Escalade0709 | Can I ask you a small favor? |
| 2020-08-23 02:49:04.411 | @Escalade0709 | @ICXFnatic | What's up |
| 2020-08-23 02:49:21.451 | @ICXFnatic | @Escalade0709 | Can you sending icx to a wallet |
| 2020-08-23 02:49:24.880 | @ICXFnatic | @Escalade0709 | To yourself |
| 2020-08-23 02:49:29.008 | @ICXFnatic | @Escalade0709 | I'm just testing a theory |
| 2020-08-23 02:49:36.064 | @ICXFnatic | @Escalade0709 | And let me know if it works |
| 2020-08-23 02:50:48.461 | @Escalade0709 | @ICXFnatic | I can try sure. |
| 2020-08-23 02:50:54.641 | @Escalade0709 | @ICXFnatic | Just send myself Icx. |
| 2020-08-23 02:52:11.920 | @ICXFnatic | @Escalade0709 | Yeah did it work? |
| 2020-08-23 02:53:11.843 | @Escalade0709 | @ICXFnatic | No |

| 2020-08-23 02:53:44.542 | @ICXFnatic | @Escalade0709 | What did it say? |
|---|---|---|---|
| 2020-08-23 02:54:30.867 | @Escalade0709 | @ICXFnatic | Do not send to your address |
| 2020-08-23 02:54:43.521 | @ICXFnatic | @Escalade0709 | ? |
| 2020-08-23 02:55:00.211 | @ICXFnatic | @Escalade0709 | I meant |
| 2020-08-23 02:55:07.125 | @ICXFnatic | @Escalade0709 | Try sending from wallet 1 to wallet 2 |
| 2020-08-23 02:55:11.209 | @ICXFnatic | @Escalade0709 | Not wallet 1 to wallet 1 |
| 2020-08-23 02:55:18.156 | @ICXFnatic | @Escalade0709 | If you can confirm that that'll be very helpful |
| 2020-08-23 02:56:46.769 | @Escalade0709 | @ICXFnatic | Any wallet to any wsllett |
| 2020-08-23 02:56:54.035 | @ICXFnatic | @Escalade0709 | Yeah |
| 2020-08-23 02:57:06.658 | @ICXFnatic | @Escalade0709 | Doesn't have to be a big amount, just a small transaction |
| 2020-08-23 02:57:53.599 | @Escalade0709 | @ICXFnatic | Ok. Done |
| 2020-08-23 02:58:00.571 | @ICXFnatic | @Escalade0709 | And you were able to send? |
| 2020-08-23 | @Escalade0709 | @ICXFnatic | Yes |

| | | | |
|---|---|---|---|
| 02:58:47.132 | | | |
| 2020-08-23 02:58:58.559 | @ICXFnatic | @Escalade0709 | Lol I see thanks |
| 2020-08-23 02:59:16.053 | @Escalade0709 | @ICXFnatic | Why wouldn't I lol. |
| 2020-08-23 03:05:13.782 | @Escalade0709 | @ICXFnatic | You ok? |
| 2020-08-23 03:13:58.946 | @ICXFnatic | @Escalade0709 | I think they blacklisted all my addresses lol |
| 2020-08-23 03:14:22.563 | @Escalade0709 | @ICXFnatic | Oh crap. |
| 2020-08-23 03:34:18.615 | @ICXFnatic | @Escalade0709 | Well, I have leverage in that icx isn't really decentralized if they try to threaten me |
| 2020-08-23 03:41:09.087 | @ICXFnatic | @Escalade0709 | Oh well |
| 2020-08-23 03:41:14.027 | @ICXFnatic | @Escalade0709 | See ya around |

59.    As indicated above, after receiving notice of the "update going on chain," Shin requested the messenger's wallet address.   Shin then transferred 100,000 ICX directly to this wallet from Shin's main ICON wallet that had received all of the unauthorized ICX. Shin also sent an additional 25,000 ICX that had been routed through Shin's wallet ending in 8a1b, which had received 550,000 of unauthorized ICX from Shin's main ICON wallet. The wallet identified by Twitter handle "@Escalade0709" was later determined to belong to an individual named, Thomas Aellis, who later returned all of this ICX to the ICON Network.

## BLOCKCHAIN ANALYSIS

60.    The unauthorized ICX was minted into the ICON Foundation wallet hx76dcc464a27d74ca7798dd789d2e1da8193219b4 (hereinafter "Shin ICON wallet").

61.    From the Shin ICON wallet, 10,110,090 ICX was transferred to 15 other wallets established by Shin within approximately the same eleven hours[2], as follows:

| Start Date | End Date | to address | ICX amount | Count |
|---|---|---|---|---|
| 2020-08-22 15:00:00 | 2020-08-22 15:59:59 | hxaf3a561e3888a2b497941e464f82fd4456db3ebf | 500,050 | 20 |
| | | hxc39a4c8438abbcb6b49de4691f07ee9b24968a1b | 125,000 | 5 |
| 2020-08-22 16:00:00 | 2020-08-22 16:59:59 | hxc39a4c8438abbcb6b49de4691f07ee9b24968a1b | 150,001 | 5 |
| | | hxaf3a561e3888a2b497941e464f82fd4456db3ebf | 475,015 | 7 |
| | | hx52c32d0b82f46596f697d8ba2afb39105f3a6360 | 100,002 | 2 |
| | | hx985cf67b563fb908543385da806f297482f517b4 | 125,001 | 4 |
| | | hx3f472b9f22a165b02da1544004e177d168d19eaf | 100,002 | 2 |
| | | hxc0567bbcba511b84012103a2360825fddcd058ab | 200,003 | 2 |
| | | hx061b01c59bd9fc1282e7494ff03d75d0e7187f47 | 100,003 | 2 |
| 2020-08-22 17:00:00 | 2020-08-22 17:59:59 | hxac5c6e6f7a6e8ae1baba5f0cb512f7596b95f1fe | 199,998 | 2 |
| | | hxaf3a561e3888a2b497941e464f82fd4456db3ebf | 399,996 | 4 |
| | | hxad2bc6446ee3ae23228889d21f1871ed182ca2ca | 399,996 | 4 |
| | | hxad2bc6446ee3ae23228889d21f1871ed182ca2ca | 99,999 | 1 |
| 2020-08-22 18:00:00 | 2020-08-22 18:59:59 | hxaf3a561e3888a2b497941e464f82fd4456db3ebf | 199,998 | 2 |
| | | hx966f5f9e2ab5b80a0f2125378e85d17a661352f4 | 50,000 | 1 |
| | | hxac5c6e6f7a6e8ae1baba5f0cb512f7596b95f1fe | 250,000 | 1 |
| | | hx3f472b9f22a165b02da1544004e177d168d19eaf | 25,000 | 1 |
| 2020-08-22 19:00:00 | 2020-08-22 19:59:59 | hxaf3a561e3888a2b497941e464f82fd4456db3ebf | 399,996 | 4 |

---

[2] All times are listed in Greenwich Mean Time (GMT)

| | | | | |
|---|---|---|---|---|
| 2020-08-22 20:00:00 | 2020-08-22 20:59:59 | hxaf3a561e3888a2b497941e464f82fd4456db3ebf | 499,995 | 5 |
| | | hxa67e30ec59e73b9e15c7f2c4ddc42a13b44b2097 | 499,995 | 5 |
| | | hx4602589eb91cf99b27296e5bd712387a23dd8ce5 | 299,997 | 3 |
| 2020-08-22 2100:00 | 2020-08-22 21:59:59 | hx96505aac67c4f9033e4bac47397d760f121bcc44 | 599,994 | 6 |
| | | hx4602589eb91cf99b27296e5bd712387a23dd8ce5 | 149,999 | 2 |
| | | hxc39a4c8438abbcb6b49de4691f07ee9b24968a1b | 299,997 | 3 |
| | | hx19e551eae80f9b9dcfed1554192c91c96a9c71d1 | 25,000 | 1 |
| 2020-08-22 22:00:00 | 2020-08-22 22:59:59 | hx20be21b8afbbc0ba46f0671508cfe797c7bb91be | 150,000 | 2 |
| 2020-08-22 23:00:00 | 2020-08-22 23:59:59 | hxaf3a561e3888a2b497941e464f82fd4456db3ebf | 1,209,988 | 13 |
| | | hx96505aac67c4f9033e4bac47397d760f121bcc44 | 199,998 | 2 |
| 2020-08-22 00:00:00 | 2020-08-22 00:59:59 | hxaf3a561e3888a2b497941e464f82fd4456db3ebf | 599,994 | 6 |
| | | hxac5c6e6f7a6e8ae1baba5f0cb512f7596b95f1fe | 899,991 | 9 |
| 2020-08-23 01:00:00 | 2020-08-23 01:59:59 | hxaf3a561e3888a2b497941e464f82fd4456db3ebf | 699,993 | 7 |
| | | hx96505aac67c4f9033e4bac47397d760f121bcc44 | 99,999 | 1 |
| | | hxad2bc6446ee3ae23228889d21f1871ed182ca2ca | 299,997 | 3 |
| 2020-08-23 02:00:00 | 2020-08-23 02:59:59 | hxaf3a561e3888a2b497941e464f82fd4456db3ebf | 99,999 | 1 |
| | | hxad2bc6446ee3ae23228889d21f1871ed182ca2ca | 100,000 | 1 |
| | | hx19e551eae80f9b9dcfed1554192c91c96a9c71d1 | 3 | 3 |
| | | hx52c32d0b82f46596f697d8ba2afb39105f3a6360 | 10 | 1 |
| SUM | | | 10,635,009 | 143 |

62.     Shin also used a function on the ICON Network called ICONSwap that allowed him to convert 69,523 in ICX to other forms of cryptocurrencies.

63.     From these 15 wallets, Shin continued to transfer unauthorized ICX, and/or other cryptocurrencies sourced from the ICX to numerous additional wallets to at least 16 other cryptocurrency exchange accounts, including Binance US, Binance.com, Coinbase, Gemini, Kraken, VELIC, Kucoin, BitMax.io, ODEX, HitBtc.com, and IDEX.

64.     Many of these wallets appeared to be newly created as they had no transaction history.

65.     Approximately 3,814,005 ICX in the Shin ICON wallet that had not previously been transferred was blocked (also known as "blacklisting") from any future transfers and distribution.   In addition, approximately 2,901,570 ICX that had been transferred to wallets under Shin's custody and control was also blacklisted.  Accordingly, 7,208,484 ICX from Shin's attack remain in circulation.

66.     As described in more detail below, Shin also employed a cryptocurrency mixing service, Tornado cash.  A "mixing service" obscures the original source of potentially identifiable cryptocurrency by mixing it up with other funds in a single pool, and redistributing it for a fee. The tornado cash website states it "improves transaction privacy by breaking on-chain link between source and destination addresses," and that "there is no way to link the withdrawal to the deposit, ensuring complete privacy."

67.     Based on blockchain analysis, as described in more detail below, the FBI confirmed each transfer, purchase, and exchange of the unauthorized ICX.

### Shin's Complaint

68.     On October 20, 2020, Shin filed a complaint against the ICON Foundation, alleging, in part, that they have interfered with his property rights to the ICX he was "rewarded." *See Mark Shin v. ICON Foundation*, 3:20-cv-07363-SK (N.D.C.A).

69.     In his complaint, Shin acknowledges that "ICON designed and issued 'ICX' tokens and designed a software protocol by which users could **earn** them." (emphasis added).

70.     The complaint details the method Shin used to mint the unauthorized ICX, from the moment he realized that redelegating tokens towards a new P-Rep caused 25,000 newly minted ICX coins to appear in his wallet.  It further details that Shin continued to cause 25,000 newly minted ICX to appear in his wallet by continuing to initiate the redelegation process.  Shin claims that the protocol "rewarded" him the ICX each time he went through the process.

71.     The complaint also compares Shin's exploitation of the Revision 9 update to placing a quarter into a video poker machine at a casino, pressing a series of buttons, and winning a jackpot, and then continuing to win a jackpot over and over.

72.     Through the scheme to obtain the unauthorized ICX, Shin misused the services offered by the ICON Foundation Network and circumvented the methods for earning legitimate ICX.  This activity was in direct contrast to Article 3 of the ICONstitution and the Terms of Service

73.     In sum, in creating the unauthorized ICX, Shin circumvented the ICX minting process, and, thereby, harming the ICON Foundation ecosystem.


## DEFENDANT ASSETS

74.     Beginning in November 2020, the FBI executed multiple seizure warrants for cryptocurrencies stemming from the unauthorized ICX at Binance.us, Binance.com, Coinbase, Gemini, Kraken, and VELIC.

### *Intermediary Wallets*

75.     Shin made eight transfers of ICX, totaling 799,992 ICX, from the Shin Icon wallet to a wallet held in Shin's custody (i.e. not with an exchange) ending in ca2ca.  From Shin wallet ending on ca2ca, Shin subsequently transferred 332,998 ICX to additional wallets as follows: 125,000 ICX to Binance.us wallet ending in d49f; 99,999 ICX to Binance.com wallet ending in eafd (an intermediary wallet described above); and 107,999 ICX to VELIC wallet ending in 291f. All of the ICX from these wallets were subsequently transferred out as follows:
- 124,999.999 from Binance.us wallet ending in d49f to Binance.us wallet ending in ab1143;
- 99,999 from Binance.com wallet ending in eafd to Binance.com wallet ending in 02a3; and
- 107,998.99750 ICX from VELIC wallet ending in 291f to VELIC wallet ending in 143f.


### Binance.com

76.     Shin made 65 transfers of ICX, totaling 4,835,048, from the Shin Icon wallet to Binance.com wallet ending in 3ebf.

77.     From Binance.com wallet ending in 3ebf, several transactions were subsequently made with the 4,835,048 ICX, including purchasing and selling other cryptocurrencies and transferring funds to other wallets and exchanges.  Specifically, from Binance.com wallet ending in 3ebf, Shin withdrew approximately 192,156 ICX to wallets ending in 8ce5, 6360, and cc44. Shin also sold 3,075,029.53 ICX from wallet 3ebf for 45.75481129 BTC, 3,055.4277367918 ETH, and 249,459.15365413 USDT.  He then subsequently sold some of the USDT for 101,000 REN and 571.31232 XMR.

78.     Shin also converted ICX held in Binance.com wallet ending in 3ebf to other forms of currency and withdrew as follows:

- 43 bitcoins transferred to wallets ending in YQaU; XdLE; jFDi; DkGs; bux3; and d6x8;
- 967 Ethereum transferred to wallet ending in 0Eee;
- 570 XMR transferred to wallet ending in xDoz; and
- $103,037.00 in U.S. currency.

79.     Binance.com wallet ending in eafd is associated with name Jason Shin (Jason Shin Binance.com wallet). On August 23, 2020, the Jason Shin Binance.com wallet received 99,999 ICX from the Shin Icon wallet. Subsequent to this transfer, 72,174.75 ICX was sold for 1.93976748 BTC and 50.0019169 ETH. Some of the BTC was then used to repurchase 5,500 ICX and 48.995 ETH was sent to a Coinbase wallet associated with Jason Shin, described *infra*.

80.     On August 22, 2020, Binance.com wallet ending in 7f47 associated with the name Shreyash Milak received 100,003.9988 ICX from Shin's Icon wallet. Subsequent to this transfer, 62,435.86 ICX was sold for 39,217.0375 in USDT.

81.     In April and May 2021, after execution of a seizure warrant, Binance.com transferred the following defendant cryptocurrencies from wallets associated with the exploited ICX at Binance.com to the United States:

- defendant 87,967.880590 USDT (from Shin Binance.com wallet and Milak Binance.com);
- defendant 1,62,084.989983 ICX (from Shin Binance.com wallet and Milak Binance.com);
- defendant 1,788.755825 ETH (Shin Binance.com wallet 1,790.94 ETH and Jason Shin Binance.com wallet 1.0069169 ETH);
- defendant 3.290804 BTC (from Shin Binance.com wallet and Jason Shin Binance.com wallet); and
- defendant 49,995.250 LTO (from Shin Binance.com wallet).

## Binance.us

82.     From Shin's wallet ending on ca2ca, Shin subsequently transferred 25,000 ICX to Binance.us wallet ending in d49f (hereinafter Shin Binance.us wallet). The same day, this 125,000 in unauthorized ICX was sold for $75,430.9992, and approximately $1,304.4677 of these funds were used to purchase 10 ETH.

83.     Shin made twelve transfers of unauthorized ICX, totaling 1,349,989, from the Shin Icon wallet to a wallet held in Shin's custody (i.e. not with an exchange) ending in f1fe. On August 22 and 23, 2020, Akilesh Venkata Potti's Binance.us wallet ending in f336 (hereinafter Potti Binance.us wallet) received 1,285,570 unauthorized ICX from Shin's wallet ending in f1fe

in over 14 sperate transactions.  During the same two days, approximately 1,286,071.07 ICX was sold from the Potti Binance.us wallet and used to purchase the following:  $29,729.354, 105,961 ADA, 234.52 BNB, 102.618407 BTC, 801.35645 ETH, 501.07 ICX, 4,189.91 LINK, 55,086.05 USDT, 120,827 XRP, and 4,730.14 XTZ.

84.     On August 22, 2020, David Cheng created Binance.us wallet ending in d559b (hereinafter Cheng Binance.us wallet).  After its creation, the Cheng Binance.us wallet received approximately 200,120 unauthorized ICX from Shin wallet ending in 58ab on August 22, 2020.  Prior to these transfers, Shin had made two transfers of unauthorized ICX, totaling 200,055, from the Shin Icon wallet to a wallet held in Shin's custody (i.e. not with an exchange) ending in 58ab.  On the same day, the 200,120 unauthorized ICX held in the Cheng Binance.us wallet was sold for approximately $125,163.6042.  On August 23, 2020, these funds were used to purchase 20,000 ICX.

85.     On August 22, 2020, Tom Kim completed setting up wallet ending in 6a41 with Binance.us (hereinafter Kim Binance.us wallet).  The Kim Binance.us wallet then received approximately 125,418 in unauthorized ICX from wallet ending in 17b4.  Prior to this transfer, Shin made four transfers of ICX, totaling 125,005, from the Shin Icon wallet to a wallet held in Shin's custody (i.e. not with an exchange) ending in 17b4.  On the same day, the 125,418 unauthorized ICX was sold for approximately $81,285.5012 and purchased 28.978 BTC for approximately $81,080.8317.

86.     On December 8, 2020, Binance.us transferred defendant 20,167.2717325 ICX from Kim's Binance.us wallet (187.26255 BTC) and Cheng's Binance.us wallet (19,980.00918 BTC) to the United States.

87.     In March 2021, after execution of a seizure warrant, Binance.us transferred the following defendant cryptocurrencies from the wallets identified above (Shin Binance.us wallet, Kim Binance.us wallet, Cheng Binance.us wallet, and Potti Binance.us wallet) to the United States:

- Defendant $212,383.21 in United States currency ($29,729.354 from Potti Binance.us wallet; and $112,338.441 from Cheng Binance.us wallet);
- Defendant 4,153.39 Coinlink (LINK) from Potti Binance.us wallet;
- Defendant 50,628.06908 Tether (USDT) (50,642.0635 from Potti Binance.us wallet and Shin Binance.us wallet);
- Defendant 120,826.75 XRP from Potti Binance.us wallet;
- Defendant 179.22493096 Binance Coin (BNB) from Potti Binance.us wallet;
- Defendant 4,805.152127 Tezos (XTZ) from Potti Binance.us wallet;
- Defendant 105,960 Cardano (ADA) from Potti Binance.us wallet;
- Defendant 37.90480185 Bitcoin (BTC) (30.91230185 BTC from Potti Binance.us wallet and 6.993 BTC from Kim Binance.us wallet);
- Defendant 591.55345 Ethereum (ETH) (581.57645 ETH from Potti Binance.us wallet; and 9.9 ETH from Shin Binance.us wallet)

**Coinbase**

88.     On August 22, 2020, 6.350854 BTC was transferred from Binance.com wallet ending in bu1s to Coinbase wallet ending in XdLE associated with Jason Shin ("Jason Shin Coinbase wallet").

89.     On August 22, 2020, 5.54360257 BTC was transferred from Binance.com wallet ending in bu1s to Coinbase wallet ending in DkGs.  In addition, another 5.43688837 in BTC was transferred from Binance.com wallet ending in EjAQ to Coinbase wallet ending in msXw.

90.     On August 22, 2020, Shin transferred cryptocurrency stemming from the newly minted unauthorized ICX to Binance.com wallet ending in 3ebf, as described above. He then converted that ICX into Ethereum and transferred approximately 967 ETH to the wallet ending 0Eee, through a series of transfers.

91.     Between August 22 and 23, 2020, Shin then transferred 146 Ethereum to his wallets at Coinbase as follows: 11 ETH from wallet ending in 0eee and 135 from Kraken wallet ending in 2a47.  As described below, Kraken wallet ending in 2a47 approximately 600 ETH from Tornando.cash, which had been sourced with unauthorized ICX that had been converted to ETH.

92.     Several transactions were subsequently made with these cryptocurrencies in the Coinbase wallets associated with Jason and Mark Shin, including purchasing and selling other cryptocurrencies and transferring funds to personal bank accounts.  Specifically, on August 23, 2020, 13.05227381 REP was purchased with approximately $350.00 from proceeds from the sale of BTC on August 22, 2020.

93.     On January 25, 2021, after execution of a seizure warrant, Coinbase transferred the following defendant cryptocurrencies from four wallets associated with Jason and Mark Shin at Coinbase: defendant 12.91203132 REP, defendant 0.03295372 BTC, defendant 0.17836965 ETH, and defendant 0.02 BTC.

**Gemini**

94.     Between August 22, 2020 and October 6, 2020, approximately 17.00395588 BTC was transferred to Gemini wallet ending in d6x8 from ICX held in Binance.com wallet ending in 3ebf and Coinbase that had been converted from ICX to BTC.

95.     On October 7, 2020, Shin's Gemini wallet received 100,876.97 REN.

96.     On October 21, 2020, Shin's Gemini wallet received 75 ETH from Kraken wallet ending in 2a47, which had previously received 600 ETH traceable to the exploited ICX.

97.     Several transactions were subsequently made with these cryptocurrencies in the Gemini wallets associated with Shin, including purchasing and selling other cryptocurrencies and transferring funds to personal bank accounts.

98.     On February 2, 2021, after execution of a seizure warrant, Gemini transferred the following defendant cryptocurrencies from four wallets associated with Shin at Gemini to the United States: defendant 12,030.21 U.S. currency, defendant 100,000 REN, defendant 6.5 BTC, and defendant 25 ETH.

**Kraken**

**Defendant 275.004012053678 ETH from Kraken**

99.     On August 22, 2020, Shin transferred cryptocurrency stemming from the newly minted unauthorized ICX to Binance.com wallet ending in 3ebf. He then converted that ICX into Ethereum and transferred approximately 967 ETH to the wallet ending 0Eee, through a series of transfers.

100.    Within minutes of the transfers of Ethereum into wallet ending in 0Eee, Shin transferred the Ethereum to Tornado.cash, a mixing service.  In total, between approximately 6:00p.m. and 8:30p.m. on August 20, 2020, he transferred approximately 951 Ethereum to Tornado.cash.

101.    From approximately 6:20p.m. to 8:20p.m., Shin then transferred approximately 600 ETH from Tornado.cash to a Kraken wallet ending in 2a47.

102.    On December 1, 2020, agents executed a seizure warrant at Kraken and received defendant 275.004012053678 ETH from Kraken wallet ending in 2a47.

**Defendant 149,999.94 ICX from Kraken**

103.    On August 22, 2020, at approximately 11:15p.m., Shin transferred 150,000 unauthorized ICX from the Shin Icon wallet to Kraken cryptocurrency exchange.

104.    On December 1, 2020, agents executed a seizure warrant at Kraken for defendant 149,999.94 ICX.

**VELIC**

**Defendant 100,101.678819 ICX**

105.    Shin made eight transfers of ICX, totaling 799,992, from the Shin Icon wallet to a wallet held in Shin's custody (i.e. not with an exchange) ending in ca2ca.  From Shin wallet ending on ca2ca, Shin subsequently transferred 107,999 ICX to VELIC wallet ending in 291f.

106.    Specifically, at approximately 12:30a.m. on August 23, 2020, Shin transferred 8,000 ICX from Icon wallet ending in ca2ca to VELIC wallet ending in 291f.  Approximately 30 seconds later, Shin transferred 7,999.99875 ICX to VELIC wallet ending b30d.

107.    In addition, on August 23, 2020, at approximately 1:39a.m., Shin transferred approximately 99,999 of unauthorized ICX from the Shin Icon wallet to Icon wallet ending in ca2ca.

108.    Approximately a minute later, he transferred the same 99,999 ICX from Icon wallet ending in ca2ca to VELIC wallet ending in 291f.  Less than an hour after this transfer, 99,998.99875 of this ICX was transferred to VELIC wallet ending in b30d.

109.    On August 23, 2020, 7,881.6307 ICX in wallet ending in b30d was sold for 13 ETH in three separate transactions.

110.    On April 5, 2021, VELIC transferred defendant 100,101.678819 ICX and defendant 13 ETH from VELIC wallet ending in b30d to the United States.

111.    VELIC wallet ending in b30d was created on August 23, 2020, at approximately 12:15a.m. (UTC) with email address jsshin2002@msn.com.  On August 25, 2020, VELIC sent an email to this address, requesting information and received no response.

112.    On July 9, 2021 a search warrant was served on FBI Denver Division freezing all cryptocurrency and associated wallets in their possession that was associated with this case and that were aforementioned in this affidavit.  This warrant effectively kept the cryptocurrency in possession of the FBI until further court order.

## CONCLUSION

As a result of the Shin's scheme to exploit the Revision 9 Update bug, he was able to obtain approximately 13,927,157 of unauthorized ICX in an eleven hour period.  His exploitation of the bug allowed him to obtain newly minted ICX without purchasing them and outside of the staking protocols.  During this same period of time, he transferred the unauthorized ICX to various wallets and to outside exchanges and used the ICX to purchase other cryptocurrencies.  Shin's scheme to obtain the ICX was in violation of Article 3 of the ICONstitution, X, and X.  Based on Shin's scheme, the defendant assets are forfeitable as proceeds traceable to Cybercrime-Commit Theft Over $1 Million, §18-5.5-102(1)(d),(3)(a)(IX), C.R.S, Theft over $1 Million §18-4-401(1),(2)(j)(6), C.R.S., Money Laundering §18-5-309(1)(a)(II), C.R.S.

BASED ON the foregoing facts and circumstances, this Affiant requests that the actions of the defendant, Mark Shin, DOB 3/17/1992, be found in violation of the Colorado Abatement of Public Nuisance Act, C.R.S. 16-13-310, *et seq.* and if so determined, this Affiant request that forfeiture proceedings regarding the property described above be initiated.

I HAVE READ the foregoing statement and the matters stated therein are true to the best of my knowledge and belief.

Special Agent Steve Bratten, Affiant

SUBSCRIBED AND SWORN TO before me this ___12th___ day of ___August___, 2021

[SEAL]

> AMBER COCHRAN
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 19964012105
> MY COMMISSION EXPIRES JULY 24, 2024

NOTARY PUBLIC

My Commission Expires: ___07/24/2024___

24