# EXHIBIT A

**Rettig, Rebecca**
RE: [EXTERNAL EMAIL] - Informal Question
October 19, 2020 at 12:29 PM EDT
To: Bergner, Michael S. (DN) (FBI), Wall, Travis L. (DN) (FBI), Mcmahon, Dana M. (DN) (CON)
Cc: Hartunian, Richard, Eiritz, Misa

Travis, Dana – Attached is a summary of the attack on the Icon Blockchain, as well as the spreadsheet which tracks the funds into and out of exchanges.

Please let us know if you have any further questions or need further materials.

Thank you,
Rebecca

**Rebecca Rettig**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 704-1991 **F** (212) 790-4545
RRettig@manatt.com

**manatt.com**



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Bergner, Michael S. (DN) (FBI) < mbergner@fbi.gov >>
**Sent:** Thursday, October 15, 2020 12:03 PM
**To:** Rettig, Rebecca < RRettig@manatt.com >>
**Cc:** Wall, Travis L. (DN) (FBI) < tlwall@fbi.gov >> ; Mcmahon, Dana M. (DN) (CON) < dmmcmahon@fbi.gov >>
**Subject:** RE: [EXTERNAL EMAIL] - Informal Question

Rebecca,

SA Travis Wall and Forfeiture Specialist Dana McMahon will participate in the call/meeting on Monday 10/19 at 1000 MDT/1200 EDT.   Please forward details to them.

Concurrently, please coordinate with your client for all relevant and applicable technical

data/logs/etc that documents the intrusion.   I will be in touch when able/upon my return.

Thank you,
Michael

-


On Oct 15, 2020 7:36 AM, " Rettig, Rebecca " < RRettig@manatt.com > > wrote:
Great – thank you.   Look forward to speaking with you then.


**Rebecca Rettig**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 704-1991 **F** (212) 790-4545
RRettig@manatt.com

**manatt.com**



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Bergner, Michael S. (DN) (FBI) < mbergner@fbi.gov > >
**Sent:** Thursday, October 15, 2020 9:03 AM
**To:** Rettig, Rebecca < RRettig@manatt.com > >
**Subject:** Re: [EXTERNAL EMAIL] - Informal Question

I'll call at 10 eastern and we can discuss options.

Michael

-


On Oct 15, 2020 7:00 AM, " Rettig, Rebecca " < RRettig@manatt.com > > wrote:
Thank you Michael. I will confirm timing for tomorrow — are there other times you're available as well just in case schedules have changed?

As for a call today, that would be great — I'm free anytime between 10am and 2pm Eastern. 10am would be great if it works for you. You can reach me at 646.522.9975.

Best regards,
Rebecca

Rebecca Rettig
Partner
Manatt, Phelps & Phillips, LLP
D: 212.704.1991
M: 646.522.9975

On Oct 15, 2020, at 8:28 AM, Bergner, Michael S. (DN) (FBI) < mbergner@fbi.gov > > wrote:

?
Rebecca,

I can do tomorrow, Friday 10/16, 1200 EDT.

Do you have time today for quick phone call?   If so, what is the best time and number to call you?   I have read the email chain, but would like to make a live connection.

Thanks
Michael Bergner

-

On Oct 14, 2020 11:35 AM, " Rettig, Rebecca " < RRettig@manatt.com > > wrote:
Thank you so much for letting me know, Ms. McGrath – we appreciate the introduction.   Mr. Bergner – do you have availability on Friday for an interview on this matter?

We appreciate your attention to this matter.

Best regards,
Rebecca


Rebecca Rettig

Partner

_____

Manatt, Phelps & Phillips, LLP

7 Times Square

New York, NY 10036

D (212) 704-1991 F (212) 790-4545
RRettig@manatt.com < mailto:RRettig@manatt.com > >

manatt.com < http://www.manatt.com/ >>

< https://www.manatt.com/manattvotes >>
< image001.png >>< https://www.manatt.com/manattvotes >>

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

From: McGrath, Jennifer L. (DN) (FBI) < jlmcgrath2@fbi.gov >>
Sent: Wednesday, October 14, 2020 1:01 PM
To: Rettig, Rebecca < RRettig@manatt.com >> ; Yingling, Eric J. (CID) (FBI) < ejyingling@fbi.gov >> ; Bergner, Michael S. (DN) (FBI) < mbergner@fbi.gov >> ; Alvarado, Chad A. (DN) (FBI) < caalvarado@fbi.gov >>
Cc: Hartunian, Richard < RHartunian@manatt.com >>
Subject: RE: [EXTERNAL EMAIL] - Informal Question

Good afternoon Ms. Rettig,

After conferring with my colleagues in Denver, an agent in our office there, SA Mike Bergner, will actually be handling your case.   I've sent him the information we have to date, and copied him on this email.   I'll defer to him as to the timing of your interview.   Sorry for the initial confusion, and if I can help in the future, please let me know.

V/r,

Jen

-
SA Jennifer McGrath
FBI Denver/ Cheyenne RA
Desk: 307-433-3219
Cell: 307-421-2112

From: Rettig, Rebecca < RRettig@manatt.com < mailto:RRettig@manatt.com >>>>
Sent: Tuesday, October 13, 2020 9:27 PM
To: McGrath, Jennifer L. (DN) (FBI) < jlmcgrath2@fbi.gov < mailto:jlmcgrath2@fbi.gov >>>> ; Yingling, Eric J. (CID) (FBI) < ejyingling@fbi.gov < mailto:ejyingling@fbi.gov >>>>
Cc: Hartunian, Richard < RHartunian@manatt.com < mailto:RHartunian@manatt.com >>>>
Subject: RE: [EXTERNAL EMAIL] - Informal Question

Dear Ms. McGrath – We are available at noon Eastern on Friday.   Is that time convenient for you?   If so, we would be happy to send a calendar invite with Zoom / dial in information.

Thank you.

Regards,
Rebecca Rettig


Rebecca Rettig

Partner

_____

Manatt, Phelps & Phillips, LLP

7 Times Square

New York, NY 10036

D (212) 704-1991 F (212) 790-4545
RRettig@manatt.com < mailto:RRettig@manatt.com >>


manatt.com < http://www.manatt.com/ >>


< https://www.manatt.com/manattvotes >>
< image001.png >><https://www.manatt.com/manattvotes >>

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.


From: McGrath, Jennifer L. (DN) (FBI) < jlmcgrath2@fbi.gov < mailto:jlmcgrath2@fbi.gov >>>>
Sent: Tuesday, October 13, 2020 7:51 PM
To: Yingling, Eric J. (CID) (FBI) < ejyingling@fbi.gov < mailto:ejyingling@fbi.gov >>>> ;
Rettig, Rebecca < RRettig@manatt.com < mailto:RRettig@manatt.com >>>>
Subject: RE: [EXTERNAL EMAIL] - Informal Question

Good Evening Ms. Rettig,

I have availability both Thursday afternoon (after 1 pm MST) and anytime on Friday to speak with you and your client.   I am also checking with a colleague in Denver as well, but please let us know if there is a time that works within those days. We are looking forward to speaking with you.

Very Respectfully,

Jen McGrath

-
SA Jennifer McGrath
FBI Denver/ Cheyenne RA
Desk: 307-433-3219
Cell: 307-421-2112

On Oct 13, 2020 4:27 PM, " Yingling, Eric J. (CID) (FBI) " < ejyingling@fbi.gov < mailto:ejyingling@fbi.gov > > > > wrote:
Ms. Rettig,   Good evening,   I had cc'd Special Agent Jennifer McGrath out of Denver division who has been working to determine the best point of contact regarding this case in the FBI Denver field office.   Although there are exceptions, we usually prefer to have the interviews done by the Agents in the field.   As such, I'll defer to her schedule regarding availability for an interview.   I'm sure we can find a way to accommodate your client this week.   Thank you for reaching out. I will stay in touch with SA McGrath as the case moves forward.   Regards, Eric

ERIC YINGLING l SUPERVISORY SPECIAL AGENT
Federal Bureau of Investigation
Money Laundering, Forfeiture, and Bank Fraud Unit (MLFBU)
Virtual Currency Team
(202) 324-6069 Desk
(412) 523-0192 Cell


From: Rettig, Rebecca < RRettig@manatt.com < mailto:RRettig@manatt.com > > > >
Sent: Tuesday, October 13, 2020 6:18 PM
To: Yingling, Eric J. (CID) (FBI) < ejyingling@fbi.gov < mailto:ejyingling@fbi.gov > > > >
Cc: Hartunian, Richard < RHartunian@manatt.com < mailto:RHartunian@manatt.com > > > >
Subject: RE: [EXTERNAL EMAIL] - Informal Question

Hi Eric – Thank you again for your time on Monday regarding our informal inquiry; our conversation was very helpful.   Our client, the Icon Foundation (the "Foundation"), would like to find a time to "come in" to formally report the unauthorized hack of the Icon blockchain.

Do you have any availability on either Thursday or Friday for Min Kim, a council member with the Foundation, to provide the information relating to the hack?   We assume this will be done via Zoom (or some other video medium), and would be happy to circulate an invite when we determine a time Thursday or Friday for this meeting.

Thank you in advance for your consideration and your assistance.

Best regards,
Rebecca


Rebecca Rettig

Partner

_____

Manatt, Phelps & Phillips, LLP

7 Times Square

New York, NY 10036

D (212) 704-1991 F (212) 790-4545
RRettig@manatt.com < mailto:RRettig@manatt.com > >


manatt.com < http://www.manatt.com/ > >


< https://www.manatt.com/manattvotes > >
< image001.png > >< https://www.manatt.com/manattvotes > >

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.


From: Yingling, Eric J. (CID) (FBI) < ejyingling@fbi.gov < mailto:ejyingling@fbi.gov > > > >
Sent: Sunday, October 11, 2020 10:27 PM
To: Rettig, Rebecca < RRettig@manatt.com < mailto:RRettig@manatt.com > > > >
Subject: Re: [EXTERNAL EMAIL] - Informal Question

Sounds great. Please call my cell phone. Thank you for the flexibility. I look forward to meeting you. --Eric Yingling

-

On Oct 11, 2020 10:24 PM, " Rettig, Rebecca " < RRettig@manatt.com < mailto:RRettig@manatt.com > > > > wrote:
Not a problem. Will 11am Eastern work?

Rebecca Rettig
Partner
Manatt, Phelps & Phillips, LLP
D: 212.704.1991
M: 646.522.9975

On Oct 11, 2020, at 10:18 PM, Yingling, Eric J. (CID) (FBI) < ejyingling@fbi.gov < mailto:ejyingling@fbi.gov > > > > wrote:

?
I'm afraid that something came up and will not be available in the afternoon. However, I am still available any time before noon if that works for you. I apologize for the change in schedule. -- Eric Yingling

-

On Oct 11, 2020 9:51 PM, " Rettig, Rebecca " < RRettig@manatt.com < mailto:RRettig@manatt.com > > > > wrote:
Thanks so much.   Tomorrow (Monday) is pretty flexible for me too given the holiday – how is 1pm Eastern?   If that works, I'll call your cell phone (at the number listed in your signature block) then.

Best,
Rebecca


Rebecca Rettig

Partner

_____

Manatt, Phelps & Phillips, LLP

7 Times Square

New York, NY 10036

D (212) 704-1991 F (212) 790-4545
RRettig@manatt.com < mailto:RRettig@manatt.com > >



manatt.com < http://www.manatt.com/ < http://www.manatt.com/ > > > >


< https://www.manatt.com/manattvotes > >
< image001.png > >

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

From: Yingling, Eric J. (CID) (FBI) < ejyingling@fbi.gov < mailto:ejyingling@fbi.gov > > > >
Sent: Saturday, October 10, 2020 7:19 PM
To: Rettig, Rebecca < RRettig@manatt.com < mailto:RRettig@manatt.com > > > >
Subject: Re: [EXTERNAL EMAIL] - Informal Question

Ms. Rettig, It's nice to meet you as well. As SA Wong mentioned, we handle virtual currency related matters for the FBI across the country through our team and would be happy to discuss the details of how we can assist you.   With Monday being a holiday, my schedule is open all day for a call via cell phone.   I'm also available on Tuesday from 8-10am or 1-2pm if Monday doesn't work for you.   Please let me know a date/time that works for you and I'll put it on the calendar.   Thank you for your time. --Eric

ERIC YINGLING l SUPERVISORY SPECIAL AGENT
Federal Bureau of Investigation
Money Laundering, Forfeiture, and Bank Fraud Unit (MLFBU)
Virtual Currency Team
(202) 324-6069 Desk
(412) 523-0192 Cell

_____

From: Rettig, Rebecca < RRettig@manatt.com < mailto:RRettig@manatt.com < mailto:RRettig@manatt.com%3cmailto:RRettig@manatt.com > > > > > >
Sent: Saturday, October 10, 2020 4:59 PM
To: Wong, Christopher (CG) (FBI) < cwong@fbi.gov < mailto:cwong@fbi.gov < mailto:cwong@fbi.gov%3cmailto:cwong@fbi.gov > > > > > > ; Yingling, Eric J. (CID) (FBI) < ejyingling@fbi.gov < mailto:ejyingling@fbi.gov < mailto:ejyingling@fbi.gov%3cmailto:ejyingling@fbi.gov > > > > > >
Cc: Hartunian, Richard < RHartunian@manatt.com < mailto:RHartunian@manatt.com < mailto:RHartunian@manatt.com%3cmailto:RHartunian@manatt.com > > > > > >
Subject: RE: [EXTERNAL EMAIL] - Informal Question

Thank you so much for the introduction Chris – I appreciate it.   Eric – Very nice to meet you.   Please let me know a convenient time for a follow up call on this matter.

Our client is a Swiss foundation.   The hacker is based in Colorado.

Rebecca Rettig

Partner

_____

Manatt, Phelps & Phillips, LLP

7 Times Square

New York, NY 10036

D (212) 704-1991 F (212) 790-4545
RRettig@manatt.com < mailto:RRettig@manatt.com > >

manatt.com < http://www.manatt.com/ < http://www.manatt.com/ > > > >

< https://www.manatt.com/manattvotes > >
< image001.png > >

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

From: Wong, Christopher (CG) (FBI) < cwong@fbi.gov < mailto:cwong@fbi.gov < mailto:cwong@fbi.gov%3cmailto:cwong@fbi.gov > > > > > >

Sent: Friday, October 9, 2020 4:19 PM
To: Rettig, Rebecca < RRettig@manatt.com < mailto:RRettig@manatt.com < mailto:RRettig@manatt.com%3cmailto:RRettig@manatt.com >>>>>> ; Yingling, Eric J. (CID) (FBI) < ejyingling@fbi.gov < mailto:ejyingling@fbi.gov < mailto:ejyingling@fbi.gov%3cmailto:ejyingling@fbi.gov >>>>>>
Cc: Hartunian, Richard < RHartunian@manatt.com < mailto:RHartunian@manatt.com < mailto:RHartunian@manatt.com%3cmailto:RHartunian@manatt.com >>>>>>
Subject: RE: [EXTERNAL EMAIL] - Informal Question

Good afternoon Rebecca,

I've included SSA Eric Yingling who manages the cryptocurrency team at the Money laundering unit at HQ. He can get you hooked up with the right people.

It would be helpful for him to know where your client and/or his company are located.

Regards,

Chris

-

On Oct 9, 2020 14:52, " Rettig, Rebecca " < RRettig@manatt.com < mailto:RRettig@manatt.com < mailto:RRettig@manatt.com%3cmailto:RRettig@manatt.com >>>>> wrote:

Hi Chris – Thanks again for your time Wednesday evening; the call was very helpful and informative.   I'm writing to follow up to see if you have any additional information or whether it will be helpful to have another call to discuss next steps.

Thanks so much.

Best,

Rebecca

Rebecca Rettig

Partner

_____

Manatt, Phelps & Phillips, LLP

7 Times Square

New York, NY 10036

D (212) 704-1991 F (212) 790-4545
RRettig@manatt.com < mailto:RRettig@manatt.com > >

manatt.com < http://www.manatt.com/ < http://www.manatt.com/ > > > >

< https://www.manatt.com/manattvotes > >
< image001.png > >

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

From: Wong, Christopher (CG) (FBI) < cwong@fbi.gov < mailto:cwong@fbi.gov < mailto:cwong@fbi.gov%3cmailto:cwong@fbi.gov > > > > > >
Sent: Wednesday, October 7, 2020 4:47 PM
To: Rettig, Rebecca < RRettig@manatt.com < mailto:RRettig@manatt.com < mailto:RRettig@manatt.com%3cmailto:RRettig@manatt.com > > > > > >
Cc: Hartunian, Richard < RHartunian@manatt.com < mailto:RHartunian@manatt.com < mailto:RHartunian@manatt.com%3cmailto:RHartunian@manatt.com > > > > > >
Subject: RE: [EXTERNAL EMAIL] - Informal Question

I can be reached at 312-835-2288.

-

On Oct 7, 2020 15:44, " Rettig, Rebecca " < RRettig@manatt.com < mailto:RRettig@manatt.com < mailto:RRettig@manatt.com%3cmailto:RRettig@manatt.com > > > > > wrote:

Great – I'll try you around 8pm.   What's the best number to reach you?

Rebecca Rettig

Partner

_____

Manatt, Phelps & Phillips, LLP

7 Times Square

New York, NY 10036

D (212) 704-1991 F (212) 790-4545
RRettig@manatt.com < mailto:RRettig@manatt.com > >

manatt.com < http://www.manatt.com/ < http://www.manatt.com/ > > > >

< https://www.manatt.com/manattvotes > >
< image001.png > >

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

From: Wong, Christopher (CG) (FBI) < cwong@fbi.gov < mailto:cwong@fbi.gov < mailto:cwong@fbi.gov%3cmailto:cwong@fbi.gov > > > > > >
Sent: Wednesday, October 7, 2020 4:43 PM
To: Rettig, Rebecca < RRettig@manatt.com < mailto:RRettig@manatt.com < mailto:RRettig@manatt.com%3cmailto:RRettig@manatt.com > > > > > >
Cc: Hartunian, Richard < RHartunian@manatt.com < mailto:RHartunian@manatt.com < mailto:RHartunian@manatt.com%3cmailto:RHartunian@manatt.com > > > > > >
Subject: [EXTERNAL EMAIL] - Informal Question

Not a problem. Yes, I'm available after 7pm EST.

Regards,

Chris

-

On Oct 7, 2020 15:23, " Rettig, Rebecca " < RRettig@manatt.com < mailto:RRettig@manatt.com < mailto:RRettig@manatt.com%3cmailto:RRettig@manatt.com > > > > > > wrote:

Dear Chris – Thanks so much for your time last week.   We have a different client who was subject to a hack, and were hoping you might have a few minutes to talk through some informal questions.

Is there a good time either tonight or tomorrow for you to have a brief call?

Thank you in advance.

Regards,

Rebecca


Rebecca Rettig

Partner

_____

Manatt, Phelps & Phillips, LLP

7 Times Square

New York, NY 10036

D (212) 704-1991 F (212) 790-4545
RRettig@manatt.com < mailto:RRettig@manatt.com > >

manatt.com < http://www.manatt.com/ < http://www.manatt.com/ > > > >


< https://www.manatt.com/manattvotes > >
< image001.png > >


CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.