# EXHIBIT C

**Rettig, Rebecca**
In re ICON Network Hack
January 04, 2021 at 4:13 PM EST
To: Surratt, Andrea (USACO), Andrews, Tonya (USACO), Davies, Patricia (USACO)

Dear Ms. Davies, Ms. Surratt, and Ms. Andrews,

Happy New Year to all of you; I hope you had a wonderful holiday season. Apologies for the delay in getting back to you after our initial call. We have been gathering information and ensuring that we provide fulsome answers to the questions you posed on our call.

Below we have laid out what we understood each of your separate questions to be and then provided the follow up in blue. We have also attached a number of documents that provide additional information.

We also know you were looking into the question of what might constitute a "protected computer" for purposes of the CFAA for purposes of a potential claim. We would be happy to discuss this question further with you at your convenience.

Please let us know if you have any additional questions or further follow up to the information we have provided.

1. **Market price data re ICX during time of attack.**

   We requested this information from Binance.com, but they are unable to provide this data to us. We were told that we may be able to get the information we need via API, but we have not been successful in tracking this down thus far. Alternatively, the DOJ may request Mark Shin's order book data from Binance.com and Binance.us. If you plan to request this information, please do not hesitate to let us know if there is anything we are able to do to assist.

2. **ICX trademark in United States (or in any other country that has reciprocal trademark/IP rights with the United States).**

   ICX is trademarked in South Korea ( link in Korean). The trademark was originally registered to two co-owners, the ICON Foundation and ICONLOOP. However, we are currently changing the owner of the trademark to the ICON Foundation only, and the change should be completed by year's end.

3. **Who has the proprietary interest in ICX before it is created? Who owns it before it goes to the user?**

   As discussed on our call, this is a very complicated question and given the nascent stage of blockchain technology, there is no straightforward "answer."  We have provided context about the hardware and software underlying the ICON network that may give some further  insight. And we are of course happy to discuss further.

   As you may know, the ICON Network is a delegated proof of stake network that is operated by and secured by the validators (or nodes). These validators—who are voted in by holders of ICX—invest their own time and capital for the hardware which runs the software that forms the basis for the blockchain network. Without these validators, new ICX cannot be created.

Further, validators can vote on the economic incentives of the protocol. Validators have responsibility (at least from a public-facing perspective) if the network is not operating properly (*e.g.*, producing blocks and reaching consensus) and may face financial or reputational harm in these instances.

For this reason, there is at least an argument that the validators are the "owners" of ICX before it is created.

4. **Summarize the creation and final disposition of the 20 million ICX created via the bug exploit.**

   Please see the attached spreadsheet entitled "Shin Wallet Tracking – v2".

5. **Which of the validators were active on August 22 and of those, are any located in the United States?**

   On August 22, 130 validators were active. The self-registered location of the validators can be found on the ICON Community website: https://icon.community/iconsensus/overview/ .

   We have not undertaken an analysis of which of the validators in the U.S. were active on August 22, but if we can be of assistance with this analysis, please let us know.

6. **When Shin staked his ICX in order to take advantage of the bug in the system, where did he transmit code?**

   - Shin first opened the ICONex Wallet which runs on his personal desktop computer.
   - Shin entered his account information; then the ICONex Wallet run by the Citizen Node server (located in Atlanta, Georgia) pulled the latest data on the amount of ICX, the amount of delegation to each P-Rep, the ISCORE (ICX rewards calculation from staking), etc.
   - Shin made the delegation change on a P-Rep named Rhizome which operates a node in Japan, according to the ICON Community website. However, we believe members of the Rhizome team are actually located in the United States.
   - The code change and the state transition are triggered by a transaction which is submitted to the network for validators to confirm and approve. This delegation change is what triggered the bug and what Shin exploited.

7. **How many validators were needed to approve Shin's transactions on the ICON network on August 22?   Were any of these validators in the United States?**

   There was no source transaction for Shin's ICX created on August 22—meaning that the transactions were unauthorized. The transfer of these unauthorized ICX to the various exchanges required approval from 22 main validators, five of which are in the United States.

8. **What did Shin do that was misleading? Did any of his actions with respect to the ICON network/the validators in some way represent something that was false?**

   Shin took the following steps:

- Shin changed his IP address to resume the attack after the initial IP address he was using was blocked, which was misleading the ICONex servers.

- Shin created various wallets—both ICONex and on various exchanges ( *see* below)—and rerouted the funds to make the transfers difficult to track. This was misleading to the ICON community— *i.e.* , users of the ICON Network—by intentionally trying to obscure his transactions and his creation of unauthorized ICX.

- Shin created multiple accounts on various third party exchanges in order to circumvent withdrawal restrictions on those exchanges. We believe Shin enlisted his father, Joongsoo (Jason) Shin, to help him with this. This was misleading to the exchanges and, indirectly, the ICON community.

- Shin also offered some unauthorized ICX to Thomas Aellis—and then transferred that ICX, without disclosing how Shin obtained the ICX.  See the attached declaration from Thomas Aellis detailing the interaction between Shin and Aellis regarding the transfer.

9. **Did Shin choose different validators on the system (thus triggering the glitch)?   In other words, did he move from validator to validator to stake in order to (improperly) receive the additional ICX?**

   The way the bug worked was that a user had to change the ICX delegation amount staked to a validator with whom the user was already staking. Shin staked and delegated his ICX to one validator (Rhizome) before Revision 9.  Shin changed the delegation amount to this validator repeatedly, triggering the bug and improperly receiving the additional ICX.

10. **How did the software bug occur, and how was it fixed?**

    When the Revision 9 Update was released, it included a new feature called the "Multiple Unstaking Period" function. On the ICON Network, the unstaking period usually takes a few days to a week to complete. Prior to the Revision 9 Update, if a user was unstaking a portion of his or her ICX (the "first unstaking period") and then wanted to unstake additional ICX before the first unstaking period was complete, the user would have to start the unstaking process over again to unstake the additional ICX. With the Revision 9 Update, a user could simultaneously unstake different amounts of ICX at different times.
    As we have noted, there was a vulnerability within the Revision 9 Update software that affected only those accounts that were in the midst of unstaking ICX at the time of the Revision 9 Update was implemented.  (We note that the validators had to approve the implementation of the Revision 9 Update.)

    The users who were in the midst of unstaking ICX at the time of the update were able to exploit the ICON network by creating unlimited ICX in the unlikely event that a few select conditions were met:

    - The user had to be unstaking ICX at the time of Revision 9 Update.
    - The user had to be unstaking only some, not all, of his or her ICX with a particular validator.
    - The user had to change votes (selecting delegates) with the ICX.

    At the time of the Revision 9 Update, Shin was unstaking approximately 25,000 ICX.

> Accordingly, Shin was able to create 25,000 unauthorized ICX repeatedly by exploiting the software underlying the Revision 9 Update.
>
> Shin's attack on the ICON Network took place over an 11 hour period. When Shin discovered the vulnerability in the software, he exploited it repeatedly (*i.e.*, 558 times) by calling the "SetDelegate" function to exploit additional ICX over and over again. When Shin's attack was discovered, Shin's IP address through which he was accessing the ICON network was blocked. Undeterred, Shin changed his IP address in order to continue to attack the ICON network and exploit additional ICX.
>
> The validators on the network worked together to stop the attack. The validators / node operators voted to blacklist any account address that was associated with Shin's attack.
>
> The technical team in Korea worked quickly to create a patch over the Revision 0 Update that all the validators voted to approve: the Revision 10 Update.

As noted above, please do not hesitate to let us know if you have any questions or would like to discuss further.   We are happy to assist further (and more expediently) on any additional questions you have.

Thanks very much.

Respectfully submitted,
Rebecca Rettig

**Rebecca Rettig**
Partner

_____

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 704-1991 **F** (212) 790-4545
RRettig@manatt.com

**manatt.com**



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.