# EXHIBIT D

| | |
|---|---|
| **From:** | Davies, Patricia (USACO) |
| **To:** | Wall, Travis Lynn (DN) (FBI); Surratt, Andrea (USACO) |
| **Cc:** | Andrews, Tonya (USACO) |
| **Subject:** | RE: Shin |
| **Date:** | Thursday, June 10, 2021 9:48:45 AM |

Travis,

Yes, I am okay with that – as you're excluding 6( e) stuff, which would be the only constraint in my view.

Thanks-
Patricia Davies
Assistant U.S. Attorney
Cybercrime & National Security Section
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Ph: 303/454-0231 (desk)
Ph: 720/281-3763 (cell)
Email: patricia.davies@usdoj.gov


**From:** Travis Wall <tlwall@fbi.gov>
**Sent:** Thursday, June 10, 2021 9:20 AM
**To:** Davies, Patricia (USACO) <PDavies@usa.doj.gov>; Surratt, Andrea (USACO) <asurratt@usa.doj.gov>
**Cc:** Andrews, Tonya (USACO) <TAndrews@usa.doj.gov>
**Subject:** Shin

Good morning.

As you know, we had a conference call with Darcy Kofol about the Shin case. We shared some basic information and discussed the case generally. Are you all okay if we share all of our interviews, analysis, discovery etc, excluding Grand Jury materials, with Darcy and her team?

Thanks.