# Exhibit A

| | |
|---|---|
| DISTRICT COURT<br>COUNTY OF ARAPAHOE, COLORADO<br>Arapahoe County Justice Center<br>7325 South Potomac<br>Centennial, CO 80112 | DATE FILED: June 30, 2021 9:45 AM<br>FILING ID: 54CD9BC7D4A4F<br>CASE NUMBER: 2021CR1445 |
| THE PEOPLE OF THE STATE OF COLORADO,<br><br>v.<br><br>**MARK SHIN**<br><br>Defendants. | <br>▲ **COURT USE ONLY** ▲ |
| JOHN KELLNER, Reg. No. 37937<br>District Attorney, Eighteenth Judicial District<br>DARCY H. KOFOL, Reg. No. 49249<br>Senior Deputy District Attorney<br>6450 South Revere Parkway<br>Centennial, CO 80111<br>Phone: (720) 874-8500 | Case No:<br><br>GJ Case No.: (County Case # 2020CR1)<br><br>Courtroom: |
| **EIGHTEENTH JUDICIAL DISTRICT GRAND JURY INDICTMENT** | |

Of the 2020 term of the Eighteenth Judicial District Grand Jury; the 2020 Eighteenth Judicial District Grand Jurors, chosen, selected, and sworn in the name and by the authority of the People of the State of Colorado, upon their oaths, present the following indictment.

**COUNT 1 –**  **CYBERCRIME-COMMIT THEFT OVER $1 MILLION, § 18-5.5-102(1)(d),(3)(a)(IX), C.R.S (F2) (August 22, 2020 to December 31, 2020)**

**COUNT 2 –**  **THEFT OVER $1 MILLION, § 18-4-401(1),(2)(j),(6) C.R.S. (F2) (August 22, 2020 to December 31, 2020)**

**COUNT 3 –**  **MONEY LAUNDERING, § 18-5-309(1)(a)(II), C.R.S (F3) (August 22, 2020 to December 31, 2020)**

1

## COUNT 1

## CYBERCRIME-COMMIT THEFT OVER $1 MILLION, § 18-5.5-102(1)(d),(3)(a)(IX), C.R.S (F2) (August 22, 2020 to December 31, 2020)

Between and including August 22, 2020 and December 31, 2020, in and/or triable in the County of Arapahoe, State of Colorado, Mark Shin unlawfully, feloniously, and knowingly accessed a computer, computer network, or computer system, or any part thereof to commit theft, and the loss, damage, value of services, or thing of value taken, or cost of restoration or repair was one million dollars or more; in violation of section 18-5.5-102(1)(d),(3)(a)(IX), C.R.S.

## COUNT 2

## THEFT OVER $1 MILLION, § 18-4-401(1),(2)(j),(6) C.R.S. (F2) (August 22, 2020 to December 31, 2020)

Between and including August 22, 2020 and December 31, 2020, in and/or triable in the County of Arapahoe, State of Colorado, Mark Shin unlawfully, feloniously, and knowingly, without authorization or by threat or deception, obtained, retained, or exercised control over; or knowing or believing it to have been stolen, received, loaned money by pawn or pledge on, or disposed of, a thing of value, namely: ICX cryptocurrency, of ICON Nation, with the value of one million dollars or more, and intended to deprive ICON Nation permanently of its use or benefit and/or knowingly used, concealed, or abandoned the thing of value in such manner as to permanently deprive ICON Nation of its use or benefit; in violation of section 18-4-401(1)(b),(2)(j), C.R.S.

## COUNT 3

## MONEY LAUNDERING, § 18-5-309(1)(a)(II), C.R.S (F3) (August 22, 2020 to December 31, 2020)

Between and including August 22, 2020 and December 31, 2020, in and/or triable in the County of Arapahoe, State of Colorado, Mark Shin unlawfully and feloniously conducted or attempted to conduct a financial transaction that involved money or any other thing of value that the defendant knew or believed to be the proceeds, in any form, of a criminal offense, with knowledge or a belief that the transaction was designed in whole or part to conceal or disguise the nature, location, source, ownership, or control of the proceeds of a criminal offense; in violation of section 18-5-309(1)(a)(II), C.R.S.

**The offenses alleged in Counts 1 - 3 were committed in the following manner:**

On August 22, 2020, from his home computer in Aurora, Colorado, County of Arapahoe, Mark Shin stole 13,924,045 unauthorized ICX, from ICON NATION, the members of the ICON

2

network, created by the ICON Foundation. The ICON network was established by the ICON foundation in August of 2017. ICON Foundation developed a blockchain wallet called ICONex, which allows different blockchains to connect. When ICON initially did their product offering, it fashioned its own cryptocurrency called ICON coins ("ICX). Each coin of ICX is equal to one vote. ICON set up a reward system, in which individuals receive rewards from the ICON network based on their level of deputized stake ICX. There is actually a scoring system (an algorithm) that ICON uses in order to reward ICONists based on contributions. It should be noted that when ICX is issued, it will then be put in the Public Treasury. For an ICONist to get their ICX reward, they claim ICX based on their score, mentioned above. When one claims his/her score, then new ICX is sent from the Public Treasury to the individual's wallet.

ICON not only has Terms of Service, which clearly state that individuals are not to interfere or misuse the ICON network, but it also has an ICONstitution. The ICONstitution sets out that every user of the ICON Network, essentially a member of the ICON Nation, shall be referred to as an ICONist. Specifically, prong Two of Article 3 of the ICONstitution states that "All ICONists shall oppose any transgression against the ICON Network."

In October of 2020, the ICON Foundation contacted the Denver FBI and told them that there had been an attack and subsequent theft of millions of dollars in ICX cryptocurrency from ICON Nation. According to the ICON Foundation, on August 13, 2020, the ICON Network released an update to the system called the Revision 9 Update. Essentially, the update allowed users to unstake ICX at the same time, meaning it released the hold on the cryptocurrency so it could be exchanged, transferred, or otherwise used by the owner. Unbeknownst to the ICON Foundation and the other members of ICON Nation, the Revision 9 Update included a software bug. This vulnerability let a user conduct unauthorized minting of unlimited amounts of ICX, which the ICON Foundation and ICON Nation never intended.

On August 22, 2020, Mark Shin, from his computer in his residence at 6132 South Telluride Street, Aurora, Colorado, County of Arapahoe, discovered the unintended vulnerability in the Revision 9 update and, rather than alerting the ICON Foundation/Nation, Shin changed the vote/select delegate function 558 times over an eleven-hour period to mint unauthorized ICX. From his personal computer, Shin minted and stole from the ICON Nation approximately 13,924,045 unauthorized ICX, which was roughly the equivalent of approximately $8,988,406.00 U.S. dollars at the time of the attack.

The FBI investigation showed that on August 22, 2020, Shin first accessed the ICON Network at 3:00 pm. At that time, Shin must have learned of the vulnerability and began to exploit it at an amazing rate. 558 times, Shin had to open the Voting page, click My Status, select a wallet, enter a password, scroll down, click a vote button, adjust a delegation amount, confirm his vote, and then close out that page. It should be noted that Shin would have to manipulate the setDelegate function to a different number each time. He chose to decrease the delegation amount by one with each subsequent transaction. As Shin did this, it showed that Shin made these 558 transactions solely to permanently deprive ICON Nation of the ICX. This pattern, which he completed 558 times, in an eleven hour period through the night of August 22, 2020 into the early morning of August 23, 2020, allowed Shin to illegally obtain ICX and put it directly into his wallet without ever having to "claim" ICX using the scoring system explained above.

At approximately 11:30 pm, Shin's actions were discovered by the ICON Network, which began to block Shin's IP address. ICON Network blocked Shin's IP address from approximately 11:30 to 11:38 pm on the night of August 22, 2020. Undeterred, Shin continued his theft by having a new IP address assigned to himself at 11:46 PM. Again at approximately 3:00 am Shin changed his IP address 9 more times between August 22 and August 24, 2020. Based on the frequent

changing of IP addresses, investigators believe Shin was trying to continue his hack through a different IP address. Shin's theft only ceased when ICON Network fixed the vulnerability, making it impossible for Shin to continue to steal ICX. In total, Shin stole ICX 131 times and moved approximately 10,135,087 ICX to other cryptocurrency exchanges.

Shin's actions after his attack are also indicative of his theft from ICON Nation. Shin transferred 10,110,090 of the stolen ICX to 15 other wallets during the eleven hours of theft. Shin also converted at least 69,523 of the stolen ICX to other forms of cryptocurrencies. However, Shin did not stop there. Agents believe in an attempt to cover his tracks, Shin then moved ICX from the 15 different wallets into 16 other cryptocurrency exchanges (some were made that night) including Binance US, Binance.com, Coinbase, Gemini, Kraken, VELIC, Kucoin, BitMax.io, ODEX, HitBtc.com, and IDEX. It should be noted that Shin used a cryptocurrency spinning service called Tornado cash, which specializes in mixing up crypto and then redistributing it in order to mask its origins.

Shin's creation of over 13 million ICX would have diluted the value of existing ICX, and led to potential inflationary concerns. This market flood of ICX had the potential to decrease the existing value of ICX held by all holders (ICON Nation) as significantly more ICX was now available on the market than prior to his attack. The ICON protocols regarding the creation and distribution of ICX attempted to address such issues, by setting forth when and how ICX would be created, removed and distributed into circulation. Shin's actions completely disregarded such protocols. In addition, because ICX is also used as voting rights within the ICON Network, Shin's creation of ICX gave him a fundamental shift in position and voting rights, such that he could have gained significant control over the operation and governance of the network. At the same time, it significantly diluted the voting power and governance rights of existing holders of ICX within the network. Finally, Shin's actions affected the rewards (the "I-Score") earned by other ICX holders at the time of his attack. Specifically, the I-Score calculation is based on an algorithm. The algorithm uses, in part, the amount of ICX in circulation to calculate users' I-Score. Shin's unauthorized market flooding of ICX compromised and altered the I-Score of all individuals and entities holding ICX at the time by putting over 13 million additional ICX in circulation.

Based on the FBI's detailed investigation into Shin's calculated attack on the ICON Network beginning on August 22, 2020 and continuing to move and conceal the funds through December 31, 2020, it is clear that Shin, using his computer, took over a million dollars of ICX from ICON Nation, with the intent to permanently deprive the members of ICON Nation of the stolen ICX.

**AS TO COUNT 1:**

A TRUE BILL                                         A NO TRUE BILL

SIGNATURE REDACTED

_____                                  _____

**AS TO COUNT 2:**

A TRUE BILL                                         A NO TRUE BILL

SIGNATURE REDACTED

_____                                  _____

**AS TO COUNT 3:**

A TRUE BILL                                         A NO TRUE BILL

SIGNATURE REDACTED

_____                                  _____

SIGNATURE REDACTED

I, _____, the Foreperson of the 2020 Eighteenth Judicial District Grand Jury, do hereby swear and affirm that each and every True Bill returned in this Indictment by the 2020 Eighteenth Judicial District Grand Jury was arrived at after deliberation and with the assent and agreement to the existence of probable cause by at least nine members of the 2020 Eighteenth Judicial District Grand Jury.

SIGNATURE REDACTED

FOREPERSON

Subscribed and sworn to before me in the County of ~~Arapahoe~~ Douglas, State of Colorado, the 29th day of June, 2021.

NOTARY PUBLIC
My Commission Expires: 07/24/2024

JOHN KELLNER
District Attorney
Eighteenth Judicial District

_Darcy Kofol_
Darcy Kofol #49249
Senior Deputy District Attorney
Eighteenth Judicial District

AMBER COCHRAN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19964012105
MY COMMISSION EXPIRES JULY 24, 2024

The 2020 Eighteenth Judicial District Grand Jury presents the within Indictment, and the same is hereby ORDERED FILED this 30th day of June, 2021 in the Arapahoe County District Court.

MICHELLE AMICO
CHIEF JUDGE, 18TH JUDICIAL

6

__X__ **SUMMONS TO ISSUE FOR MARK SHIN**

MICHELLE AMICO
CHIEF JUDGE, 18TH JUDICIAL