# Exhibit B

| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, STATE OF COLORADO<br>7325 South Potomac Street<br>Centennial, Colorado 80112<br><br>Plaintiff(s): THE PEOPLE OF THE STATE OF COLORADO<br><br>v.<br><br>Defendant(s): MARK SHIN | DATE FILED: August 13, 2021 10:18 AM<br>CASE NUMBER: 2021CV31394<br><br>▲ COURT USE ONLY ▲<br><br>Case Number: 21CV31394<br>Div. 204 |
| **DELAY REDUCTION ORDER**<br>(FOR CASES FILED ON OR AFTER JULY 1, 2015) | |

This Court is on a delay reduction docket.

  A. For all civil actions, the following deadlines must be met:

    1. <u>Service of Process</u>: Returns of service on all defendants shall be filed within **63 days** after the date of the filing of the complaint.

    2. <u>Default Judgment</u>: Application for default judgment shall be filed within **35 days** after default has occurred.

    3. <u>Case Management</u>: Whether a Case Management Conference is required is determined by each Division.

    4. <u>Trial Setting</u>: Parties shall comply with the procedure for setting trial as determined by the Judge presiding over the Division to which the case has been assigned.

      a. Actions governed by C.R.C.P. 16 shall be set for trial within **49 days** of the "at issue" date and generally trial will be set within **1 year** of the date the Complaint was filed unless the Court determines that the nature of the case requires a later setting.

      b. Actions governed by C.R.C.P. 16.1 shall be set for trial within **42 days** of the "at issue" date and generally trial will be set within **6 months** of the date the Complaint was filed unless the Court determines that the nature of the case requires a later setting.

  B. A District Court Civil Cover Sheet (JDF 601) shall be filed with all civil complaints.

C. Plaintiff shall send a copy of this Order to all other parties who enter an appearance and shall file a certificate of mailing within 14 days following the entry of appearance.

D. Any attorney entering an appearance in this case who is aware of a related case is ordered to complete and file in this case a document entitled "Information Regarding Case(s)" informing the Court of the related case(s) and stating whether consolidation is appropriate.

E. If an attorney or self-represented party failed to comply with the Order, the Court may dismiss the case without prejudice.

Date: 8/13/21

BY THE COURT:
ASSIGNED JUDGE

2