# Exhibit D

# EXHIBIT B

**Rettig, Rebecca**

[EXTERNAL EMAIL] - Icon Blockchain - Update

October 27, 2020 at 3:54 PM EDT

To: Bergner, Michael S. (DN) (FBI), Mcmahon, Dana M. (DN) (CON), Wall, Travis L. (DN) (FBI)

Cc: Hartunian, Richard

All – As we briefly mentioned to Dana and Travis during our call on October 19, Mark Shin's attorneys had indicated that they were intending to file a civil complaint for the return of ICX that had been frozen in the various exchanges. Shin's attorneys did file the action. Please see a copy of the civil complaint attached.

Icon's position is that the complaint does not have merit for a number of reasons. We are available for a call to discuss this, as well as Icon's position regarding Shin's actions as it relates to, among other things, Shin's "unauthorized access" of the Icon blockchain. Mike – I know I owe you a separate email in this regard as well.

Please let us know if you have any questions.

Thanks very much,
Rebecca


**Rebecca Rettig**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 704-1991 **F** (212) 790-4545
RRettig@manatt.com

**manatt.com**



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.