## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 21-y-0065-WJM-SKC

IN RE: GOVERNMENT SEIZURE OF ICX TOKENS

_____

## ORDER ADOPTING JANUARY 31, 2022
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

This matter is before the Court on the January 31, 2022 Recommendation of United States Magistrate Judge S. Kato Crews (the "Recommendation") (ECF No. 31) that Claimant Mark Shin's Motion for Return of Property or Probable Cause Hearing (ECF No. 1) and Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 18) be denied.  The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendations.  (ECF No. 31 at 13.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

1

In accordance with the foregoing, the Court ORDERS as follows:

(1)  The Magistrate Judge's Recommendation (ECF No. 31) is ADOPTED in its entirety;  and

(2)  Claimant Mark Shin's Motion for Return of Property or Probable Cause Hearing (ECF No. 1) and Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 18) are DENIED.

Dated this 16th day of February, 2022.

BY THE COURT:

_____
William J. Martinez
United States District Judge