IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-y-00065-WJM

In Re: GOVERNMENT SEIZURE OF APPROXIMATELY 80,000 CRYPTOCURRENCY
TOKENS FROM THE PREMISES LOCATED AT 8120 DARTMOOR, COLORADO
SPRINGS, CO 80920 AND THE PERSON OF BRIAN KREWSON

---

**ORDER ON UNITED STATES' OPPOSED MOTION TO HAVE FED.R.CRIM.P. 41(g)
MOTION (DOC. 1) BE TREATED AS A CIVIL EQUITABLE PROCEEDING**

---

THIS MATTER comes before the Court on the *United States' Opposed Motion to
Have Fed.R.Crim.P41(g) Motion be Treated as a Civil Equitable Proceeding*.  Upon
consideration and for good cause shown, IT IS ORDERED that the Motion is
GRANTED.  Service pursuant to Fed. R. Civ. P. 4(i) is waiver by the United States; and
pursuant to Fed. R. Civ. P. 12(a), the United States shall have until February 19, 2023
to file a response to the Fed. R. Crim. P. 41(g) Motion (ECF No. 1).

SO ORDERED this _____ day of _____, 2023.

BY THE COURT:


_____
William J. Martinez
United States District Judge